UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

Helga SUAREZ CLARK            )

Psje los Rosales 21-F         )

Urb.Mariscal Gamarra          )Complaint for terrorism 28U.S.C.par.1605A

Cusco 08002–PERU              ) (serious personal injuries,torture,tentative

Tel.01151992658883           ) of extrajudicial killing,hostage taking,

suarezhelga@yahoo.com,pacer   ) provision of material support or ressource

       *Plaintiff*   )   for such activity by,to government staff)

PERU  REPUBLIC,especially ) TVPA,Foreign Sovereign Immunities Act,

1Carlos CASTELLON CUEVA ) human rights treaties violations;

2 Arturo QUISPE CACERES   )deprivation of civil rights under color of law;

3 Rory LAZO BUSTAMANTE   )   Case: 1:20–cv–03111

4 Emilio LIAS CUERVO      )   Assigned To : Unassigned
                          Assign. Date : 10/28/2020

5 Gamero ALVAREZ BASAURI )   Description: Pro Se Gen. Civ. (F–DECK)

6,Margot UMPIRE BERRIOS,7 X,Y,Zpolice under Jhon BECERRA DIAZ,Wilder
PEDROZA RUIZ, Julio Cesar TELLO YLLA,Minoho) CALLANAUPA
PEREZ,Hugo MINAYA CHIRINOS,PEREZ GARCIA,ALVAREZ GARCIA,Julio
ARCE DE LA TORRE BUENO,Lisbeth AFAN QUISPE,Luis RAMIREZ
ARCAYA,Javier Freddy ALVAREZ,other police) involved in cases in reports
(exhibits 11,17,49,93)

8 Maria Del Carmen VEREAU ALVAREZ,9 Nilo PARAVICINO ALARCON
10Gisela    VENERO    DE    MONTEAGUDO,11Walter    BECERRA
HUANACO,12Victor FARFAN MERCADO,Miguel A.CASTELO ANDIA,Ignacio
ORTEGA MATEO,13Julio CesarALVARADO VILLENA ,14 Rodolfo HUAMAN
FLORES and Etel MARQUINA RODRIGUEZ,15Felix TUPAYACHI
PACHECO,16Nelly CALDERON NAVARRO,17Miguel A.CACERES CHAVEZ,18
Carlos A.PEREZ CHAVEZ,19Julio C. VILLENA ALVARADO,20Magaly ROJAS
ESPINOZA,21Jose M.MAYORGA ZARATE,22Tamara T.CATACORA JARA ,23
Alberto PEREZ CARDENAS,24 Gary J.ORTIZ AGUILAR,Luis PAREDES
CUSI,Nataly UGARTE MOLINA,Gladys QUISPE,Evelyne M.MAURICIO
APARICIO,F.ALMANZA ALTAMIRANO,Elisabeth ORTIZ DE ORUE
RODRIGUEZ LADRON DE GUEVARA,25Lucy CHAUPIS VALVERDE,26Maria
T. YNONAN VILLANUEVA and Maria SUAREZ ARIAS,judge NINO DE
GUZMAN,27Jose ROCA MENDOZA, all District and national attorneys in
caselaw reports (exh.11,17),judges names in reports(exh.93)of cases to be
actualized,32Rocio ZEVALLOS HUAYHUA et al.,33Gisela VARGAS
CAJAHUANCA,34Doris Luz BLAS RAMIREZ 35Milagros ANDERSON

36 ALMENARA BRYSON,HUAMANI

LLAMAS,ESTRELLA        CAMA,CALDERON        CASTILLO,CALDERON
PUERTAS,Peru Supreme Civil court)

37Cesar     LANDA     ARROYO,GONZALES     OJEDA,BARDELLI
LARTIRIGOYEN,ALVA     ORLANDINI,GARCIA     TOMA,BLUME
FORTINI,LEDESMA   NUNEZ,ESPINOSA   SALDANA   BARRERA,Fernando
CALLE   HAYEN,BEAUMONT   CALLIRGOS,ETO   CRUZ,Ernesto   ALVAREZ
MIRANDA,MIRANDA   CANALES,SARDON   DE   TABOADA,CarlosMESSIA
RAMIREZ,Juan VERGARA GOTELLI,Peru constitutional tribunal)

38-1 Alejandro Celestino TOLEDO MANRIQUE)
Dpt 222 Condominium  Country Sharon
2225 Country Sharon Road
Menlo Park
San Francisco,CA 94025
USA

38-2 Pedro Pablo KUCZYNSKI GODARD)
c/o Embassy of Peru in Washington DC

38-3 Guillermo GARRIDO LECCA)
CL Pucala 120 Int 101 0920 026
Urb. 0920, Santiago de Surco — Lima-PERU
Tel. 01151 3443812

38-4 Fernando ZAVALA LOMBARDI
c/o Embassy of Peru in Washington DC

38-5 Margot Darleni UMPIRE BERRIOS&Alonso JACKSON)

38 All hereabove defendants except 38-1 are to be

found,  served  c/o  Embajador  Hugo  DE  ZELA

MARTINEZ)

Embassy of Peru,1700Massachusetts Ave NW                    )

WashingtonDC20036-1903,tel(202)8339860,8339869             )

Digitaldiplomacy@embassyofperu.us,


UNITED NATIONS representatives:
39Jens MODVIG,Sebastien TOUZE,Carla EDELENBOS)

Dominique BUSH,Carmen RUEDA)

— 3 —

c/o UN,CAT,OHCHR,palais Wilson                    )

52,rue        des        Paquis,1201        Geneve        Switzerland
        Tel 1541 588 78 56,cat@ohchr.org

IACHR representatives:
40 Marta TAVARES,Victor MADRIGAL,Christina CERNA,Ernesto ALVAREZ)
c/oInter-American Commission on      Human      Rights)
OrganizationofAmericanStates ) 1889 F St NW ,Washington, D.C., 20006
Tel.: 1 (202) 370 9000, E-mail:

ICC representatives:
41 M.P.DILLON,Karen MOSOTI              )
        c/o
InternationalCriminalCourt,POBOX1951 9)
2500 CM, The Hague The Netherlands, otp.informationdesk @cc@pi.int)
Tel +31 (0) 70 515 80 71)

42 Andrew SAUL, Commissioner
Social Security Administration
100 W.High Rise
Baltimore, MD 21235
Tel. 1-800-772-1213

*Defendants*

Note:For my security as I am suing a foreign government with its police,I wish my address be deleted from the scanned case in the caption to minimize risks my defendants retaliate against me since I currently still reside in Peru despite I intend in coming weeks to return to NY to benefit from support of my brother for needed surgery for intractable pain and disability to walk because of traumatic hip labral tears

COMPLAINT (TRANSFERRED FROM NYSD 18:01740,june 13 2018)

I. INTRODUCTION

1    This action(first presented 2018 to NYSD as 18 1740,transferred to DC,dismissed without prejudice because of formality-I am no attorney nor found counsel and have worked constantly on presentation,ready to amend it if necessary-then appealed to supreme court; again presented oct.2019 as 19 3349 dismissed without prejudice because of formality,appealed to supreme court by certiorari,that was denied October 19 2020 under docket 20-5240,motivating me to send tomorrow timely the new original third filing in DC circuit by rapid mail EMS from Peru)arises out of an attempt of extrajudicial killing February 28 2008 perpetrated by security guards of the Courthouse of Cusco,PERU,and 5 unknown women,against  me,plaintiff  Helga  SUAREZ  CLARK(american  born  in Manhattan,NYC,but also peruvian national by father):courthouse staff keeps ordering commission of illicit acts against my rights in violation of amendments 4,5,13,14 of US constitution.Since then I also have been further injured with tolerance of police refusing any complaint spending thereafter 4 years in a wheelchair,then abducted,confined incomunicada 2 yrs arbitrarily,deported inconstitutionnally from Peru at which time I was caused to relinquish all my property.Since 2008,for these reasons I suffer almost constant pain and am physically severely disabled and sometimes invalid,such as now,since 2018 I am bedridden,awaiting uplifting of local quarantine to go for surgery as I suffer constant pain and cannot walk.I frustrated this murder atempt by moving right scapula of shoulder backwards to break the fall on my skull I was facing as I was pulled by hair backwards from the height to courthouse main floor,so that I only suffered a right scapular fracture with labral tear,that Peru hospitals didn't want

diagnose nor courthouse investigate,thus I was recklessly abandoned after gov injured me(I am single student without family in Peru,so bad,no help compensating my invalid right dominant arm)resulting 2010 in bilateral high grade rotator cuff tears,which represent constant suffering and disability equivalent to torture.I also was victim oct.15 2010 of a hit and run by a bus in Lima that resulted in right ankle fractures,but Peru police just walked by me as I sat on the sidewalk ignoring my calls for help and cell phone calls to emergency so I followed them jumping on my left leg as they sat for breakfast but even so they ignored me so I jumped around starting injure left leg,to bus then hospitals and by denying the police report I was denied the $5,500 awarded by SOAT(fund for Seguro Obligatorio Accidentes de Transito,transl.as obligatory insurance for circulation accidents)to victims of hit and runs;lack of compensation by arms and right leg put me in a wheelchair since 2010 ,but as I cannot move a wheelchair without functional arms,I continued moving it with left leg thus suffered between November 2010 and march 2011 tears of left quadriceps muscle and left adductor tendons of the left leg(right leg was in a cast).The injuries to left leg tendons lasted until 2013,so I asked for a motor wheelchair which director of Peru gov.Hospital Hipolito Unanue denied me despite I am insured by Peru gov.total health insurance SIS,so that November 2010 an unknown person injured my back by misconduct on my wheelchair causing dorsal vertebral fractures that caused intense pain and I had to stay in bed 3 months without moving alone in my rented room lying on my back with severe anxiety because Peru hospital refused to hospitalize me despite my 4 limbs and spine were injured so I was abandoned by Peru government that injured me from start in its courthouse,then its police recklessly abandonning alone to lie in bed to heal spine fractures,&4-

limbs injuries in a single room on 2d floor without elevator;again I was discriminated ,and recklessly endangered by national hospital INEN Lima because when there for a MRI(Magnetic Resonance Image),national Drs report was(191)"cannot see any abnormality"(thus my complaint for pain and invalidity to walk was ignored,diagnosis of right ankle sprain and fractures were denied,a normal report issued(191)on false medical certificate of  gov.Hospital INEN of Lima on the MRI,so in order to get proper treatment(casting,pills,etc..)I had to pay a non gov.radiologist in a private medical radiology institute,where I got a second opinion(40)revealing fractures and sprains thus I was recklessly endangered told to walk on my right ankle fractures by government hospital,same as both government hospitals Cusco,denied I had right scapular fracture,exposed to serious complications.I consequently couldn't walk for 3 years and a half following these injuries(ankle wouldn't heal),nor move my wheelchair (tendons of left leg wouldn't heal,constant pain(torture);hospitals never accepted hospitalize me nor justice give any indemnization(I would have been able hospitalized myself in a private clinic or paid a private nurse)as Peru justice gave me undue process &denying me equal protection of the law,dismissing my requests for help alone in inadequate wheelchair without motor,4 limbs injured and suddenly also spine(31),in danger with constant pain,with peruvian judge's Hate slanders of "american citizen"(exh.(194),to dismiss 2010 habeas corpus after bus hit and run,or "swiss citizen"(38)to deport me out me of Peru after confining me 2 yrs incomunicada taking me all my posessions left back in  Peru(despite art.8 of codigo procesal constitucional peruano holds"when there exists probable cause of commission of an infraction,judge will remit case to DA..");dismissing other complaint against owner of a public internet that handed me a broken

chair I made a picture of,making me fall onto ground,resulting in CAT scan with diagnosis of spine fractures(31),all my complaints against responsables of these injuries through undue process,being constantly solicited because I couldn't use canes or manual wheelchairs.The city governor office refused to evacuate an illegal pizzeria without licence to work and in violation of rules on licencing(must allow at least 1m15 width of entrance to respect law 27050 for disabled people's wheelchair,but crowding entry to 45 cm width with benches for clients,that landlord installed for rental of entrance to my room so that my wheelchair couldn't go in nor out and I remained arbitrarily confined in my room for a year,extorted obliged to pay private assistants to bring me medication,groceries,etc.Since 1993 Peru government discriminates me when in Geneva consulate of Peru I was denied passport until 1999 despite producing all my Ids during minority from Peruvian father,because I wanted register in national university in Peru as well as use my masters in medicine for a PhD to try construct a hospital for the poor.Discrimination up to hate crime continued apparently based on national origin(discrimination against me born American also naturalized swiss),acts of torture,personal injuries,arbitrary confinments,hostage taking,taking of property in violation of international law,deprivation of civil rights under color of law,terrorist conspiration by Peru Republic that provided material and ressources to its officials,staff and agents to commit illicit acts against me:all Peru justice system gives me neither due process nor equal protection of the law.I also have been during 15 years ! − denied,by justice system,the rights to work and study despite as a history student(historians have necessarily to work in archives)in national university. I was given recommendation letters to do my thesis in public archives,where

despite the letters,sole requisite for admission,I was denied,by def.32,actually a DA in Cusco DA office,order upheld by Peru supreme court until 2019,access from 2004 to 2019,then all justice system would deny me any complaint,so that there was no solution to the discrimination(denial of right to public information:violation of art.2 inc.2-equality;art.2 inc.access to information,Peru constitution,&art.61 codigo procesal constitucional Peru,FOIA)causing me to suffer more severe psychological injury,on top of posttraumatic stress disorder I had from all the physical injuries I was inflicted,since was unable to study,work&access information of the city,culture and family I had,have whose information is kept within archives.

2    While consulting an orthopedic surgeon at hospital 2 de mayo in Lima referred by another hospital for my wounds,for which I was in a wheelchair,behind my back a social assistant of government  ministry of the Women,Lucy CHAUPIS V.,February 17 2014,I was abducted to the psychiatric ward,a closed incommunicado pavilion for women–and confined,treated in an inhumane and cruel way  given a bed aside a dying HIV patient and another who murdered her baby despite I have no infection nor do have criminal background,inside for almost 2 years despite that hospital indicated I had no mental disability and was for ambulatory care& of physical injuries and never had a psychiatric diagnoses for hospitalization during the 2 yrs detention-then taken hostage by government staff  judges and a DA,that asked I be kept confined for life unless I accept to call my American brother in NY to take me out of Peru to the USA,so was obliged to leave Peru November 7 2015,in violation of Peru constitution art.37(no deportation without permit from the Executive);hostage taking,confinement were by orders of def.8(M.VEREAU

A),def.26(exhibit 38)Peru judges M.Suarez & M.YNONAN V.with tolerance of my government appointed"defensor"Doris BLAS R.,defensor of the people M.ANDERSON,help of a medical order of a Peruvian doctor E.PLACENCIA M.,complicity,conspiration of entire Peruvian justice system since no later complaint,from police up until supreme court,ever resulted in a conviction despite confession of the security guards who attempted murder me and despite hereafter detailed proofs and exhibits to support my claims.These constitute jus cogens violations,attempt of extrajudicial killing,serious personal injuries,torture and inhumane,degrading,treatments,finally hostage taking,and taking of property in violation of international law,prohibited by Torture Victim Protection Act(TVPA), the terrorism and general exceptions to FSIA, which are compensable under 28 U.S.C.t.1605 A,and form the basis of this action.

    3    Accessorily,I have other claims :-1)in 2002 I was coerced into exile by Peru by illicits from Switzerland(its SSA was freizing my pension since 1988),SSA USA (that received my request against Switzerland 1989 but failed to comply with art 18-21 bilateral SS convention with Switz.to oblige latter to pay,and Peru justice system that got my complaint my pension was to come to Peru to pay my rent but dismissed my complaint so I couldn't pay rent and they exiled me,all depriving me of relief benefits(disability pension)and of my civil rights under color of law,proven by swiss judge sentences 2004,2006(97,113,114)demonstrating my complaint dismissed by Peru justice 2001 was legitimate,Peru undue process and unequal protection of law,extorting me;

        -2)false("no fracture")medical reports by government to cover up injuries?to avoid responsability(fractures of right shoulder

blade         2008          ,of          right          ankle          2010)

-3)Peru has always denied any indemnization or compensation or disability pension despite disability is consequence of courthouse lynching,torture,etc;

-4)Peru consul Geneva kept me arbitrarily detained in Switzerland of which I was not national,1993 to 2001 by refusing Peruvian passport,protection of law against swiss not paying pension;

-5)arbitrary detention a year in 2012-3 by closing access to exit for my wheelchair with consent and refusal to intervene by government;again from 2014-2015 2yrs arbitrarily abducted &detained incomunicada and taken hostage in a political prison;

-6)I exhausted all remedies domestically and internationally(over 30 penal complaints(exh 11,17),100judicial cases (exh 93),over 30 procedures to supreme court dismissed wrongfully(exh49)or www.tc.gob.pe,clik on "consulta de causes ",type in "name" Helga suarez ,appear the parties,and final sentence as openable pdf file showing dismissals,&to congress(exh.185);American Declaration on rights and duties of Man,american Convention on Human Rights(ACHR),Rome Statute of International criminal court,UN covenant on Civil and Political rights, Foreign Sovereign Immunities Act 28 U.S.C.s.1602 seq.(hereinafter FSIA)esp.1605A and s.1330,1331 (no immunity for such offenses );Torture Victim Protection Act(TVPA hereinafter,codified at 28 U.S.C.t.1350,Note);severe injuries like bone fractures,tendon and labral tears causing 11 years of intense constant pain and disability(torture);assault and reopening my scars by a Peruvian;Peru dismissed complaint covering up torture by swiss police& gov.staff 2018,for which I am again in wheelchair&for surgery.

4      Helga SUAREZ CLARK, American born in Manhattan NY(60),also peruvian,graduated from swiss and American universities to do university doctoral thesis at university UNSAAC,I am also internationally protected person,after my father retired as a diplomate of the UN,which aggravates offenses like attempted murder and kidnapping or taking hostage(t.18 ch.51 USC s.1116,ch.55 s.1201(4))Peru.

## II.PARTIES

5      Helga SUAREZ CLARK,I am the plaintiff,American citizen born NYC.

6      Defendants are: - 1) Peru Republic that is and was at all relevant times a foreign state within the meaning of 28 U.S.C.s.1603 that has not been yet designated as a state sponsor of terrorism,but as detailed hereafter,since 2017 aathe request with proofs,to designate it so and clarify the reasons of the illicits herein has been with the Legal Advisor of the Department of state as well as with the FBI and US embassies in Peru and Chile which deprive me of my rights under color of law,so that I am asking this court to hear this claim by making discovery and designate so,as well as address the dispute over torture under TVPA,as of 28 U.S.C.s.1605A(a)(2)(A)(i)(I)and at personal title,in this action mainly represented by named defendants 1-37 public officials,employees and agents plus those mentioned as judges,judicial employees,DA's,police in all attached(11,17,32,93) reports of processes they dismissed or obstructed justice as well as other natural Peruvian citizens mentioned herein.

Within Defendant Peru Republic to be found in Embassy of Peru WDC(38)represented by Ambassador H.de Zela,are defendants1,3Carlos CASTELLON CUEVA and Rory LAZO BUSTAMANTE,who are respectively

chief of security of Cusco Courthouse and security agent for Clerk windows in the courthouse,who conspired against me to attempt an extrajudicial killing in first floor of courthouse,together with 5 unidentified women,by first separating them from me at my request at clerk's window then letting them follow me from behind to whiplash me by hair then pull me to ground to fracture my head ;def.(2)Arturo QUISPE CACERES is government hospital regional of Cusco radiologist in chief 2008 that reported I had no scapular fracture on AP Xray despite private radiologist R.SALAS reported same month it was clearly visible,to cover up conspire with the government courthouse security guards that provoked it during the attempt of extrajudicial killing February 28 2008;def.(4) Emilio LIAS CUERVO,was and is actual chief of public insurance of health SIS,who conspired to ,yelling at me,gave me degrading treatment at hospital torturing me discriminated me denying relief benefit of coverage for magnetic resonance images of shoulders and ankles prescribed by government doctor N.MELLADO ;def.(5)G.ALVAREZ B.was director of national hospital Hipolito Unanue in Lima,that denied me the motor wheelchair I needed obliging me to go to the US and ask it from Medicaid,extorting me and conspiring against me depriving me of relief benefits emitting a fraudulent medical report I couldn't have it despite I was insured; def.(6)Margot UMPIRE BERRIOS is owner of Pizzeria "Mana's Pizza";(7)are all pólice officers that conspired to cover up my defendants denying investigations,thus accomplices coauthors of torture ,terrorism;X,Y,Z are police under direction of Jhon BECERRA DIAZ,Wilder PEDROZA RUIZ,both comandants of police preccincts that were like paid by government to conspire against me depriving me of rights under color of law by

covering up people I was suing:in the past  defendant 32  Rocio ZEVALLOS H. was legal representant of archdioscese Cusco,now she is DA,she put in place in 2004 an order to not let me into church archives Cusco during 15 years,violating FOIA and constitutional access to my personal and familiar information kept in,inflicting me severe suffering-torture-and cruel and  unusual and degrading punishment,as I was impeeded from work,study and access my family's information within;def.(7)also is other police defendants Julio Cesar TELLO YLLA who denied to investigate the courthouse attempt of extrajudicial killing,conspiring with its authors and to torture me,he also asked me to undergo a mental exam otherwise he wouldn't investigate,discriminating me attempting against my honor and presumption of innocence guaranteed in art.2 of Peru constitution;police Minoho CALLANAUPA PEREZ conspired to torture me covering up pólice officers and defendants in my complaints; Hugo MINAYA CHIRINOS is another coronel of police in charge of complaints against police officers,that conspired with authors of attempt of extrajudicial killing and torture,falsely covering up its authors and his police staff refusing to investigate,sanction his pólice staff for denying investigtion entrusted by DA; PEREZ GARCIA,ALVAREZ GARCIA, Julio ARCE DE LA TORRE BUENO are other pólice officers whose names are on exhibits for false pólice reports to cover up torture of my person; Lisbeth AFAN QUISPE is a pólice officer of Saphi precinct in Cusco that made a false police report,denied investigation on my complaint against staff of Cusco archbishop,conspiring with and coauthoring the torture I was submitted to when that staff denied me FOIA access to information of national church archives for 15 years violating Peru constitution; Luis

RAMIREZ ARCAYA,Javier Freddy ALVAREZ are other police DA's that conspired with Hugo MINAYA CHIRINOS,coronel,to dismiss all my complaints against J.C.TELLO Y.and other pólice and DA's that denied investigation and dismissed my complants against def.1,3 for attempt of extrajudicial killing,accomplices of torture,involved in cases in reports (exhibits 11,17,49,93,185);def.(8)Maria Del Carmen VEREAU ALVAREZ is a family DA in Lima,the principal author of the 2014-15 2 year duration arbitrary confinment in Lima Pavilion Larco Herrera,kidnapping and hostage taking that outrageously,deliberately asked judges to arbitrarily confine me for life incomunicada,to cruelly punish me for being an american and apparently because she wanted cover up fraudulent conspiracy of her DA to Attorney General colleagues of justice system against me, thus torturing me perhaps would have been to death-I would not have stood confinment for life on neuroleptics incomunicada in such inhumane conditions;def.(9)Nilo PARAVICINO ALARCON is a DA that conspired also against my rights by dismissing my complaint and denying the investigation despite confession,in my complaint for attempted extrajudicial killing in Cusco courthouse,thus accomplice of security guards that attempted kill me and tortured me; def.(10)Gisela VENERO DE MONTEAGUDO is a DA that supervised previous DA receiving my appeal to her,but accomplice as she coconspired denying it; def.(11)Walter BECERRA HUANACO is a DA that since 2004 until 2019,denies all my complaints, dismissing them in particular he was the first to dismiss my complaint in 2004 against archbishop Cusco staff for FOIA violation so that the next 15 years I was denied access to work &study place the archives;2019

conspired depriving me of my right to complain for torture against me after I was victim of a police abuse torture ,that I had fully taped and recorded in video,so that despite proofs,he refused to let me get help after being tortured;def.(12)Victor FARFAN MERCADO is a DA that conspired against my rights by authoring an order I be put in jail for a year for a crime I did not commit,in fraudulent infamous crime case against me no 511 2007 PE 03 by an archbishop nun that lied against me to create false charges against me to cover up her own abuses,case that was dismissed in my favor shortly after through my witnesses and lawyer,thus author of torture or cruel and unusual punishment against me;defs.(12)Miguel A.CASTELO ANDIA,Ignacio ORTEGA MATEO are penal judges in Cusco courthouse that conspired against my rights falsely trying me during 2 years for crimes I did not commit in procedures respectively nos 511 2007 PE 03 where I am sued by archbishop lawyer for reportedly trying to robb a document from one library and 612 2007 PE 01 where I am sued by defendant 35 for reportedly trying damage another library's books,both dismissed as exhibited without indemnization because of conspiration of dismissals by DA's office despite cruel and unusual punishments of torture,cruel and inhumane treatments to have me processed 2 years  for no reason at same time denying me FOIA because during processing time both gov.archives remained illegally closed to me in violation of art.2 Peru cst.presumption of innocence &right access to public and family information;def13Julio Cesar ALVARADO VILLENA?or VILLENA ALVARADO is appeal DA,conspired against me by systematically denying all appeals from me to him between 2001 to present,dismissing all complaints discriminatorily;def.14 Rodolfo HUAMAN FLORES is a DA that

dismissed all complaints including torture complaints when starting 2001 I raised charges against Switzerland;def.14 is also DA Etel MARQUINA RODRIGUEZ that received all my complaints for all abovementionned illicits 2016 but dismissed all;def.15 Felix TUPAYACHI PACHECO is a superior appeal DA that did same as def.13 but starting conspiring earlier,in 2001;def.16 Nelly CALDERON NAVARRO was Attorney General that did same as defs.13,15;def.17 is Miguel A.CACERES CHAVEZ,supreme DA in Lima that did same as def.15 at a superior appeal level dismissing torture complaints depriving me of my rights in conspiration under color of law;def.18 Carlos A.PEREZ CHAVEZ did same as def.13,15;def.20 Magaly ROJAS ESPINOZA is DA that received me in her office crying with my right scapular fracture complaining of the attempt of extrajudicial killing ,but just gave me paper tissue for my tears and refused to take my complaint;def.21 Jose M.MAYORGA ZARATE is a DA that also conspired likewise since 2001 against me; def.22 Tamara T.CATACORA JARA is a DA that dismissed a torture complaint of mine 2019;def.23 Alberto PEREZ CARDENAS is another appeal DA that sistematically denies all appeals for false dissmissals of my complaints;def.24 Gary J.ORTIZ AGUILAR is a DA that conspires also dismissing all complaints I made for violation of FOIA;my rights to info,to study ,work,and reunite with family data in public libraries archives of church,accomplice of torture,since I was suffering mental anguish,economic loss,etc... for 15 years in this abuse;same def.24 DA's Luis PAREDES CUSI,Nataly UGARTE MOLINA,Gladys QUISPE(that dismissed a complaint proving discrimination with threat of personal injury&arbitrarily intervention by police);same def.24 DA's Evelyne M.MAURICIO

APARICIO,F.ALMANZA   ALTAMIRANO,Elisabeth   ORTIZ   DE   ORUE RODRIGUEZ   LADRON   DE   GUEVARA;def.25   Lucy   CHAUPIS VALVERDE,social assistant working for ministry of the woman who authored diffamatory report to family DA def.8,in exhibit, requesting my confinement for life arbitrarily in Lima pavilion incomunicada Larco Herrera citing false witnesses and proofs to thus torture me and probably extrajudicially kill me in there-I would not tolerate incomunicada for life;def.26 Maria T. YNONAN VILLANUEVA&Maria SUAREZ ARIAS are both family judges in Lima that conspired in judicial case 3645 2014 CI 10 in exhibit 38 where they designate me as a "swiss citizen"(p.2)despite I am peruvian,then "is not mentally disabled,nevertheless requires her brother to integrate in labor society"(p.6-8)then deported me inconstitutionally to the US,to confine me arbitrarily for life in incomunicada pavillion Larco Herrera,thus authors of torture,that anyhow held me 2 years confined by their position,having been abducted kidnapped then bargained my release from taking me hostage in their political prison;def.26 is also judge NINO DE GUZMAN who dismissed arbirarily a civil action for discrimination 2001;def.27 Jose ROCA MENDOZA,another judge who conspired dismissing torture and terrorism complaints, all District and national attorneys in caselaw reports(exh.11,17),judges names in reports(exh.93)of cases;def.32 Rocio ZEVALLOS HUAYHUA is a DA that in 2004 when legal representant of archdioscese Cusco,authored a discriminatory false report asking archbishop to deny my constitutional right of access to information(FOIA;art.161 codigo procesal penal peruano,),work,and study by prohibiting me Access to church archives Cusco during 15 years,despite I fulfilled all requisites to enter,thus

torturing me causing me severe psychological suffering,economic loss,that I hold liable with Peru justice system for during 15 years obstructing justice denying my complaints against def.32 and archdiocese staff,letting me excluded of my right of access to information(**I do not wish cite as defendants Cusco archdioscese or its staff because they clearly informed me that if do & as long as there is a complaint of mine against them(for example present case in DC circuit),that they will retaliate and close me again for 15 years access to information,and Peru justice system will not defend my right against them,so since she def.32 made order I be excluded from archive arzobispal Cusco arbitrarily denying access to information during 15 years,let her and Peru justice system alone,indemnize me in that claim,and I give up my right to sue archdiocese directly as I will be retaliated against again);**def.33 Gisela VARGAS CAJAHUANCA was director of Hospital Victor Larco Herrera in Lima,that after abducting me,confined me *arbitrarily almost 2 years in inhumane and degrading conditions* incomunicada,hate crime because I am american,and swiss,thus torturing me;def. 34 Doris Luz BLAS RAMIREZ conspired with defendants 8,25,26,33 ,as *my public defender,to keep me confined illicitly in political prison Victor Larco* Herrera of Lima;def.35 is Milagros ANDERSON,public defender in Lima,that took my complaint 2014 march 1 that I was being held arbitrarily incommunicada but refused to act and free me ,conspiring to torture me within;def.36   ALMENARA   BRYSON,HUAMANI   LLAMAS,ESTRELLA CAMA,CALDERON CASTILLO,CALDERON PUERTAS,are all judges of Peru Supreme Civil court that conspired against my rights with other similar oficial gov.employees of justice receiving material support in terms of salary from Peru

Republic to make fraudulent sentence,they dismissed my judicial request for court appointed assistance towards indemnization for false complaints against me etc..,fining me $1000 and $500 my lawyer,causing me to lose my best friend who had to pay the fine for the court abusing its authority because I was in forma pauperis;def. 37 are all judges of Peru supreme court(Cesar LANDA-ARROYO,GONZALES-OJEDA,BARDELLI-LARTIRIGOYEN,ALVA-ORLANDINI,GARCIA-TOMA,BLUME                    FORTINI,LEDESMA NUNEZ,ESPINOSA        SALDANA        BARRERA,Fernando        CALLE HAYEN,BEAUMONT        CALLIRGOS,ETO        CRUZ,Ernesto        ALVAREZ MIRANDA,MIRANDA   CANALES,SARDON   DE   TABOADA,Carlos   MESSIA RAMIREZ,Juan   VERGARA   GOTELLI),that   conspired   against   my   rights depriving me of them by sistematically denying all my over 30 appeals to supreme court in different or similar matters, despite proofs I was right,and violating art.8 Peru código procesal constitutional holding the judge who has knowledge of an infraction must make a complaint in DA's,thus all accomplices of torture and terrorism and causing me to suffer severe psychological injuries as a result;def.38-1 Alejandro C.TOLEDO MANRIQUE was President of Peru Republic 2001-2006,so responsable of illicits at those times during which I was victimized in the manner hereafter described,is guilty of letting 1000's of millions of $ be robbed from the nation of Peru aproving laws and treaties to give away this money to foreign governments constituting treason and terrorism as there is no money left for fixing the hospital system that is constantly collapsed,people suffering and dying because of lack of $ for healthcare,and since he lives in the US,there is personal and subject matter jurisdiction over him to be held

accountable to pay part of the monetary damages compensative and punitive,according to the doctrine of continuous activity since claims start in 1993 and according to the UN convention on imprescriptibility of crimes against humanity,adopted as law in Peru;def.38-2 Pedro Pablo Kuczynski Godard was President 2016-2018 and shares part of the Republic responsability for deprivation of rights under color of law by justice system in those years causing severe suffering and psychological injuries,and was ministry of Economy of President Toledo during which time he authored laws that TOLEDO ratified ,for terrorist and torture activity in Peru by his extorsion of the Republic and correspondingly impoverished hospitals augmenting the death, invalidity and suffering of the sick and accidented (torture)toll of the nation;def.38-3 Guillermo GARRIDO LECCA was director general of dirección nacional of endeudamiento publico in ministry of economy,during that time he and Kuczynski extorted and betrayed the nation and Republic(terrorism and torture).All 3 having given away in violation of the peruvian constitution,1000s of millions $of Peru,they had and or have the compensatory and punitive damages money the Republic may no longer have to give me,which I request as part of their responsability;def.38-4 Fernando ZAVALA LOMBARDI was predecesor of GARRIDO L.and accomplice having also made these fraudulent laws,all 4 defendants 38 had the money I need for compensation,TOLEDO was living in the US this year in a mansion worth over a million$,so should be included to give relief requested.

-3)OHCHR of UN lawyers defendants no 39 who knew and

rejected my complaints for the illicits committed by Peru Republic since 2009 at C.A.T.,Civil Rights Committee,and OHCHR liaison office in NY —I only met Sebastien TOUZE who refused to receive my petition to CAT in 2017;

    -4)IACHR(Inter-American Commission of Human Rights)named defendants no 40 respectively the lawyer in charge of my rejected complaint P 563 2010 against Peru who I met,the Codifier of the case,who I met,the lawyer who denied the case,and the Secretary General,who I spoke to;

    -5)ICC(International Criminal Court) defendant no 41 are MP DILLON,Prosecutor,who 2009 rejected my complaint and its appeal for crimes against humanity,and Karen MOSOTI as liaison of ICC in UN NYC;

    -6)Andrew Saul,Commissioner,Social Security,asked to comply with art.18-21,1980 SS conventionUSA-Switzerland,violated1989( by PasadenaSSA &International Operations in Baltimore)

    ( ev.-7))Jacques Pitteloud,Ambassador of Switzerland WDC,def.43,is asked to pay for revalidation&recognition of my studies in Switzerland and USA because sentence(114)of swiss judge was issued 2004,9 yrs after my 1995 complaint,to long,which caused me damage and sentence says I was supposed to have been paid 1988 but swiss employer violated art.1 OLP to not start 1988 which made me study in USA because I didn't have my pension to return to Peru now my studies of USA are not recognized in Peru unless I pay & I have no $.

## III.NATURE OF SUIT

    7    Civil nature of suit is <u>personal injury by intentional misconduct</u>(chosen on civil cover sheet that mentions choose only one option)but since the action is continuous and extends over 10 years and because of the number of defendants,to

understand the complexity of the nature of suit,and for fear of letting impunity on other illicits committed by defendants,I mention accessorily:-fraud related to personal property(taking of property in violation of international law),&by medical malpractice personal injury by various Peru hospitals,doctors ,motor vehicle hit and run 2010 with ankle fracture;-conspiration on rights,including civil rights,by Peru Republic and American government entities such as Department of State and FBI because of deprivation of civil rights under color of law,denial of due process and equal protection of the law,including crimes by omission,such as the security guards in Peru courthouse attempted to murder,& FBI 2008-present covered up complaints & refused investigation;-housing accomodations violation 2012-13;

-social security DIWC/DIWW s.405 (g)such as action filed with regard to social security benefits provided to disabled worker;

-racketeer influenced and corrupt organizations(Department of State,FBI,Peru Republic system of justice,etc...);

-other statutes:-kidnapping and hostage taking 2014-5 in Hospital Larco Herrera with arbitrary confinement of 2 years;

-FOIA:denied access to family data in Peru public church archives during 15 years;

-extortion,invalid      treaties,violation     of treaties,inconstitutional treaties,treason;

-Violation of almost all rights of American Convention on human rights

IV.CAUSE OF ACTION:action for damages under t.28 U.S.C.s.1605A (c);TVPA;etc

8   -1)action for damages under t.28 U.S.C.s.1605A (c)terrorism and general

exceptions to FSIA:I suffered February 28 2008, an attempt of extrajudicial

killing,my right to life(art.6(1) of the International Covenant on Civil and Political

Rights, to which Peru is a party, was not respected(sufficient was done to kill me

but I frustrated murder by unidentified women and courthouse security defs.1,3

C.Castellon and R.Lazo,in Cusco courthouse, fracturing my right scapula and its

labrum,as I extended right shoulder backwards to protect my skull    on

courthouse  floor;my constitutional rights of due process and equal protection of

the  law,of  integrity,freedom,were  violated  since  2001,my  right  of  access  to

information was violated 2004-2019(15 years)by order of Peru justice system;2014-5

I was abducted,seized,confined arbitrarily 2 years incomunicada taken hostage by

Ministry          of          woman          def.25          L.Chaupis(exh.47),DA

M.Vereau(defendant8,exh.48),Dr.J.Roca  def.27,judgesM.S.and  T.Y.(defs.26)in  the

"political "prison of hospital Larco Herrera in 2014 for years(51)in inhumane and

degrading conditions,without due process to attempt usurpate my rights enforcing

my disappearance(Peru ratified convention against enforced disappearances)then

consenting to release me after 2 yrs on condition my brother in USA accepts fly

twice round trip to Peru to ask judge for my release &I accept my inconstitutional(I

am naturalized Peruvian&could not be deported by a judge)deportation from Peru

to the US at same time obliging me to relinquish all my property left behind me in

Peru $6000,that was trashed(taking of property in violation of international law-

exception to FSIA);processed in 2 different penal cases  2 yrs for infamous crimes I

did not commit by undue process then dismissed with denial of indemnization for

judicial  errors(exh.54,55)  and  complicity  of  defendants  no  12  M.Castelo,

I.Ortega,DA V.Farfan,put in jeopardy feb.28 2008(exh.73)as I was notified that charge was dismissed that day by defendant 35 in exh.55, but summonsed to appear next day on same charge with same defendant,etc...resulting in torture and serious personal injuries; violation of international law,as of above I was subjected to torture,all elements of terrorism,thus, I am entitled to damages under abovementionned legal disposition Terrorism exception to immunity, ForeignSovereign Immunities Act,28 U.S.C. § 1605A ;

-2)Torture Victim Protection Act :I am subjected,by Peruvian officials,employees,agents of Peru government(if not,citizens of Peru abusing me knowing the conspiration in justice against me as an American will leave them immune from suit)continuously to acts of torture;I am constantly disabled physically since 2008 and now cannot walk over 50 m nor climb a step being wheelchair bound,since over 2 years;I cannot work,nor study,and was prohibited during 15 years from access to information from public peruvian church library,despite fulfilling all requirements,constituting discrimination,while the whole public justice system from police to supreme court conspired to dismiss without due process,my complaints for this discrimination,denying equal protection of the law,and since I am historian by profession and a national university history student with recommendation letters from my professors,since whole justice system impossibilitated me comply with orders of university,to go work in archives,during 15 years I could neither work nor study by conspiration of justice system(severe emotional suffering equivalent to torture)that also held me invalid by having orchestrated attempted murder in main floor of courthouse,refusing investigation despite confession of security guards,and

indemnization,recklessly abandoning me invalid since 2008,dismissing all complaints up to supreme court approving the attempted murder.

-3) Peru Republic is not yet classified as a terrorist state by the US department of state,but    Title 28 U.S.C. § 1605A - Terrorism exception to the jurisdictional immunity of a foreign state holds"*(2) Claim heard. --The court shall hear a claim under this section if-- (A)(i)(I) the foreign state was designated as a state sponsor of terrorism or was so designated as a result of such act* ".Court should make discovery of facts in this case,since I am victim of obstruction of justice or and deprivation of my rights under color of law by who was supposed to designate Peru as sponsor of terrorism,asking since 2008 to dept of state and FBI to do so but failed until now to get dpt of state to correctly assess I was tortured and wronged by terrorist activity in Peru,so it was either an erroneous or corrupt legal adviser in department of state that did not lift its immunity for my suit or put it on list of terrorist states(see denial by M.OLMSTED,Legal   Adviser,Dpt  of  state,hereunder  in  parr.55  seq.,section IX.EQUITABLE  TOLLING),and  FBI  covers  up  all  investigation  denying  my personal,in  written,email,phone  complaints  since  2008(exh.225,226)to  lift  Peru's immunity for these wrongful acts and omissions:its government commits continuous crimes against my constitutional rights of amendments 3,4,13,14 in particular against my life,liberty,and property and right to due process,equitable protection of the laws,has tortured me so that it should be classified as a terrorist state,if not,its immunity lifted in my case for terrorist conspiration.I hope for a sentence I will no longer depend on this government ,in particular,if a US judge could make resolution of disputes with Peru until I end my thesisPhD work,and indemnization .

-4)arbitry  abduction,detention,taking  hostage,arbitrary  unindemnized trials  for  infamous  crimes  without  due  process:conspiration  against  rights:

<u>deprivation of civil rights under color of law  to violate FOIA,access to information</u>

by Peru church archives that discriminated me,causing me emotional suffering and mental anguish so that it amounted to torture because of the justice system that denying due process and equal protection of law,dismissed all complaints I made,piling up kgs of paper of complaints,spending all my time working on them and money paying lawyers to sign themfor nothing because of conspiration against rights,as all is dismissed:public national archives were closed 15 years without reason to me,violating my right to work&study(I am historian),to get family &personal information,right protected by art.2 inc..5 peru cst and art.61 codigo procesal constitutional peru (FOIA information such as baptismal certificates of family members that I have here in church archives) to get personal or family information ,right protected by art.2 inc..5 peru cst and art.61 codigo procesal constitutional peru to study(I am student of history at local university unsaac that gave me letters of recommendation to go study in archives ,letters that were simply rejected by church 15 years 2004-2019 by request of def.32,DA Rocio ZEVALLOS H.that blocks all my complaints that despite meeting all requisites I was not allowed in church archives until 2019 and even still am discriminated because to enter I was forced to sign a contract I would pay an employee to enter with me which ends up in discrimination leading to economic loss as I have not even enough money to pay my treatment &medication,being the only usuary of the archives that is subject to this condition,in DA up to Attorney General on appeal and in courthouse up to supreme court by traffic of influences and treacherous conspirations;other conspiration against my rights is the torture of arbitrary detention 2002-4,since because there is no equal protection of the law I didn't get my work pension expedited because since 2001 Peru justice refused to execute its

payment despite it was due 1988 but sentenced only 2004 and paid only 2006,coercing me to leave Peru and accept immigration to US 2002,equivalent to a deportation to the US by Peru Republic that refused to act on my complaint I needed my money to rent my room in Peru etc..,at that time I had already been kept away from Peru over 15 years (exhibits 99,100),in my years in Geneva I was trained to become a physician for poor countries to serve so I was given Peru nationality in child registries confirmed by my companion in college Patricia Lazanski stating I was saying in hard times I was going to be relieved returning to Peru once school was over(exh.180).I showed swiss sentence of insurance law(114)and nysd case docketed 2005 against Switzerland,I had been confined 18 years by actions of Switzerland blocking my bank account,denying me relief benefits and passport to leave the country of which I was not a national,in complicity with Peru republic that in 2001 as I returned to Peru,started to cover up this prolonged arbitrary detention,and perpetrate it as it could(2002-4 where without relief pension because Peru chose to dismiss my complaints of extortion by swiss,provoking my migration to USA 2002,and 2014 until 2016(exh.51) so that in total it was 22 years of illicit confinments and enforced disappearance(my kidnapping and confinement incomunicada in peru Hospital).

   -5)**There are since 2008 continuous actions of the offenses** cited and statutes,especially deprivation of rights under color of law ,reckless endangerment,obstruction of justice, torture and terrorist acts,conspiration etc by human rights officers of international criminal court of the hague(def.41 M.P.Dillon,K.Mosoti def.39 exh.151-154 since 2009,OHCHR since 1998 def.39 exh.153-159,IACHR since 2005 until this year I have been continuously appealing

-28

without          result(defs.39,40,exh.160).Defendants          conduct          was

criminal,outrageous,extreme,wanton,willful,malicious,constitutes threat to public.

·6) February 28 2008,3 causes of action accrued:1)attempt of

extrajudicial  killing  and  torture  by  security  guards(defs.1,3)of  courthouse

cusco,Peru(see  FACTS,1)):2)notice  of  dismissal  without  indemnization  nor

countercomplaint for crimes by plaintiffs, judicial error of case 612 2007 PE

01(55),and case 511 2007 PE 03(54) ,trials for infamous crimes against me:3)notice

of fraudulent dismissal of my habeas data civil action 2217 2006 by supreme

court(exh.52),defs.37,violation of 5th amendment,that also prohibits destroying or

seizing  the  property  without  due  process:in  2015  judges  M.Ynonan  and

Suarez(def.26)unlawfully deported me to US without indemnization under threat to

never return or I would be confined again(exh.38) ,since thus I couldnt pay rent in

Peru  no  more  if  I  could  not  stay  ,nor  could  take  with  me  my  property  that  was

apropriated by landlord, in my rented room,allegedly trashed.

9      Serious injuries,deprivation of rights under color of law title 42 s.1983 Us

 Codes can cause indemnization for continuous wrongful dismisssals of all

complaints made in Peru since 2001(106),is not time barred because as of (49)report

of supreme court cases,I am continuously requesting justice in Peru courts where I

have 2019 case pending,and lastly(105,220-223)resolved dismissed again wrongfully

on appeal(def.11,22 T.Catacora,W.Becerra,def 23,24 A.Perez and G.Ortiz).S.1605 of

title 28 of US Code holds there is no immunity in US courts for foreign states when

(a)(1) in which the foreign       has waived its immunity either explicitly or by
implication, notwithstanding any withdrawal of the waiver which the foreign
may purport to effect except in ajccordance with the terms of the waiver: (3) (3)in
which rights in property taken in violation of international law are in issue and
that property or any property exchanged for such property is present in the
     in connection with a commercial activity carried on in the          by
the foreign state; or that property or any property exchanged for such property is

owned or operated by an agency or instrumentality of the foreign state and that agency or instrumentality is engaged in a                                    in the

    Peru has comercial activity in the US(see website of Us embassy WDC and consulates)so it can be assumed passed property taken to me in Peru in violation of international law can be assumed to be recovered by Exchange with property operated by agencies etc. Of Peru in the USA.

(5) *not otherwise encompassed in paragraph (2) above, in which money damages are sought against a foreign        for personal injury or death, or damage to or loss of property, occurring in the        and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment ,*
    ocurr in the United States since I am american by birth in Manhattan,and retain address in brothers family in Flushing NY (36,38)(only I am registered in UNSAAC university Peru (106)by CSLA University Los Angeles,for postgraduate work with intent to return to the US,despite I am delayed in completion by disability by crimes by Peru state.I intend to return to NY this month for surgery at side of my brother since I cannot walk over 2 years by injury from assault and Peruvian hospitals are collapsed.

9       Peru government or state has waived its immunity for individuals to sue them for violations of human rights cited and crimes I listed(accepted jurisdiction for individual complaints in international criminal court in The Hague for all crimes of agression,crimes against humanity,war crimes, genocide; for crimes of torture in CAT of OHCHR;for all human rights violations ,since they ratified in 1978 interamerican convention on human rights accepting to be sued in IACHR and San Jose International Court; enforced disappearance as they ratified this Convention; Peru signed law 27988 wherein accepts without reserve convention of UN on imprescriptibility of war crimes and crimes against

humanity,so it can be sued anytime for facts I listed that are war crimes and crimes against humanity.

10    Peru justice system conspires since 2001, by hate crimes and discrimination,often overtly aledging(def.23in exh.83,G.Vargas,director of mental hospital because I am whiter(american mother),with other nationality,not physically born in Peru but in New York City,to deprive me of my rights under color of law,defendants of Peru supreme court defs 37 exh.49,continuously dismissing all complaints up to supreme court where since 2003 I exhausted domestice remedies continuously .Dismissals are not due to inadequate presentation of complaints,since I studied law for almost 3 years(Geneva faculty of law& Graduate Institute for High Internationa Studies,Switzerland,exh.234).

## V.JURISDICTION AND VENUE

11    NYSD court chief judge C.McMahon,sentenced(18cv01740,NYSD) june 13 2018 ,and transferred hereto,that this Court has jurisdiction for TVPA and Antiterrorist claims simultaneously against Peru Republic and other peruvian officials and nationals,and others(28 U.S.C. § 1391 e),t.28 s.1404 a)),with subject-matter jurisdiction over Plaintiff action ,personal jurisdiction over Defendants pursuant to t.42 s.1983 civil action for deprivation of rights under color of law; Anti-Terrorism Act, 18 U.S.C. § 2333, etseq.,t.28U.S.C.§1330,1331,1603,1605A(a)(1),1605(a)(3)and(5),Torture Victim Protection Act,Pub. L. No. 102-256, 106 Stat. 73 (1992), note following 28 U.S.C. § 1350;mentionned statutes, with jurisdiction in case offenses perpetrated against American.

12   28 U.S.C. § 1605A(c) provides a federal private right of action against a foreign state that is or was a State sponsor of terrorism, and also against any official, employee or agent of that foreign state while acting within the scope of his or her office, employment or agency, for personal injury and related torts caused by an act of torture or extrajudicial killing,hostage taking or the provision of material support and resources for such acts.

13   Likewise judge McMahon agreed then with me that this judicial district is the only proper venue according to 28 U.S.C.s.1391 (f)(4).

14    Plaintiff has afforded Defendants a reasonable opportunity to arbitrate the claims in this action as required under 28 U.S.C. § 1605A(a) in accordance with accepted international rules .

**VII   FACTS:extrajudicial murder attempt in Courthouse Peru,torture,personal injuries,abduction hostage taking, and taking of property in violation of international law (proofs attached 1 to 234)**

15    Reason why,American born,I am in Peru and got victimized there:

I am American and born in Manhattan (60),masters in medicine,thus trying to gather money to build new hospitals,BA CSLA StateUniversity that sent me to Peru(dean letter exhibit (61))for postgraduate work to UNSAAC university where I am enrolled since 2008,but on constant sick leave,because of continuous acts of terrorism,torture,conspiracy against my rights by the justice system of Peru Republic,that refuses to give me equal protection of the law and due process,its government officials,employees and agents providing ressources to its staff to deny me justice,services,resulting in a Courthouse attempt of extrajudicial killing by assault and battering,by a conspiration between unknown assaltants and Security of the courthouse that I esquivered but resulted with a right scapular fracture,shoulder labral tear,injuries that result in constant invalidating weakness

and pain on bilateral rotator cuffs.This occurred when filing complaints in District attorney and Courthouse located avda sol, in Cusco,Peru, where I have lost considerale time and money hoping to solve conflicts with employers etc,which end up all dismissed by conspiration of fraudulent statements,undue process,obstruction of justice,treason,hate crimes aledging I am not entitled to justice and services because a foreigner,American or swiss, despite I am also Peruvian on civil registers of UN and Switzerland,and hold peruvian national ID since 2000:I thus started over 40 criminal complaints(11,17),100 judicial actions (92)of which over 30 went to supreme court on appeals(49)where all complaints,even of violation of jus cogens,are dismissed exhausting domestic remedies in Peru,conspiring accomplices of torture etc:

16    February 28 2008 1 pm: I was at "CDG" ,the clerk filing window of that courthouse(see name on pictures1 to 6 in (exh.1,2,3)6 pictures starting at filing window,then viewing it from 10 meters down hall,then 20 meters further down hall then 30 meters further down at level of Door of Presidency of court then 70 m down ,view of Presidency door).At CDG window,I was filing that day with the clerk, butI could not sign the motion summonsed by the clerk because a 5 year old minor boy would repeatedly put himself between my legs up to intimate parts(I had white pants on)despite I had directed his mother ,not a litigant but a troublemaker sitting 5 meters behind the line with 5 other women,to hold him,but instead,after directing her ,returning to window to file,she would in my back direct him again to go after me to go between my legs grabbing me,her mother sexually harassing me ordering this,for which I asked help of defendants 1,3 C.Castellon&R.LAZO B.who separated me from the women,and made a first report(68)indicating I was filing at window and the women with child were behind me(they were sitting down in seats visible

on pictures 1-3 as in front of filing window,then falsely quoting without witness I had slapped the child who was putting himself between my legs(no sense doing that since I didn't know them),despite his mother previous failed restrain her child in the courthouse where she had no business since security report(68)indicates I was litigant at window while the women were expelled(4,18,21,22,117) from the courthouse for "scandal"without filing in line thus they had a plan against me that day since had no litigation ongoing.Defendant chief of Security C.CASTELLON was located with R.LAZO at CDG filing window when I was first attacked by the women sending the minor after me,since both declare about this in (21,68),so they watched all and had me under their control after first attack until second attack,whereupon they moved towards Presidency door at the noise of screams,and P.TAMAYO V.last security was apparently at all times by Presidency door;I then continued my business walking down the hall 60 meters because as(exh.4)stated I had another appointment in courthouse basement and stairs were down the hall under scrutiny of security guards,until door of presidency (see pictures(1-3))without noticing the women followed me since I felt safe after security intervened and made the first report, under eyes of the security defendants, until the women grabbed me by my hair from behind at door of presidency 60 m away,shaking my head back and forth making me scream in pain whiplashing me then pulling my head by hair from the height backwards with force to kill me by fracturing it on the courthouse floor(see description in second security report(4)),frustrating head impact extending my right shoulder backwards,where right scapula fractured throughout into its glenoid cavity(see(5)ultrasound:state          of          muscular          contracture scapula,radiography(6),magnetic resonance(7)shows a "moderate bone remodeling of scapula into glenoid cavity with labral tear"(moderate r.only occurs when bone

was recently fractured,glenoid fracture by avulsion,is only(exh.8) when one falls on the shoulder extending it back to break a fall,labral tear only occurs by avulsion in this movement,and scapular fracture only occurs as a high energy blow in auto accidents or the like,I had to be pulled by several to the ground ,not merely a fall,as is shown in the literature(8),when someone extends shoulder backwards in a fall,so that this injury couldn't have originated in a single fall in my room that evening,and couldn't have come from an external accident or there would have been such as a police report or witness&would have been caused anyhow by emotional distress,physical pain because of courthouse battery assault).Security asked for identity of agressors,that refused identify themselves,thus confessing a potentially lethal crime(violent impact on head).Security guards fall in contradictions in declarations to def.9 DA Paravicino A.:they wrongfully expelled agressors without identifying them out after the attack(21,22)and refused to call 911 or give me medical help aledging I wasn't a courthouse employee,then further denying me indemnization.Chief of Security def.1 Castellon,guilty,in commission by omission being responsible of security,with R.Lazo,in concert,of attempt of extrajudicial killing&torture-personal injuries,falls in contradictions to DA(21,22):first,he saw me followed but didn't intervene out of "animosity towards me"without telling the circumstances I would have done something wrong in courthouse which is not normal for a security guard(the only I recall would be bad judges causing me to criticize a judge that then would ask me out with security,like(54,55)when I was tried 2 years for infamous crimes I didn't commit then dismissed,or in a habeas corpus with attempt to my liberty,the judges were not answering on time,or another time,in a HC,the chief judge slandered me in written but he got blocked because both other judges in my case voted for me against him,meanwhile Security didn't

understand why there was animosity of judges against me and may have picked on me),likely he committed the offense; second,he tells DA he"only saw I had a hair pull" (21,22)despite his colleague P.Tamayo(4)describes I was grabbed by hair by several women and pulled to the ground backwards screaming all time and landed on right shoulder":Castellon could not have seen only the hair whiplash,as I was screaming for help so as security guard he would have immediately came and would have seen the result of the hair pull,that I was on the ground,where I remember he came up to me as I was trying get up &I asked him who where were the assaultants,thus omits saying what he knew would convict him,that he failed in his job because he abandoned me in potential lethal situation,and would be liable,to be followed by the assaultants after he and Lazo made first security report at window clerk CDG,and let me be followed 70 m down hall to door of Presidency of court where I was finally lynched despite he  knew from first report at CDG there was a conflict between me and the batterers,and I was not out of danger;third, CASTELLON also contradicts himself in (21)by falsely indicating I was in filing line behind the woman and child and they were litigants,since(22,68)Lazo indicates I was at the window signing with clerk& women behind,sitting down,thus not in line,which is far ahead and standing(see pictures 1-3);with R.LAZO,tentative of extrajudicial killing and torture,indeed(4)is described severe pain as I was screaming"during all the time of aggression from when I was standing,then shooken whiplashed then thrown on ground,since I was under his custody.To resolve better these contradictions,it is possible to cite other witnesses staff of courthouse that day:Mart(h?)a Farfan,former staff of central de notificaciones of courthouse who was present to see me on ground and or having fallen on ground that  day;Victor Arestegui Alegria,security guard that was with me that

day;Giovanni Castro Ascue,secretary of courthouse presidency where I fell that must have heard all;Claudia Gutierrez Aragon,chief of Presidency clerk window;Angel Huilca,security guard of courthouse.

Defendants cannot raise exception of no same day medical report of injuries(DA dismissal of complaint(14)as they made it impossible for me to go to the doctor by summonsing me to appear on false charge the next day dismissed "res judicata"in case exhibited 612 2007 PE 01,without defense,thus coercing me to write alone that evening an appeal unless go to jail next morning,which was a similar damage to me then to stay sitting with an injury("nemo audetur propria turpitudine alegans").I also made habeas corpus against defendants,denied upon appeals up to supreme court(20 signed by magistrates set as defendants)despite I alledged validly courthouse security was a threat to my integrity and the right to not be tortured,defendants were covered up by magistrates Landa A.,Calle H,Alvarez M.The injuries of right scapular fracture ,biceps tendon split,labral tear provoke deep anterior pain,invalidity of dominant arm for several years unless it is operated,in my case both Peru national hospital orthopedic surgeons prescribed cruel inhumane treatment: Dr.Ariel ZARAVIA and def.6Dr.Ronald W.CHUQUIHUAYTA QUILLAHUAMAN)refused order magnetic resonance imaging,and Emilio LIAS CUERVO insurance director refused payment by government of my treatment(104) thus omitted diagnosis of fracture and labral tear visible on American MRI I had by leaving Peru to NYC where I lived with my brother soon after the attack and treatment of labral tear(surgery) ,let me with the pain(23,24,43),and def.6 Dr.Chuquihuayta in conspiration with hospital director David SUMERENTE,denied(79)the disability pension (75)I requested in a

wheelchair,coercing me (112)to first submit to psychiatric exam to get disability for orthopedic reasons which is illegal as was entitled to disability in my wheelchair ,in item facts 4 it shows it is part of the Peruvian government plan to sabotage me trying get a psychiatric order false appreciation of mental disease to lock me up forever and steal my posesions;radiologist Dr.A.QUISPE C. def.26  informing there was   no   fracture(24),def.6   Dr.cChuquihuayta   informed   I   had   a"ancient luxation"despite I described the  aggression by Security in Courthouse,as if he were trying to say I am American and had this "in my country"and courthouse did nothing to exonerate responsibility of his employer,the government, despite there was as per private radiologist I had paid for a second opinion(6),putting my life in danger wrongfully discharging me without telling me I had a fracture potentially lethal because of the possibility of internal hemorrhage,pulmonary perforation by the bone fragments that could    move,aledging I had no fracture(the medical report of fracture was made by a private practicioner I paid)just antique past luxation(23) despite the ultrasound with muscular contracture indicated recent trauma ,to cover up defendants.This is inhuman and  degrading treatment after torture .Dr ALTSCHEK Hospital for Special Surgery published(25)labral tear ,especially in dominant  arm,must  be  operated  otherwise  develops  anterior  instability  and supraspinatus tendon tear,which is what happened ,it was malpractice,Peru hospital didn't give me assistance for my injury nor operate me despite I asked it,so I developed on one side,then decompensated bilaterally,high grade supraspinatus bilatear tears(26,27)persistent until today(28)because Peru has no treatment that is patch,available in the US upon payments but I don't have the money to pay unless indemnized by defendants.These injuries are cause of constant pain and disability equivalent to torture ,since 12 years.And the fact defendants are security

of Courthouse,they had custody of me ,were obliged to protect me so failure to intervene was active commission of extrajudicial killing since what is described is that 5 people were pulling me from the height to ground by hair with the goal to fracture my head thus kill me (and scapular fracture is a high energy blow potentially lethal because of internal injuries often accompanying it such as hemorrhage of arteries cut by the bone fragments in chest or pulmonary perforation)without due process.All defendants attempted extradjudicial killing by being custodians of my security,health,life nevertheless choosing to betray me and kill me ,recklessly endangering me by abandon with a potentially lethal injury I did not know about the odds I would die with internal hemorrhage,causing severe pain equivalent to torture from 2008 until today,with progressive decompensation of whole body.I need money to pay people to help me for what I no longer can do because my arms can carry only less then 1 kg.Injuries must be attributed to defendants as there would be otherwise no way they would have occurred unless there would be a witness or report other then (4,68),I was anyhow distressed because of assault and other fall or accident that day would be attributed to courthouse assault and false acusation in DA next day,and I couldn't have fell in my room as it had low ceiling,I would have also asked for help or there would have been witness. Witnesses same day swear under notary,and next day,my university companion Y.Orue(13)witnessed I had pain and disability attributing it next day to the lynching,which would be unexplainable unless it had occurred in courthouse.There were 80-90 meters between first attack at "CDG"filing window and final attack at presidency,long following that security Castellon watched without reacting,with Lazo,chose to let me be victimized,then declared he didn't see me fall despite would have killed me had I landed on the head.They were guilty of

tentative murder by omission as they are responsibles of courthouse security,and torture and serious personal injury.I couldn't go to the Dr. that day because of persecution double jeopardy by (def.24)DA E.Ortiz summoned me to appear next day I had to prepare appeal(exh73,76 )to avoid go to jail.I took sick leave from university because of severe pain(exh69)and dysfunction(avulsion of right labrum,multifragmentary fracture right scapula,luxation of articulation)right dominant arm(exh70,71) ultrasounds(exh5),Xray(exh6),MRI(exh7).Complaints (exh72,18)were denied by judges,DAs,supreme court(see case03634-2009-HC exh20),recklessly abandoning me,same with government orthopedic doctors,refusing report I had fractures(xrays exh24)coercing to pay private drs;refusing order mris(magnetic resonance image)forcing me out to NY where at HSS the avulsion glenoid fracture that is medically(exh8) caused by fall from height on shoulder was diagnosed; had right supraspinatus full tear(exh29),traumatologist hospital public cusco def.6 Dr.Chuquihuayta banalized covered up I had a fracture on xray,as well as radiologist def 26 ArturoQuispe,diagnosing,to cover up the security guards, only "antique luxation",denied MRI(exh23, 26);refused(exh79)my request for disability pension(exh78),soon I got contralateral(exh27,167,198) left shoulder tears in pectoral muscle,supraspinatus tendon because doctors failed operate right labrum tear at first(exh25 shows labral tear causes supraspinatus tear if not operated due to anterior instability)no arms decompensated

17  -10/15/2010:Ankle fracture hit run by bus,police refuse make timelyreport:because my both arms were crossed on a aircushion sling by tears I needed more time to go down the bus since there are steps and I cant use arms to lean on poles,so I got hit and run going down the vehicle at a stop with right ankle

fractureS(police report hit and run(40)nevertheless defendant major of police precinct of hit run,def.7 J.BECERRA DIAZ police officer has responsibility for torture by his officers,that abandoned me invalid on the sidewalk after hit run with my fractures hating me because I am American and conspiring in treason to fail to intervene to make it impossible for me recover transit insurance SOAT by denying the necessary to recover funds police report,as witness Raul NARVAEZ LOZANO(29)municipal police states police officers of 911(105 in Peru,see on report highlighted that day (30) emergency refused (see denial(50))to assist me despite I had called with my cell phone for help(30)and was sitting on the sidewalk without being able to get up because of fractures and tears in arms and 2 officers of defendant precinct,unidentified,patrolled walking by me injured asking them for help to go to hospital as I could not get up with my torn arms and ankle fractures,failing to intervene,recklessly endangering me,refusing to either make report of hit run (which was necessary inmediately and up to 4 months,to recover up to 6000$ from SOAT vehicle insurance,which was refused because police refused to do timely report(41)or help me with an ambulance recklessly endangering me I also had spine fractures(31)and developed permanent painful tears of left leg groin tendon and muscle(33,81)lasting from 2011,visible still on ultrasound later in 2013 (9)because I was abandoned ,had to go to local church in taxi beg for a wheelchair,that I couldn't move alone since I had no use of torn arms nor right leg ,thus trying to advance my manual wheelchair with the left leg because I had no functional arms and right ankle fracture despite I had requested previouslyPeruvian doctors to provide me with a motor wheelchair which was denied to me by def.5 director doctor G.Alvarez B.(32).Medical help was often denied to me like magnetic resonance images prescribed by doctors,denied payment

by national insurance(104)so I left to NYC and got the motor wheelchair there with medicaid(34)which I used 2011 to 2014 that I finally got after asking St luke hospital NY(42).I was in a wheelchair from 10/15/2010 to june 2014 because of chronic ankle sprains that I could not heal because of bilateral arm disability(44,45,46)making healing of ankle sprains impossible because progressive loading of ankles was imposible as I didn't have use of arms to lean on a crutch and I had to stay in the motor wheelchair from 10 15 2010 to june 2014 almost 4 years,because of chronic ankle sprains 2010-2014 (exh196,43-46),spent 4 backs and forths from Peru to USA for motorwheelchair,requesting surgery for excess pain to my shoulder tears. ;february 2014my american motorwheelchair(exh34,42) found no accommodation in Peru obsolete public transportation despite law on accessibility to disabled no 27050(exh82),provoking bilateral ankle sprains. The police report for hit run was finally made 2 years later (10)when I came back with witnesses but it was to late for transit insurance money recovery and they denied arguing police would have had to do the report in 2010 not 2012 and I lost $6000(41) since that's the amount insurance of transit SOAT allows for hit run cases from "fondo de compensacion"("SOAT compensation fund").All Peruvian doctors have committed medical malpractice as I was under treatment for injuries disabling dominant arm,requesting assistance for daily activity to rest,thus I never rested because I had no help,injuries were attributable to a government assault so I progressively decompensated whole body as described,wrongfully because they never gave me benefit of assistance for my rehabilitation,despite art 30 of ley de salud law no 26842 holds"the doctor that has a patient with injuries caused by a crime must notify authorities".

~42~

18      Torture by NYC shelters,etc:Since Peru hospitals tortured me refusing medical assistance and put me in danger refusing stitching of my right labral tear that was making me suffer 2008 I traveled 4 times round trip to NYC have this done,where I was evicted illegaly in freezing December by my Chinese sister in law NYC where my brother invited me to come for surgery 2008,sheltering me for a month and 10 days then making me live on the streets(becoming legal resident¿in that house)with only my left arm,constant pain because of right shoulder injuries and loss of use of right dominant arm,I began to pull my suitcase in the winter freeze with my left arm,wearing it out with microtearing in tendons,sheltered in lennox hill neighborhood house women shelter in winter 2009.These further tortured me ,December 2009 I was put on a hold for psychiatric reasons just because I was spending to long looking for my medical papers getting ready for a Dr visit in my locker because my right arm was invalid,aledging they didn't understand why I was...so slow!Then the shelter violated the us constitution making unreasonable searches and seizures,.they would wait until I leave the shelter to brake the lock(I had bought to close my papers securily in locker)open with a saw(212)confiscating my papers and printer fro no reason,afraid I left the shelter where there were also constant racial fights,I got punched in elevator,bleeding from lip ,took my leftover papers in my bag that I put on my left shoulder and started being homeless in winter again in 2009,I felt January 25 in Jackson heights train shelter where I was hiding from the cold,an intense pain on the left shoulder where the bag was hanging pressing on tendons and muscles,on (2011)an image was obtained January 28 2018 at St.luke hospital showing microtearings,etc..in the tendons;,and march 2010 a few weeks later,images showed a progression to frank tearings of left supraspinatus tendon and pectoral

muscle,where the bag was hanging on left shoulder to protect the disabled right arm.I had again intense pain,disability from these tears until 2015;due to occasional compensation of lock of strength in arms with my front teeth to lift my bag or open cans,etc.,2019 because of both arm disability I suffered teeth fractures fissures(227) trying compensate ;all these serious personal injuries now require interventions,and medical costs I cannot pay for.I now am totally disabled and need$ to hire personal assistant(228 med.certif.indicating I depend on another person),buy motor wheelchair,money for procedures ,probable surgery,ticket plane to USA.

19    Torture,arbitrary confinement,inhuman degrading treatment by Peru government and defs.38-5Margot UMPIRE BERRIOS&her husband Alonso JACKSON,owners Mana Pizzeria,calle recoleta 555,cusco and children Abigail this latter married.I had described I was held detained illegally july 2012 to august 2013 because this pizzeria was illegal being rented in passageway of a residential building,in violation of Peru law 27050 law of disability where space of entry must be over 1m15(213)despite city government knew this pizzeria was illegal and did not have a functional licence,thus had to be closed,having informed alcalde(city governor)and Mr.Hansel,chief of OMAPED(Oficina Municipal de Apoyo a las Personas En Discapacidad,Office to help disabled people)of the situation the pizzeria was illegal,I was paying rent to be confined inside and had to pay extra staff to shop for me as there was no wheelchair access(214,215),without response asking them and landlord to find me another place to rent,but they refused to intervene knowing I could not walk &confined inside pizzeria.Owners of pizzeria conspired to torture me kept me locked inside refusing to move benches leave me passageway ,the owner would abuse me further telling visitors or services such as

postoffice with my letters,that I didn't live there anymore or wasn't in despite she knew I was locked inside at bottom of residence by her,in my wheelchair,in a state of permanent intense pain and invalidity,with constant threat against my life,as I am at risk for bilateral tendon rupture in both arms leaving me exposed to further injuries.Mrs.Umpire tried force me to leave despite I could not walk,having illegaly(legal width enty is 1m15cm) rented the entry of the house where I was renting my room,to install her pizzería without holding a city licence,her benches occupying the entry reducing space to 45 cm so that my motorwheelchair could not pass,confining me in my room for a year during which time she refused find me another place and would send her adult and adolescent children to use my bathroom leaving it constantly unusable by defecating urinating all over despite the pizzería had its own bathroom,to coerce me to leave despite I could not walk out to find another place obliging me to make a habeas corpus no 1865 2012 PE 05or6 I won on appeal against the judge,again her(exh.180),but because of conspiration of the judge,she was ordered out,but refused to leave so I called police that discovered(183)she was in violation,but they did not help me more&I could not file another complaint so I had to hire people all year to shop for me and find me another place to live after a year of confinment.

20      2017 torture act by Peru state by Mr.X: may 21 2017 ,Peruvian citizen Mr. X came behind me inserted both arms from behind me under axilla pressing with fists onto my previous scars from 02 28 2008 courthouse attack pulling me backwards causing (28)bilateral high grade tears on supraspinatus tendons bilaterally,reopening the tears that had progressively closed until I was near normal painless with near normal strength 2015(see (205,206)tears 5mm and 8x5mm in 2013,(28)now 2017 after this attack tears doubled in size to 10mm and

4x10 mm,with severe tendinosis (208).Recordings may 23 2017 of Mr X(210)enclose confession as he asks me for forgiveness for having done this,correlating with my emergency orthopedic surgery consultation(207),the government hospital loayza again cooperated in torturing me,reporting the shoulders as normal (207)despite(28)the high grade tears I had,again a month later hiding my injuries of tears reporting normal then a month later only microtearing or tendinosis(209),despite I had open tears(208),recklessly endangering me omitting protecting me with rest order,sling,etc aledging I was normal so I would further injure myself,coercing me in look for diagnosis ,as I had pain,out of government hospital to pay in private practice(28),where less conspiration show severe injuries,that probably developed faster and worse from may 21 the attack until july 22 the final diagnosis(28)because the government hospital Loayza again conspired to torture me telling me all was normal from start in the hope I would not rest but increase damage and propagate tears in supraspinatus tendons.It is an act of torture of Peru government because the person who injured me succeeded doing so using the confidence I was obliged to put in him as I lay bedridden with spine fractures 2011 wihtout help,because of the reckless endangerment abandonment by government of Peru justice system and doctors after the 2008 murder attempt.I was to depend on a doctor or judge that would take responsibility for me,instead,MrX didn't see any moral obligation to care for me ,he was a street encounter in front of the pharmacy where there was no ramp for me to purchase my medication for tears,I offered him a dollar to buy it for me,he then offered push the wheelchair I couldn't push.I didn't ask him for personal favors, apparently he was conditioning help to a marriage contract,so when I didn't consent he injured me,with slaps,hair pulls,insults,obliging me to eat seafood he knew I was allergic to,once a

whiplash,investigating still today with January26 2018 (202),February-april 2018(203,204)discovery he had emotional distress in ambulance because I kept distance was living in another city declining go visit him upon his requests(210),thus I was coerced to get close,sequestrated by him and his father by false alegations he was in hospital,then seing I wasn't consenting ,injured me. I had no choice then to accept Mr X assistance since I was totally disabled and couldn't even move my wheelchair without arms,thus Mr X,former war marine of Peru gov, acted as a Peru government agent ,torturing me.I was unable to sue him because of lack of collaboration of Peru police that aledged Mr X. has depression and is suicidal(ambulance 202,210)thus cant be sued .I am personally available for further details on this terrorist activity times in the past ,but Peru government that victimized me,failed to assume its respoonsability,for making me encounter him on the street where I had no business but where defendents trashed me after trying kill me in courthouse,I attach(203,204)investigations I vainly pursued until april 2018 trying understand what I could do .Nevertheless such an attack totally disabled me without use of arms for 8 months,with constant intense pain,anxiety over outcome without arms If I am going to remain permanently disabled,and no social support, and disability,I still am constant with a sling to cross my arms over,and had to take a sick leave from the university.As a consequence of losing again use of arms,I developed front teeth fractures2019 and fissures from compensating with teeth ocasionnally(open bottles,help carry bag etc(exh 226).

21    It is a torture act by government of Peru,since I met MrX offering him money to buy a recipe in pharmacy that had a step I couldn't climb over in my wheelchair in 2011,thus I met him by omission of the government that had tried

murder me therefore had to assure I wouldn't be unattended because of responsabilty of government for my disability,instead abandoned me to the streets where mr.X was.

22   Torture by severe emotional suffering by deprivation of
civil rights under color of law,obstruction of justice,conspiration to cover up torture
by Peru justice system :

-1)First proof of fraudulent dismissals of torture Peru,april2001:

complaint in Peru,Cusco District:Attorney(106)defendant 14 Rodolfo Huaman Flores,on subject of torture and deprivation of relief benefit by my swiss employer(where I also exhausted domestic remedies)who kept me 18 years without paying my wrongful termination pension due since 1988(see pro se civil action NYSDcourt docket no cv-04-10148);this first complaint was fraudulently dismissed,also upon appeal to superior DA def.15 Felix Tupayachi P. ,and upon appeal again to Supreme attorney def.17Miguel Caceres (110,111),dismissed in 20 03 then repeated complaint in 2004 was dismissed by Attorney General def.16 Nelly Calderon(109)in 2005;nevertheless,despite Peru justice dismissed my 2001 complaint asking my pension aledging it was 18 yrs due,to be able rent a room in Peru,swiss judge outrageously late sentence(114) came ...2004 indicating payment was due 1987 but"forgotten"by my swiss employer,I was paid only starting2006(113)omiting retroactive payments 1988-1995 despite sentence specifies right was born 1987)upon my own complaint 1996 to swiss judge,but sentence 10 years later indicating I failed to make the request within the required timeline of a year from 1988,so that it would be paid from 1995 when I made a second request.This is wrong because(115)in 1989 I had made the request for unemployment to SSA on crutches for right femoral fracture specifying (116)I had

worked in Switzerland before becoming disabled ,so that SSA had to apply art.18-21 of 1980 bilateral convention on social security between Switzerland and USA and enquire in Switzerland if I was entitled to a pension and if not paid order payment upon Switzerland.I was denied(235)upon appeal to SSA Office of central operations in Baltimore MD,asking for my monthly pension from Switzerland,to leave to Peru with it,exh.235 shows SSA refused to negociate or see if I was entitled to a pension in Switzerland,violating the 1980 SSA bilateral convention,and my right to autodetermination to have my 1988 swiss pension and leave to Peru,blocking me in the US,reason for which,I request the US SSA pays for revalidation and recertification of my study certificates because with this refusal,they obliged me study an AA and BA all over again in the US,which are not recognized in Peru unless I pay $4000.Defendant 42 US SSA violated the convention since on appeal they refuse to recognize I am entitled to SS under swiss system despite on exh 233 and 113,114 swiss judge recognizes in 2004 I was since 1988,thus for all those years when I asked that swiss pension in 1989 in Pasadena ,LA;CA SSA I was also wrongly served and my right to selfdetermination violated.Switzerland doesn't mention it was requested to pay by US SSA upon SSA request,and I was the victim as in 2001 in Peru I was entitled to it but it didn't come,anyhow I was in Peru to do upon graduation in US CSLA university, my PhD in unsaac university,with a national ID in Peru by naturalization, but my savings were running out,and I didn't know how to eat and pay the rent of my room unless I would get executed payment of the wrongful termination pension,nevertheless Peru authorities deprived me of relief benefits and rights under color of law by dismissing my complaints causing my move against my will to NYC to my brother house for relief and postponement of my PhD in 2002.

23      I reiterated this complaint several times,including 2016 under case nb 1319 2016 in DA E.MARQUINA def.15-2 that was denied again on appeal(118)in 2016,2017(119); constitutional dismissal arguing injuries and torture in supreme court(120,case 1727 2017 PHC/TC july 4 2017);pending against defendants of courthouse beating R.LAZO and C.CASTELLON,named in report(49);against DA"s Rodolfo HUAMAN F. and others of 2001-2004 as can be seen his name in case 9(1727 2017 HC )on p2 of report exhibit 49,so acts of deprivation of rights under color of law are still prosecutable within the 3 years timeframe of statute of limitation because of continuous acts of dismissal(see word"archive"which means dismissed in Spanish in reports of cases) of complaints by government since 2001 as on reports (11,17,49,93)of justice and supreme court,I was physically disabled by beatings 2008 to present and confined incomunicada by court order 2 years 2014 february to nov 2015 where ;I add ( 120 to148 )all supreme court sentences indicating dismissals to show deprivation of rights and exhaustion of domestic remedies.

24      Since Peru Republic justice system deprived me of my rights to justice under color of law continuously since 2001,when my first complaint in DA was against Swiss authorities and OHCHR experts for extorsion etc.,but dismissed by def.10-13 depriving me of relief benefits of my social security from work pension I was entitled since 1988,thus Peru Republic deprived me of relief pension 2001 when I arrived to Peru ,until 2006 the pension was finally started ,from 2001-2006 I was extorted,unable to pay rent, food in Peru to do my PhD there,coerced me to leave in 2002 to the US where I complained against those who were refusing pay me my pensions in order to return to Peru;I was offered SSI(but it was illicit confinement in USA since 1989 I had requested US SSA to apply art.18-21 bilateral convention

on social security with Switzerland and oblige Swiss to execute payment of my pension with wich I would have returned to Peru 1989,but US SSA preferred its commercial benefits of having me spend SSI oin US markets then letting me my right to self determination(viciated to live in NY) and abide by the law obliging swiss to pay me social security pension which had arisen 1988,before US SSI of 1990;I could sheltr in my brothers house,benefits unavailable from Peru government to poor people that don't have such services,my right to self determination and freedom was violated by defendants as I had to delay my plan of PhD and life in Peru and instead resided in the US 2002-2004,period during which I suffered severe psychological injury,anguish and depression because Peru had rejected my childhood dreams(hospitalization june-july 2002 for major depression in Jamaica Hospital,exh.201),my plans for life were lost and to sick to defend myself,the day I came out of hospital,I was abused by Mr.X giving no valid consent in detention to Mr.Xwith consequent birth of biological twinsY,Z in 2003 ,whose custody was taken by judge(BF024554 2004 LA superior court)as I was not deemed fit for custody and transferred to their father when I was able to return do my PhD in Peru in 2004 when swiss pension due 1988 was finally sentenced in my favor 2004.The 2 birth certificates of X,Y state I had intent and free will and conscious to give birth to Z ,but the documents are false since my will was coerced not free and I was irresponsible because of (201)hospitalized with major depression from detention,to be there with these people,had the law not been broken by peru government,swiss government,and error of SSA,I would have been that time in Peru doing my PhD,so I request Your honor a court order to amend the birth certificates deleting my name ,since I am not legally a mother (biological).

25        I asked justice in nysd,docket 04-10148 that was wrongfully dismissed since I was claiming against Switzerland in default until 2006 on payment of a monthly compensation due late since 1988,finally sentenced to my favor by a swiss court,so Y,Z were born in the US& when illegal embargo on relief benefit was lifted 2004 I returned to Peru but Mr X aledged since I am sick in the US I am unfit for custody which was taken from me,he remarried,dislikes me,refuses I babysit, no relation with minors Y,Z that don't know me since age 8 months.See proofs SSA failed 1989 (exh.115,116)to apply the law on my application for SSA disclosing I had worked in Switzerland,thus to apply art 18-21 Swiss-US SSA convention 1980,oblige Swiss 1989 to pay me disability pension to be able to return to Peru 1989, not go back to US.Y,Z would not have been born nor taken from me.Instead,because of swiss,peru illicits and SSA error, I was sick in the US depressed 2002-4;my father locked me out of his home 2018 aledging I consented give birth yet lost custody,and disherited me because of US SSA coverup of my pension and right to self determination.In case I die all my fathers estate for me will go to other wife of Mr.X &mr.X,despite he does not want talk to me nor his son &we disagree on this relation.I am abused,exploited(human trafficking) as my will was coerced and obliged by def.38Peru and def.41 US SSA fraud to give viciated consent&resulting in part of my body robbed from me and I lost my time where I did not want to be,it was 2002-4 deportation to the US,at that time I had already been kept away from Peru over 15 years (exhibits 99,100),despite I was given Peru nationality in minor civil registries .So I gave up defending myself and gave viciated consent to Z being later born X,Y as explained.I showed swiss sentence of insurance law( 114)and nysd case docketed 2005 against Switzerland,I had been confined 18 years by actions of Switzerland blocking my bank account,denying me relief

benefits and passport to leave the country of which I was not a national,in complicity with Peru republic that in 2001 as I returned to Peru,started to cover up this prolonged arbitrary detention,and perpetrate it as it could(2002-4 where without relief pension Peru chose to dismiss my complaints payment was long past due by swiss,provoking my unvoluntary migration to NY 2002.

26    -2)Second proof of deprivation rights by Peru  judicial system:fraudulent denial of appeals in all over 30 cases arrived on appeal to supreme court,in casu for example habeas data 2217 2006,and 2 arbitrary criminal trials for infamous crimes without compensation for judicial errors,2006-feb 28 2008: I was arbitrarily tried without proof nor witness,nor jury ,for infamous crimes of attempted robbery and damages of and to documents of Cusco public archives by defs.12 Cusco DA Victor Farfan Mercado,judges Cusco Courthouse M.Castelo A.&I.Ortega M.:def.32 actual DA in Cusco("Ministerio Publico Cusco) Rocio ZEVALLOS HUAYHUA(former legal representative of Cusco archdioscese,exh.230,highlighted as defendant in my Habeas corpus 2050 2006 PE 06)upheld legal order of 2004 to not be allowed in Cusco church archives 15 yrs(2004-2019,"archive arzobispal Cusco" conspiring with DA Victor Farfan,who opened false investigations(violation of art.402 CPenal code,false accusation)against me in court, but all their charges were dismissed((54) dismissal of case 511 2007 PE 03,(55)dismissal of case 612 2007 PE 01 notified personnally feb 28 2009)after I did my defense paying lawyers,without indemnization for judicial errors,violating Amendment 5(Bill)and art.139 Peru constitution,and not ordering reopening of church archives to me despite I proved innocent in case of archives against me.In particular Director of public regional archives C.Coanqui,denied me in 2006 access to information of his archives and started case 612 2007 PE 01 against me,closing me access to regional archives

Cusco 2006 to 2008 then asking his successor upon retirement 2007,new director of regional archives Nolberto VALENCIA A.do same until 2009,denying sale of the annual archives lector ID(see (94)aledging falsely I would have damaged documents despite (55)all charges were dismissed,in total impunity because of conspiration complicity of defs.12with supreme court of justice system,knowing from case access was denied during the 2 yrs of litigation and not ordering uplifting the no access to information,torturing me with this cruel and unusual punishment,so I request indemnisation from justice system,not from archives,or they will retaliate against me &I am actually allowed access to their information since 2019 so any summons of this Court to archives staff or to justice Peru to communicate with archives staff will cause retaliation&violate my rights irremediably as Peru justice system refuses any type of legal protection to me in conflict solving.My claim is indemnization for fraudulent cases and persecution against me by justice system,undue process,infamous false trials by them(penal judges Cusco Superior courthouse 612 2007 PE 01,511 2007 PE 03)to whom DAs Cusco I requested indemnization for receiving accusations,formalized asking judges to open instruction against me,so I quote as defendants def.12 and all names in cases enumerated in reports(11,17,49,93,185,)of cases nationally as in supreme court,and not archives staff.But I do quote as defendants the justice system for dismissing all complaints 2004-2019 without acting on denial of my constitutional right of access to information as church archives are public due to Peru gov.signing Decreto Ley(decree law)DL 23211 whereby there is a convention between catholic church in Peru and Peru gov,in which art.2,the church in Peru has"juridic public personality";main defendant in justice system is def. 32 R.Zevallos in her position as a DA and personally;I cannot cite as defendants Cusco archdioscese nor its staff

because they clearly informed me if I sue them,they will retaliate and close me again for 15 years access to information,and Peru justice system will not defend my right against them, as she def.32 made order I be excluded from archive arzobispal Cusco arbitrarily denying access to information during 15 years I want sue her personally instead of archdiocese.I also made a constitutional civil action labeled "habeas data" no 2217 2006(see(89)report online court website de causas", enter in window "demandante"my names Helga Suarez Clark&all past &present cases sentence appear with names of parties,note all pdf sentences,over 30,are"dismissed"...)in Cusco against those 2 directors of 2 main archives in Cusco M.Amenero S. and C.Coanqui,for denying me arbitrarily access to information(95,56,57,126),that was denied upon appeals up to supreme court ("tribunal constitutional")where it had other label 427 2008 and was denied February 28 2008(52), the 3 magistrates of supreme court aledging falsely that I did not attach copies of the 2 petitions I made to both archives asking access to information with a lector ID to the archives,but on contrary,as can be seen(58)I took photo of the dismissed case booklet fastened in archives of court after denial of the supreme appeal,showing were present both documents requesting information (87,88)that supreme court falsely stated weren't present,using it as a pretext to dismiss the constitutional action where is apparent conspiration of Peruvian justice system against my rights to deprive me of them under color of law(supreme court).

27    Description of the fraudulent charges in infamous criminal trials against me dismissed in my favor by defendant 32,former legal representant,Cusco church archive): I asked once in readers room,where I was alone ,to archives director Marilu Amenero S.(127),who was it that had cut pages missing in an old family birth registry book,thus disappearing peoples identity),which was not inadequate

remark since it demostrated an imperfect custody and let users believe there were ongoing mutilations or theft of historic documents,but director M.Amenero took it personally as if I were accusing her so she asked security to expell me from "archive arzobispal Cusco"and informed legal adviser archdioscese def.32 R.Zevallos H.,that issued an order I not be readmitted,order that stood for 15 years to come,and def.32 would appear in all complaints I made to police,DA,justice palace up to supreme court,and got all my complaints denied.For example,exhibit 188 is a visit of 2006 DA to "archivo arzobispal"where def.32 appears as legal representant of the archdioscese,indicating these were ancient mutilations and missing pages in documents in parishes that were then entrusted to archive of the archdioscese for conservation and definitive storage,and following my concern to director M.Amenero S.,the archbishop ordered properly inventory be done of the mutilations and missing pages starting august 1 2005,finally doing necessary to identify offendants.So that DA was satisfied with this disposition and my complaint 2006arguing I didn't have access was closed without ordering access be reopened to me,despite(188)demonstrated I was right in 2004 raising concern that if mutilations of documents were present,there should have been an inventory at least so that it may be identified in future,when an user cuts a page and takes it away,that since as of inventory,the cut was new,thus as document is returned by user to director a day and director finds the new cut,cutter may be punished and asked to return the page,and,in (188)def.32 acknowledged cuts were ancient,thus I was not guilty of cutting myself,thus archdioscese had not reason to blame me in 2004,on contrary it was my reaction seing cut pages in 2004 that prompted archbishop to ameliorate care,nevertheless the justice system let def.32's injust order stand against me to be excluded for 15 years,as archbishop himself acknowledges in a constitutional

complaint"habeas data"of mine no 2025 2009 CI 01(that went on appeal up to supreme court and was arbitrarily denied)exh.150,p.3,"it has come to the point of negating access to H.S.Clark because of inappropriate and aggressive conduct...":I could not have been inappropriate if it moved him for the best for conservation of the docs&the church had rather inappropriately behaved opening me for no legal reason since dismissed in my favor,court case 511 2007 PE 03(54,55)nor aggressive,as these were ancient cuts,thus not done by me who for first time 2004 for a month started access,& I had a constitutional right to access the information ; witness my friend other church archives staff Trinidad Ccopa Q.(125,129,132)stated the cuts were ancient,thus I couldn't have done them,proving I was arbitrarily denied access to information by church archives,and this was from 2004 to 2019,as archbishop himself confesses in (150,p.3);I was falsely accused,aledging without witness nor proof,that I elevated the voice in her presence in archives despite I was alone with her that day!who did I disturb?invalid reason(their administrative rules have lowest rank in Kelsen pyramid ,comparaed to the constitutional rights that are of far higher importance) for denying 15 years a constitutional right of access to information while I was innocent;exhibit (230)is a constitutional action(habeas data,means to access information) I made no 1050 2006 PE 06 against ,according to courthouse,def.32 Rocio ZEVALLOS ,as legal representant of the church,and M.AMENERO,who asked her to forbid me entry starting 2004.;(127)is a user ID for church archive i was allowed to purchase for $20 in 2004,but it was cancelled a few months later arbitrarily(128)by def.32;returning 2006 to enquire about a written petition for reconsideration to access the entity that was past due the time for answering,I came to enquire why there was no answer,with a witness Edison PANO ANCASI, companion of university as  we came to enquire about my petition,she

grabbed an ancient book,put it outside of archive's garden,called police 911,closed external gate,had me handcuffed on charges I tried robb it and threw it in garden when I saw she closed gate;police on spot didn't even investigate my witness nor the other historian in the room,who declared to judge the nun Marilu Amenero Santos forged false proofs against me;nevertheless,because police took her word against mine and my 2 witnesses including the other investigator present who witnessed for me,so in violation of due process and equal protection of law,I was processed 2 years for no reason in case (54)tried for attempt to robb historical documents and there was DA sentence to jail me for a year finally dismissed without indemnization(item 3 previous paragraph)closing me access to information in violation of FOIA and basic constitutional rights of access to information. Defendant 32 last mentioned(56,57)denied me 2004-2019 right of access to archives of Peru for no reason and defamated me under color of law by criminal procedures,having worked as lawyer of the church, trying me without jury for infamous crime of trying to robb documents and damage to documents of the archives(54,55).

28    Conspiration of supreme court:Exh.(130)is a supreme court sentence case 4483 2013 PHDTC august 13 2014 indicating it dismisses my request of Access to information("habeas data"in peruvian constitution article 200 of Peru constitution)against national archive "because she requests we analyze why it is denied to her,more then requesting Access to information,which is absurd game with words,and quoting she already did this request to us in dismissed actions 2719 2007 PHD/TC(131) and 253 2008 PA/TC(132) showing I kept continuously exhausting domestic remedies;exhibit 133 is a denial of appeal by DA J.MAYORGA ZARATE in case 49 2017 MP 2FSPA february 17 2017 asking for lector ID in

church archives and (134)shows another DA complaint for same in 2004 when J.U.P.&A.B.D.were staff,that as of (11,17,49,93)reports was dismissed despite arbitrary deprivation of right of access to information.

Likewise with regional archives Cusco,def.12 penal judge I.Ortega M.ordered my account,belongings embargoed and tried me put me in jail,because DAs committed undue process arguing I misbehaved,despite dismissal in court of their accusation& he and police Luis CORDOVA QUISPE stated director plaintiff in 612 2007 PE01 C.C.Q.was lying,that he just refused to receive my petition(exh172);thereof on the contrary,I was never indemnized for infamous arbitrary criminal proceedings(exh 54,55)despite I had witnesses (exh95,125).

29    Third proof of deprivation of civil rights by Peru justice system:2004 2019:FOIA and right of access to information abolished during 15 years: professional graduate in art history from US(CSLA university),enrolled for thesis in history in UNSAAC university,with many recommendation letters (exh61,62)from universities,necessary and sufficient requisite for archives lector authorization card and study in Cusco church archives(see rules(exh59)),nevertheless def.32 R.Zevallos H.,actual DA in Cusco DA office,when legal representant of archdiocese 2004,denied me arbitrarily(in violation of due process and no protection of law) right to access 2004-2019(15 years-now I am allowed back in on condition I pay someone to accompany me at all times)then went to work as DA and made all justice system follow,Peru justice system staff and agents up to supreme court,violating my constitutional rights in art.2 inc.2,art.2 inc.5 of Peru const. &art.61 inc.2 codigo procesal constitucional(equivalent to FOIA)so I could not study advance with thesis nor work 15 years,while criminal courts were trying me for above infamous crimes like trying to robb or damage documents of Cusco church

archive ("archivo arzobispal")(despite I was innocent,case got dismissed after 2 years,but I was not indemnized for judicial error(violation art.139 cst of Peru)for this 2007on contrary kept punished by justice system denying all complaint alleging I was excluded from archives 2004 until 2019(severe emotional suffering and mental torture)making complaints in justice system with no success in 15 years,because justice system magistrates by malicious,deliberate,intentional undue process denied me protection of law,up to supreme court: *art.2 inc.2("all are equal in rights-but all other petitioners of archives lector ID are granted except me);art 2 inc 5 cst,("right to public information);art.61,peru codigo procesal constitucional("all person has the right to access information of public and private archives,in case these hold their family or personal information"). art 61 inc.2 codigo procesal constitucional peru("Artículo 61Derechos protegidos"El habeas data procede en defensa de los derechos constitucionales reconocidos por los incisos 5 y 6) del artículo 2 de la Constitución. En consecuencia, toda persona puede acudir a dicho proceso para: 1) Acceder a información que obre en poder de cualquier entidad pública, 2) Conocer, actualizar, incluir y suprimir o rectificar la información o datos referidos a su persona que se encuentren almacenados o registrados en forma manual, mecánica o informática, en archivos, bancos de datos o registros de entidades públicas o de instituciones privadas que brinden servicio o acceso a terceros"translated"art.61 protected rights:habeas data is a constitutional action that defends constitutional rights of inc.5,6 of art.2 of cst,in consequence all can use it to access information in public entity,2)know,information also referred to one self in all forms in private entities that give service or access to third parties"*denying me access to information of  Cusco and my family  on father side like certificates of birth,death,marriage which are all kept in  church  archives(see (131)first DA

complaint and denied appeal in 2004)since some of my family were born in that city so his info was held in Cusco church archives((63,96shows my grand father's marriage name is M.De Lara,which appears to be second name of my father(103) and they have same first name so it is my family((63)is example of birth certificate stamped by archdioscese indicating my grandfather Felix SUAREZ,and many other relatives on my father side,have their birth ,death,marriage certificates in church archives under supervision of Cusco Church(92,where 2016 allowed finally after 12 years partial access,but discriminating me since other historians get a lector card allowing free access to any document scanned or not,all days,but I had no right even enter 2004-2017,then 2017-2019 only to one scanned document per week,whereas all church civil registers of family information are not scanned so that the 2004 order of legal adviser def.32 R.Zevallos was not cleared and I was still not allowed to touch books until 2019( (2017 DAs 23,24 deny case 175 2017 and case 3868 2017 as well as on appeal(exh 223),64,65,67,98 were can be seen 2017 all users were allowed to use documents with gloves but 2017-2019 I was only allowed see 1 scanned document a week, a minimal part excluding what I needed for my thesis(inventories of birth,death,marriage not scanned, scan employee declares he will not scan them for me because there are to many  to scan,and since 2017 scanner is broken,so the arrangement given to me 2017that I only can see 1 scanned doc per week remained discriminatory until 2019when was allowed to freely access all documents(on condition-I am only user that is thus conditioned- I pay someone to accompany me for me to be watched at all times so that" I don't damage documents"casting accusation upon me I did damage in the past which is slander as I did not).As can be seen,def.32 R.Z.H.2004 exclusion was upheld throughout from 2004-2019(56,57)denying me right of access to archives of Peru for

no reason and defamed me under color of law by criminal procedures, trying me without jury for infamous crime of attempt to robb and damage documents of the archives(54,55).All complaints were impossible as police would lie,as can be seen in 2016 police report no 1(35)police L.AFAN QUISPE attentive to it,she just disregarded me,made an incomplete report(35)affirming no one could access the documents physically,despite I showed her (see exhibit) video this wasn't the case,nor did she end the investigation nor did she formalize any complaint to the DA,then on second report December 15 2017(66)despite I declared I was the only one prohibited,I showed police video where historians in the same reading room,were reviewing books with gloves,not scans,which is prohibited to me since 2004 but police kept lying to cover up the discrimination against me.I request indemnization against all actors of justice system that during those 15 years denied me access to information of Cusco archivo arzobispal,but not from archdioscese.Since 2019 I finally got access conditioned on me paying a person to accompany me,which I accepted as I didn't have choice(but limits my access as I need to pay anothers salary).Thus continuous abuse denial of access to information in national and church archives 2004-2019 was conspiration of  justice system.I repeat I do not wish to complain against archdioscese and its staff because I am offered since 2019 a conciliation that will stop if I start suing them plus they will retaliate &close access forever,but will keep my complaint against actual DA def 32 as a natural person for having issued the order against me arbitrarily,and against her as a DA and against all justice staff involved in these complaints that were undue process leading to wrongful dismissals(11,17,49,83,95,185)to pay me indemnization: other complaints to DA:exh109-112,118,119,130,131 ,223,who only conspires through systematic arbitrary dismissals by all justice system up to

supreme court(see defendants no 38),showing I am continuously charging til now but supreme court justice is futile,a conspiration as can be also seen in 2 constitutional petitions of habeas data,for access to information of both main archives in Cusco,regional archive and archbishop archive, I used to sue(I no longer need do them because since 2019 I am allowed access to information in both main archives)against def.32 Rocio ZEVALLOS Huayhua,M.R.G.and C.C.Q.:see report (exh 58,93,150)) 2217 2006 and 2025 2009,both rejected in supreme court under sentences (exh 128,129,150,52,53)on false arguments(defendants 38,all magistrates of Peru supreme constitutional court that ruled falsely dismissing my appeals):on first,that I hadn't enclosed copy of my requests to both archives to access their information,which is absurd, of the petition in its dismissed file(exh58))so it is actually present,on the second,supreme court falsely sentences requesting lector card ID for archives has no relation to accessing information,on the contrary,the rules of archives I attached to request(exh59 ))showed only way to access archives is request with recommendation letter,so sentence was absurd fraudulent deviation of finality;(130)is a supreme court sentence case 4483 2013 PHDTC august 13 2014 indicating it dismisses my request of Access to information("habeas data"in peruvian constitition article 200 of peru constitution)against national archive "because she requests we analyze why it is denied to her ,more then requesting Access to information?,which is absurd,and quoting she already did this request to us in dismissed actions 2719 2007 PHD/TC(131) and 253 2008 PA/TC(132) showing I kept continuously exhausting domestic remedies;exhibit 133 is a denial of appeal by DA J.MAYORGA ZARATE in case 49 2017 MP 2FSPA february 17 2017 against director of church archive and (134)shows another DA complaint against them 2004

J.U.P.and A.B.D.that as of (11,17)reports was dismissed despite arbitrary deprivation of right of Access to information.

30     -3)Fourth proof of conspiration of justice system to torture and deprive me of civil rights,is aborted legal guardianship procedure no 3645 2014 FT 10 Lima ,initiated against me by def.8 asking gov.to keep me locked for life incomunicada,starting 2014 february 17 by abduction kidnapping,hostage taking and inconstitutional deportation by judge:tenant in Cusco with independent pension(see pension decision (97),rental contract (98),payments monthly(101),termination(74),people defensor statement (78 p2),I left my room on medical referrals from Cusco hospital ortho surgery and hospital hipolito unanue in Lima(85,86) to main hospital Dos de Mayo in Lima for ankle sprains and shoulder tears(216-218)where I had history of trauma since 2011(102),during which I resided in attorney J.CAJA DIAZ.study where there was missing a ramp for access of my American free insurance motor wheelchair(34,42),and no ramps in buses,despite mandatory under Peru Law,but not enforced in public transportation(82),so I couldn't get around nor go to the hospital,violation of law27050 on disability,coercing me get out of the wheelchair onto bus to hospital for shoulder consultation,suffering relapse bilateral ankle sprains with both ankles 80% tear of ligaments(16,19)for which I asked in written (66) Dr Jose Roca Mendoza,director of hospital for temporary stay in orthopedics unit until the sprains would stabilize as I had also bilateral rotator cuff tears including info I was referred to him by my drs in Cusco hospital that was ignorant of treatment,rented a room in Cusco,so I could return to my room in the province after ending my medical shoulder referral,alone attending orthopedic surgery outpatient consult for bilateral ankle sprains following the hit run by bus,plus tears of shoulders after the beating(16,19).Def.20

Director of hospital and government ministry of Woman staff def.25 Lucy CHAUPIS V.(47)committed hate crime against me abusing my disabled situation to grabb aduct me against my will in,with my wheelchair into ambulance until mental hospital Victor Larco Herrera("HVLH" hereafter)where my injured right arm was twisted by nurse on stearing button to oblige me into ER where I was subjected to injections of neuroleptics that made me lose consciousness to lock me in,and from then on for almost 2 years,I was numbed by 3 neuroleptics a day to control my will,making me gain 10 kgs and feel drows all day,constantly asking to be released to go back to my rented room in the province of Cusco,as I didn't reside usually in Lima where I only was ambulatory in orthopedic surgery of biggest hospital.3 psychiatrists prescribing my medication ascert I was "medically discharged "(91)meaning no reason to stay in psychiatric hospital,after 6 days of unvolontary confinement in mental hospital.Rules of hospital were I could be discharged only if a relative came get me out,so I told hospital I had 2 cousins in Lima ,to call them to get me out then I would go back to my rented room Cusco where I have a pension to be independent(97),a rented room (98) with possesions(74)I kept paying monthly by western union 2014-2015(101)through social assistant of hospital HVLH,Bilbao Juana Morales Castillo who would accompany me to ATM cash and pay my $ room as long I was confined;instead,defendants conspired to usurp my rights ,having abducted me confined me in a political prison,arbitrarily,slandering me as a foreigner,mentally incapable,despite HVLH doctors ruled out I had any mental disability &discharged me after 6 days of abduction by def.L.CHAUPIS and Dr.Roca,that Iwas not danger to self or others,abusing my isolation&physical disability in wheelchair to confine me against my will in the hospital.She did all she

could to lie,falsely accused me in District attorney(47),discriminating me conspiring against me asking my "indefinited permanent confinement in mental hospital 1 Lima",that I was a foreinger of swiss or American nationality,not Peruvian,that I didn't have relatives that could be called despite I gave her their names,just eluding government,saying I was "incoherent",that she doesn't know why how I came to Peru(despite my dad registered me as a minor with Peruvian and American citizenship on UN legitimation card(100),on swiss civil registry(99),in peru consulate(103),Peru civil registry just cancelled arbitrarily the birth certificate to conspire against me),that "I caused my own injuries","had an accident"in circulation so selfmutilated myself in the wheelchair(despite her employer the government had attempted to kill me in its courthouse,I was victim of a hit and run by bus,and police,doctors abandoned me),that I was incoherent,to cover up it was government that did it,thus my behavior was wrong,I was mentally ill and danger to myself,asking my unvoluntary seizure,transfer and perpetual detention in a mental hospital,because of mental disease despite I had none(47) and was unable to care for myself despite government defensor had established I had a pension,a stable room and was independent,had 2 peruvian cousins in the same city she should have contacted for help locally instead of seizing me confining me after my discharge;the author no 1 of continuous confinement after medical discharge (80,90)was District attorney defendant8 Maria VEREAU A.(48)who discriminated me designating me as a foreign swiss citizen,refusing to call my cousins to get me out of the hospital since I was discharged,requesting from judges to put me under legal guardianship of director of hospital to lock me in forever,despite Dr.Melva PINO,psychiatrist nominated as forensic expert for her office,reported(80)there was no reason to lock me and I had to be seen on an ambulatory basis outside the hospital,so did

psychiatrists Drs Jacinto,Torres,Fajardo(90);Defendant 8 DA M.VEREAU

A.misinterpreted"d/n F20" for "diagnosis F20" in conclusion of dr   Lecaros Mora

affirming in ER he wanted to discard (see exh.80,"d/n F20,F29,F60")a mental

disease so asked my hospitalization upon entry,but thereafter 6 days,3 drs in

ER(90)discharged me because of lack of a mental disease,in particular

F20,discarding;thus,def.8 M.VEREAU fraudulently requested my confinement  on

basis "I was diagnosed with F20 mental disease"despite it was a entry hypothesis

discarded by 3 against 1 within 6 days,but def.8 maliciously abused of her authority

in fraudulent way requesting judges life confinement as a political punishment for

being swiss or American,or whatever other hate reason to commit this

crime,perhaps to get rid of a living proof of undue process in Peru justice system

because of all facts herein listed against Peru government;then asked(43)my

perpetual confinment to judges def.19**M.T.YNONAN V.(undue process of**

**confinement was (38)3645 2014 FT 10,M. SUAREZ A.(name p.1 of(165)and**

**defendants 8,18,20,26,27,199** so that in total it was 22 years of ilicit confinments

and enforced disappearance.I returned to Peru to complain for these crimes but just

met other undue process dismissals(161,1updated reports of procedures 2016-

2018(195)I made in Peru referring to(165,166)recent dismissals of (defs.24)district

attorneys Evelyne Milagros Ramos Mauricio,and on appeal.Frank Robert Almanza

Altamirano) choice of food I liked and given sugary starch diet that made me gain

10 kg which further depressed me as I looked sick;I could **defendants M.YNONAN**

and **M.SUAREZ,**that despite they had access to my  medical file,arbitrarily

detained me and took me hostage for 2 years,with mentally ill women(see

exh.(51)hospital statement)with intention to detain me forever aledging I had

selfinjured myself and was danger to myself despite all my injuries were caused by

their employer,Peruvian government.My detention was torture because of the conditions:I was constantly numbed with neuroleptics,could not go out from a small incomunicada pavilion that only had a judas hole openable to external staff of the mental hospital;I was kept in inhumane unsanitary and degrading conditions:there were mice that would cohabit with us because inmates would keep their food gifts from visits in lockers;lice,tics that would infest periodically all inmate's scalps forcing all to apply shampoo with neopucin(lice killer);the only TV of pavilion was partly broken so that it only would display the same game series every evening after supper(there was tv only during a couple hours per day before bedtime);obliged to receive 3 numbing neuroleptics every day that would make me gain weight,feel bad and have vertigo;I could not choose any food I wanted,diet was with few fiber cheap rich in starch like rice,and I was anxious and scared because of captivity so that I would almost constantly have stomach aches&be constipated and had to at least 20 times undergo nurse lower injections with laxative washings,while 3 months in ER almost had surgery and risk death with sepsis after staying constipated 12 days in a row;could't call for help as there were no communications like phone,email,mail;was allowed only once to call my brother for help;didn't have visits because I was confined in a different province then that of my usual domicile so that I had no one I knew to call to visit me;I was once able to evade surveillance when allowed a few minutes outside ER at beginning of detention to call the public defender def.35 Milagros ANDERSON,Peruvian,who took my complaint and my intention to be released and return live in my usual room in the other distant province,but didn't elevate my complaint nor intervene nor did a habeas corpus to a penal judge(since I was arbitrarily detained)for me despite it was within her capacity,thus accomplice of the hostage taking;was

constantly insomniac because of anxiety and anger from detention,&would have to begg nurses for sleeping pills until well after midnight and wouldn't be able to sleep all night often,exhausted and miserable next day;was threatened constantly by staff that I would remain detained for life unless I would accept to leave the country by calling my American brother in NY to come in airplane to take me out and away;wasn't allowed to have a free lawyer to make a habeas corpus for me until into the 2d year of detention,the lawyer paid by my brother;hospital staff inside was warning me the justice system was controlling them,although I was discharged,the DA kept me inside and convinced judges do same,after over a year,threatening me to either leave the country or stay perpetually detained,in sentences discriminating me as a foreigner despite I have Peruvian citizenship (see"swiss ",exh.38)unless I accepted deportation to NY,by means of requests in several court audiences to ask my freedom to my brother Humbert Suarez Clark,American in Ny,then(&2 roundtrips in plane for my brother American paying an interpreter,lawyer,etc) accept extradition in violation of Peru art.37 Cst.(no right to deport a Peruvian citizen without executive order)&I leave the country without due process(false statements,enticement,assault,civil disorder, medical malpractice,concealment from arrest,obstruction of justice,mutilation_woman in childbearing age detained 2 yrs arbitrarily,violation of almost all human rights of American convention on human rights;so that all investments in Peru are lost for me;assigned a bed with infamous women infected or delinquent(I slept between a patient dying from HIV and another that had murdered her baby)despite I was innocent &without virus victim of crimes by detainer Peru gov.staff&agents,then inconstitutionally(Peru constitution art.37 allows deportation of nationals(see(37),national ID I acquired)only after executive order,not only judicial order)deported me (38,pp.4,5

shows forensic psychiatrist aledges to def.judge M.Ynonan"I was not mentally disabled only posttraumatic stress disorder schizotypic personality,but needed my brother to reintegrate into society and that it was an illusion I had to come to Peru *without knowing its customs and so I had to go back to the US with him*", *if not stay* confined in the mental hospital which forced me to accept the deportation as only alternative to be set free & not stay confined for life in that political prison)to the US despite I am also a Peruvian citizen and against my will as I had expressed the *will in my detention,to people defensor(78)to complete my PhD in unsaac university* and to go back to my rented room in Cusco,Peru where I had my possessions and an independent pension sufficient to live on:against my will,the justice system of the government transgressed medical orders of HVLH on *outrageous,malicious,inhuman,deliberate and cruel request of def.8 M.VEREAU* A.to confine me in perpetual detention in the incomunicada pavilion of mental hospital,then judges violated art.2 Peru constitution that inmates must see a judge within 24 hrs ofdetention to examine the legitimacy of detention,&sent orders to Humbert SUAREZ(ask as witness)my *brother in NY to hire a lawyer and come to* judge audiences to take me out of the hospital but I had to pay him $10000 for expenses(36), 2 round trip plane tickets for my brother and one return to US for me,plus I lost over 5000$ my possessions kept (74)in rented room in Peru I had to abandon because *court order(38)barred me from coming back to Peru which is* absurd since the 5 medical reports in my case(80,90,38)affirm I wasn't mentally disabled,indeed when I was detained at beginning 2014 the psychiatrist wrote I *only had posttraumatic stress disorder schizoaffective personality disorder which is* not a mental disease nor disability as states the specialist forensic psychiatrists(38,80)so there was no reason to restrict my freedom in the first place

-70-

and keep me in the mental hospital,instead I should have been either kept in orthopedic surgery to heal my ankle sprains(as I requested to hospital(66)or released back to my room as I wasn't danger to myself nor to others.The prolonged 2 year arbitrary detention with criminal convicts despite I was innocent,with the loss of my possessions arbitrarily,constitutes antisocial misconduct to isolate me further from society,torture,inhuman and degrading treatment also because I was a woman in childbearing age that was still menstruating monthly(39,act of genocide,personal injury)now my life is shattered by all these years of torture and invalidity ,I didn't build a family nor have use of my arms and legs to do so.Legal guardianship and confinment procedure 3645 2014 FT 10(in Lima Edificio Alzamora Valdez)was fraudulent procedure during which I was presumed mentally disabled at day1 then discarded on day 6 by 3 psychiatrists,but procedure was upheld by def.8 to harm me &enforce my disappearance in incomunicada pavilion,and possibly my death in distress under inhumane conditions of detention,just because def.8 DA M.Vereau A.,def.26 judgesM.SUAREZ,M.YNONAN V.,ministry of women def.25 L,CHaupis V.(47) and others(def.34 luz Blas Ramirez was nominated my free counsel since I was confined,but she never defended me nor was presented to me nor once came visit me...)conspired to torture me with plan to confine me forever incomunicada then DA def.8 M.VEREAU took me hostage with judges.Sentence of judge(38)deporting me out of confinement also is fraudulent and undue process as it states only 2 years after confinement,that I shouldn't have been confined,judge had knowledge of detention 2 yrs previous by DA(48)and had 24 hours to rule on detention,detention was in violation of DS 33 2015 minsa or law of health in Peru which was published October 2015("art 4 g)h)and 8 a)psychiatric patients cannot be taken against their will, coerced ,nor detained more then 60 days") wherein

hospitalizations in mental hospital must not exceed 60 days,must not go against will of patient,etc..despite I was confined well over 2 months up to 2 years,abducted seized unvoluntarily and deported to US despite I expressed(78) I wanted return to my room in Cusco Peru,because I hadn't completed my PhD,and sentence 30(38)was published illegally with sept 18 2015 date as in reality it was to be nov 6 2015 since it relates meeting between judge,me,my brother,forensic psychiatrist,that took place nov 5 2015 as of movements in Peru on credit card HSBC of my brother ,American citizen exclusively,living and working in NY,Humbert S.CLARK(84),this fraud was committed by judge M.Ynonan who wanted to cover up her illicit decisions nov. 2015 to viciate my will deporting me,confining me too long,because starting oct 2015 was publishe law DS 33 2015MINSA decreting her actions illicit,thus she  published sentence of audience falsely dated september(38,before law publication).

This hostage taking being an illicit act of terrorism,also resulted in me losing all my property,in violation of international law,another general exception to Foreign Sovereign Immunitysince I was not indemnized so  could not afford taking along to the US  my papers,clothes,books,etc..that I had to release  with landlord who trashed them as I would not be able to pay rent for the property,and since I was threatened of new confiment iI were to return to Peru so that my brother told me to not return and just take the strict necessary(see exh.83,where def.G.Vargas C.,director of HVLH hospital,refuses I come back to Peru by email when I was in the US).

31      -4)<u>Fifth proof of conspiration of justice system to deprive me of rights under color of law:def.7 armed forces justice up to tsmp(tribunal supremo de justicia military policial is Supreme court of military and police</u>):

-a)2001 april on,I complained about how Switzerland made me wait 13 years my indemnization payment for illicits-torture&terrorist activity to Police in saphi precinct ,in Cusco,but police officers Callanaupa and Pena Quispe used to refuse to investigate nor fwd my complaint, asking me to go to DA where all was dismissed so my pension from Switzerland remained suspended,coercing me to leave the country back to my brother in NY where I could claim SSI.

-b)2006 I explained I was charged arbitrarily of infamous crimes in criminal complaint 612 2007 pe 01(exh.54,55)to def.12 judge G.Ortega Matheus,but he processed me 2 yrs then dismissed without indemnization,because of fraudulent police investigations directed by Peru police precinct Tahuantinsuyu in Cusco then under command of def.7 W.Pedroza ,failed to protect me against accusations by C.C.Qdespite I was right,in particular,sot2 police Luis Cordova Quispe signed(172)manuscript Coanqui refused to receive my petition of access to information april 11 2006 in violation of art.2 inc.20 peru constitution,but refusing to make a formal police report of this in the precinct as his commander disagreed,thus showing from the start april 11 2006 I was innocent nevertheless Precinct chief Wilder Pedroza Ruiz def.7 refused to take this into account to arbitrarily detain handcuff me and I was tried falsely(54,55) without jury for presumptive damages to government documents(case 612 2007 pe 01); I was detained later by same precinct that refused to take my witness Edison Pano a declaration (95)against former church archives director M.A.S who a year later was quoted by judge,in the meanwhile police detained me wrongfully for investigation of false

accusations against me opening me trial 511 2007 pe03(54,55) where district attorney ordered accusation to jail me for a year(173).

-c)2010 nov 28 I made a complaint against all these police staff and those who refused investigate murder attempt in Cusco courthouse 2008,to peru supreme police court,which was received(174,text,175 seal date signed)but never answered covering up defendant ,and when 2016 I asked result of complaint,police coronel Luis O.Ramirez Arcaya (176)indicates the complaint never existed despite evidence of the seal of reception(175).One can note on p 1 of (177)several other undue process cases all dismissed robbing me that I ask Your honor reopens to indemnize me: I was fairly aledging extorsion against defendant Toledo that is now being jailed ;no3 general Diaz H.robbed me $100 when I left Peru to the US in 2005 I was fined for being an alien I was overcharged despite I had a national id;(d)and next are all extorsion dismissed cases;

-d)2013 to present I was denied (177)complaint by defendants 7:superior then supreme court of armed forces general Julio Arce de la Torre Bueno,against the police by coronels Hugo MINAYA CHIRINOS, 24ta fiscalía militar policial, zona judicial militar policial Cusco ,in emisión d e n i a l 001 of 3 5 2013 de mil novecientos 9 4 2013 ag. Julio TELLO YLLA ;ag.coronels Javier Fredy ALVAREZ GARCIA, in decision fiscal 5 2016 FSMP SO C of 19 7 2016 despite obvious the 2008 feb 28 assault battering was attempt of extrajudicial killing,never answer any complaints I make against police or military since 2010(exh 174-178);

-e)I add as defendant 7.2018 police officer s03 Lisbet AFAN QUISPE,cip 31849617 who in (77)fails to establish what I recorded in (102)that still in 2018 2004 refusal of access to informationwas upheld by order of DA 2004 former

lawyer of archdioscese def.32 actual DA Rocio ZEVALLOS HUAYHUA,police L.AFAN only ends report "helga aledges this"performing cover up of defendants ,fraud,obstruction of investigation,failing to establish I was victim of discrimination.

32        -4)Fifth        proof        of        conspiration,racketeer organization,fraud,obstruction,theft,deprivation of rights under color of law by whole justice system-exhaustion of domestic remedies is (123)supreme court of justice ,permanent civil room def.36,cassation no 833 2013; rejecting appeal in civil action no 1534 2012 CI 04 (122 see defendant name on first page is F.MATEO Y.,same as who denied me transit insurance indemnization(SOAT hit and run compensation of 18000 peruvian soles)exhibit (41))where I was asking a court appointed counsel and to move in forma pauperis to request indemnization against the police who refused to make the timely police report after the hit run (10)described in initial pleading(29,witness Raul Narvaez,and other witnesses of hit run against me Maria Pacheco etc..in late police report  theft,(10))causing denial of transit insurance(41):not only is rejection of appeal asking for legal assistance in forma pauperis obviously unjustified,since I am poor,but also an abuse of justice since it condemns me to pay 10 URP meaning over $1000 fine for making an "absurd request"(was not absurd,since I explained in initial pleading how reckless,deliberate,cruel was police misconduct towards me as they walked by me sitting on the sidewalk with a right ankle fracture)and $500 fine to my lawyer,that reacted breaking his confidence refusing to help me anymore because of defendants.

33          -5)6th proof of conspiration,corruption and deprivation of rights
under color of law:exPresident A.Toledo,his minister,coverup by Attorney
General and Congress(exh.231-233)

I proved in this complaint and in related case against
Switzerland,EU,UN,see docket NYSD 04-10148,OCT.2003)that
Switzerland(then indirectly France by its headquarter agreement with European
Court of Human Rights,and European Union by its Court on HR)committed jus
cogens violations against me(femoral fracture-serious personal injury-,rape by
gov.employer,18 years of extorsion denial of relief benefits social
security,deprivation of rights under color of law by undue process unequal
protection of law in supreme court Switzerland)when I was Peruvian american
with diplomatic immunity of swiss gov on my UN legitimation card)so there is
violation of international treaties between Peru-Switzerland.

This extends to Congress(see report all dismissed exh 185;exh187,188)
complaints;my complaint stolen in congress exh.186)as I attempted complaining
there against the DAs up to Supreme DAs and Attorney General that was Nelly
Calderon Navarro during President A.Toledo M.office 2001-2006:I made several
attempts in DAs,then judges,and Congress,who all turned me down when I was
explaining Minister of economy and finances,Pedro Pablo Kuczynski,with
Guillero Garrido Lecca,Director of national direction of debt,and Fernando
Zavala Lombardi,Ministry of Economy,were committing treason,extorsion of
gov.and nation,theft to Peru,by making bilateral agreements with foreign
govs.and their companies ,Switzerland,especially the Club of Paris(see exh.231-
233 for details of countries recipient of Peru money)and finally sending them
thousands of millions of dollars of Peruvian money despite it is a developing

country,for   inexistent   "debts"Peru   has   ,despite   logically   from   its history,European countries on contrary have committed war crimes and crimes against humanity in Peru,and theft of gold and natural ressources that would make believe Peru doesn't have debt ,on contrary the Club of Paris,and Switzerland(as proof using my own case showing internationally Switzerland violated my jus cogens rights for 18 years thus should not be allowed to receive money or sign treaties for that in Peru because of art.53 sig of Vienna convention on law of treaties(not signing treaties with countries that violate jus cogens);the main point was nevertheless that art.56 Peru constitution holds treaties,bilateral agreements with other countries in areas of finance require previous Ok of Congress            before            President            may            sign them,nevertheless,inconstitutionally,Congress was not informed and the money just was sent to foreign mainly European states.

34      Proof is now that President Toledo is no longer president,he refugiates in USA where he is sued for extorsion of gov,collusion,bribes ,money laudering.Why   so   late,when   the   money   is   gone,I   had   warned   in 2005.Again,because Attorney General def.16 Nelly Calderon Navarro rejected my complaint,refused investigate against the President,and Congress neither because President's party was in power,and because they didn't want contradict Attorney General or whatever other corrupt reasons(exh.186,my complaint against supreme DA's and others was robbed from Human rights section of Congress,I had to represent the complaint again dismissed...worse then undue process and unequal protection of the law,its deprivation of all rights and malicious,wanton,willful misconduct by Congress.

35        So since President Toledo carries responsibility for this and for all deprivation of my rights under color of law 2001-2006 as set herein,and is in USA;under TVPA he can be sued to indemnize me whatever is possible from the quantity I requested as relief.

36        <u>Defendants commit also following federal crimes against me in violation of Peru and US constitution , laws,human rights treaties</u>:

-1)<u>battery,personal injuries ,assault</u> (see courthouse beating);

-2)<u>civil disorder</u>(this assault then attempt to murder, by 5 people was tolerated by courthouse that just expelled them without identifiying nor making complaint nor letting me see the courthouse doctor);

-3)<u>civil rights violations</u>:                    by the justice system,by my employer(Peruvian national and private church archives)defendants to deny me constitutional and legal rights to work,get information,education,in conspiration with all defendants named and referred to in exhibits,of justice system in Peru(11,17).Criminal justice up to all members of Peru supreme court since 2007 authors of over 30 procedures(49) I made all wrongfully dismissed through undue process,lack of procedural garantees ;deprivation of these rights under color of law; Deprivation of relief benefits since Dr R.CHUQUIHUAYTA ,orthopedic surgeon conditionned my request for disability certificate of traumatic physical injuries(door to disability benefits),to submitting myself previously to psychiatric examination which was not a requisite,in order to try to restrict my freedom confine me in a mental hospital,in 2012,as demostrated later in 2014 how government staff(def.8,35,36,etc)locked me up against my will in a mental hospital incomunicada pavilion,deviating fraudulently me from orthopedic surgery

consultation(see above;obstruction of persons in the free exercise of religious beliefs by defendants church employees colaborating with justice system to dismiss complaints aledging church archives were closed to me arbitrarily 2004-2019;Freedom of access to clinic entrances since above I demonstrated consulting in a wheelchair with sprains and tears on four limbs in hospital nacional dos de mayo resulted in my abduction from this hospital by defendants and government employees that forced me into ambulance towards confinement incomunicada in mental hospital HVLH 2 yrs and tortured,then inconstitutionally deported which constitutes unreasonable search of me by psychiatrists for purpose of seizure since I didn't have a mental disability; Hate crime acts such as conspiration to beat me to death, discriminate,treat me as a foreigner verbally and in written (38,46,47,83)to the public to cover up that despite being american by birth,I am also peruvian national since 2000,to justify killing me physically (attempt of extrajudicial killing in courthouse beating)or civily(38)shows I was confined years while processed to attempt put me under legal&physical guardianship of mental hospital director to disappear me inside for life and when they didn't succeed because the doctors wrote after 6 days I was discharged because not mentally disabled,despite that DA by deliberate crime ordered me detained 2 years arbitrarily,then convinced judges to deport me despite I am peruvian national,in violation of art.37 of Peru constitution;hate crimes,agravated because of my national origin(I am american by birth in NY) defendants hated me.

-4)conspiracy against the United States by defendants especially Peruvian government as can be seen from reports of courts that systematically dismiss me.When an offense is against an American citizen and involves jus cogens norms, the government judge must consider diplomatic protection and assume it is an

offense against the government(Geneva 2000 resolution on diplomatic protection,Dugard,ILC,UN);there was solicitation by defendants CASTELLON C:and LAZO B.security guards,since they intentionally requested agressors to attempt to kill me extrajudicially.

-5)Fraud,false statements:what justice system does to me dismissing all complaints despite proofs and evidence of illicits of other defendants.

-6)Concealing from arrest:what justice system does with me,dismissing all complaints or abducting me then taking hostage,or attempting kill me,batter and injure me to conceal Peruvian nationals I am trying to sue for crimes to me,and what def.32 R.Zevallos &other defendants like L.CHAUPIS V.,ministry of woman,when I complained to her I was beaten in courthouse etc she covers it up asking DA to lock me indefinite aledging I injure myself to cover up Peruvians that injured me.

-7) rights in property taken in violation of international law

-8)attempt of extrajudicial killing(courthouse beating)of internationnaly protected person(I receive a disability pension from the UN as dependent of my father,retired diplomate of the UN

-9)abduction,kidnapping,taking of hostage,inconstitutional deportation of internationally protected person

-10)hostage taking as of art.1 of International Convention agaisnt Taking of hostages

-11)obstruction of justice: justice system,defendants, do obstruction of criminal investigations,Retaliating against me despite victim

-12)enticement into slavery: abducted,kidnapped,confined 2 yrs in mental hospital

-13)false declarations in court by all defendants

-14)racketeer and corrupt organisations:all the justice system,Cusco church archives,mental hospital larco herrera that confined me

-15)sabotage 16)stolen property 17) crimes of attempt to kill, taking of all property in violation of international law,inconstitutional deportation in 2015 by judge M.YNONAN V. through undue process and false statements in court,etc..torture,cruel inhuman degrading treatment and punishment(arbitrary detention years in mental hospital incommunicada on neuroleptics),serious body injury,mutilation(I have permanent disabilities like tears of bilateral tendons supraspinatus of shoulders,and tear of tendon adductor magnus of left leg groin and muscle quadriceps rectus femoris of left leg,left hip labral tears,severe mental suffering).

-18 )torture 19)terrorism acts with or without conspiration to kill or cause serious body injury to an American and involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of t8e United States or of any State;(B)appear to be intended(i)to intimidate or coerce me to not access information of archives,renounce my property,give up my civil rights,leave the country of Peru, occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum

-20)Antiterrorism and effective death penalty act should permit after categorization of Peru government as terrorist,lifting its immunity of sovereign nation,and prosecution of its entities ,punishment and indemnization for all actions against my life,health,freedom committed by Peruvian government through its justice system

that is just a racketeer corrupt terrorist organization ,especially actions taken by the Cusco courthouse that attempted kill me ,the deprivation of my civil rights by Peru supreme court,the kidnapping by judge M.YNONAN V.,that was covered up by justice system since it was imposible to complain,from DA to supreme court they obstruct investigations with false statements dismissals(see reports 11,17,49,93)

-21)reckless endangerment,obstruction of justice:by all magistrates accused,and doctors intervening me in Peru,indeed art 30 of Peruvian law of health holds"the doctor that has a patient victim of injuries due to a crime must make the respective complaint to authority",nevertheless,despite I kept complaining to doctors(see exh.s)while consulting for my injuries that these were due to assault,hit run etc..and that I was alone and couldn't care correctly for the injuries,I was recklessly endangered and abandoned discharged from hospitals without indemnization nor protection;gov.hospitals refused diagnose my right dominant arm scapular fracture 2008 letting me in ignorance thereof without telling me risking hemorrhage,pneumothorax ,death and knowing I will without help tear by overcompensation left arm then lose balance,indeed I fractured right ankle then tears left leg trying move alone manual wheelchair after hospital Hipolito Unanue refused me motor wheelchair;2010 thereafter refusing hospitalize me in orthopedic surgery despite knowing that I was alone in a wheelchair because of right ankle fracture in cast and left leg tendon muscle injuries,later also dorsal spine fractures,chair I could not move because of both shoulders tears provoking progressive decompensation and endangerment.

-22)law of mental health DS 33 2015 october holds **in art 4 g)h) patients must not be coerced against their will** (I was deported nevertheless against my will later nov5 2015)and have right to refuse treatment at all times;in art 8 a)that hospitalization

must not exceed 60 days(*"Artículo 4.-Derecho a acceder a los servicios de salud mentalg. A otorgar su consentimiento informado, libre y voluntario, sin que medie ningún mecanismo que vicie su voluntad, para el procedimiento o tratamiento indicado.h. A ser informado sobre su derecho a negarse a recibir o continuar el tratamiento y a que se le expliquen las consecuencias de esa negativa.Artículo 8.-De las Unidades de Hospitalización de Salud Mental y Adiccionesa. La Unidad de Hospitalización de Salud Mental y Adicciones es un servicio de hospitalización de estancia breve (hasta 60 días).*I was illegally detained 2 years,deported,robbed all posessions(rented room);

-23)medical malpractice:Peru doctors never applied art 30 of law 26842 to give me support for rest of my injuries that disabled my dominant arm being a single student without family,causing them to progressively worsen,nor properly diagnosed them nor accepted to pay for MRIs or wheelchairs causing further injuries.I was never hospitalized in orthopedic surgery despite I needed hospitalization to avoid further decompensation.

Medical costs to me to be reimbursed because of medical malpractice:

37   Personal injuries,medical malpractice,torture,costs of torture,actual past and future:I need medical procedures,and reimbursments for:

-a)$500 pain killers since 2008(naproxen,ibuprofen,orfenadrin,etc)-patches for rotator cuff tears(bilateral,2x $10000 );plane ticket to go back to NYC $2000 to patch and eventually operate hip since I cant walk in a year.

-b)2011-2014,2018-present:I spent 6 years in wheelchair,Peru owes me 3 $1400 round trip to NY to get care,a motorized wheelchair in St luke hospital(exh24,42) ,another this year because Peru consulate,mission to UN,embassy 2018 denied me assistance after I was tortured and injured (full

tear in right shoulder tendon,fissures in tendons in left shoulder )as I was thrown to ground in Geneva by swiss police(where I traveled 2018 unprotected because Peru government refused to investigate my 2001 and following years complaints against the swiss government,especially its doctors, to assist my father and brother ,Peruvians,injured by swiss medical malpractice in exhibits,judiciary claims,appears I made a habeas corpus for ),provoking further shoulder injuries ,hip injury,ankle sprain,so that I am again in a wheelchair and in need of a new motorwheelchair because Peru denied me motorwheelchair(32,def.5 Dr.G.Alvarez;salary of a nurse as I have no strength in torn arms;hospital Peru refused certificate of discapacity to extorsionate me more(exh75) as it opens right to $50/mo; (197)shows I had bilateral ankle sprains 10 13 2011 to 2014((16,19).

-c)because(exh104)witness shows gov.insurance refuses pay my MRIS. Peru government wanted robb me would oblige me to pay xrays ,CT scans,ultrasounds ,magnetic resonance imaging,instead of letting me Benefit through government national insurance SIS (seguro integral de salud):summer 2008 orthopedic surgeons def.6 Chuquihuayta(exh.23) and def 2 A.Quispe denied(exh.24) I had suffered the 2008 28 2 tentative extrajud.killing in courthouse,indicating I had no injuries(gov.hospital regional cusco) and dr. ortho surgery A.Zaravia Sanchez (hospital lorena)refused MRIS despite I had an undiagnosed scapular fracture revealed as I left gov.hospitals to pay in private Dr.R.SALAS to inform I had fractures(exh.6) and labral tear (7)and dec 31 2010 I had in gov.hospital INEN a gov doctor ordered magnetic resonance image of right ankle in the hit run(where police abandoned me)after report of a sprain(exh192) in gov hospital hipolito unanue emergency oct 15 2010 but its doctors reported

falsely (exh191))I had no fractures despite I couldn't walk recklessly injuring me further telling me to walk on fractures,so knowing I was

-unable to walk and had something,I paid a private radiologist that contradicted the gov report falsely normal( private report 4 fractures 4 tears by rxlogist SILVA(exh 40 ),where he states "second opinion jan 7 2011 on image of INEN dec 31 2010 which was same image as (exh191)dr Silva works for Resocentro private (recept mris of spine exh168,169 receipt of ambulance)demonstrating government conspiracy to not inform me of injuries to cover up their responsibility for damages,obliging me to pay (see receipt jan 6 2011 8,exh.197 )this second opinion from my pocket and refused to hospitalize me when I was alone in bed in rented room with spine fractures and tears on four limbs(obliging me to pay private Peruvians for domestic help ,for example Manuel DIAZ(exh189 ))500$,Davis DA SILVA $3000( exh 190);I developed a month later nov 2010(exh193))tears in left quadriceps,tendon adductor rectus  of left legbecause I was denied hospitalization after the hit run(despite I had told dr in emergency gov hospital hipolito unanue (exh192)I lived alone,shoulder bilateral tears requesting hospitalization as I couldn't be discharged at home alone,he discharged me i had to pay taxis for $1000 at least those months; church gave a wheelchair since gov hospital refused(exh32)) I couldn't move alone with my injured shoulders with left leg,where tendon adducteur and muscle quadriceps of left leg got injured(exh33,81)) 2010-2013(exh 9)) showing constant tears in legs,arms,and pain where I was treated at government hospital hipolito unanue(exh192));since couldn't go requests magnetic resonances,I paid 2011 2 mris spine $400(exh168))plus ambulance to take me to the center$70(exh169)) when I had spine fractures june 2011. my spine was fractured

jan.2011(see(194)wrongfully dismissed complaint aledging I was american and they weren't interested in the complaint,against an internet café I used to go to every day that several times gave me a broken plastic chair causing me to fall from chair to ground impacting spine because I couldn't use my arms and my right ankle was fractured october 2010 in the hit and run in the context of bilateral    shoulder    tears,so    with    3    limbs    disabled    and    no hospitalization(see192,gov.hospital failed to hospitalize me after fractures as after treatment was external consultation on document) doctors recklessly endangered me provoking spine fractures;my right dominant arm is disabled without strength numb resting on abduction pillow sling constantly,limited in movements on daily painkillers and tendon relaxants orphenhadrine and naproxene since 2008 ;I am starred at in public for my sling pillow and

disability.I constantly in room must use abduction pillow on my lap to rest elbows to be able to write on laptop and use web as my shoulders are to weak to carry arms,otherwise I cannot walk around because of pain.In 2008 for 2 years I had deep anterior pain in right front shoulder out of labral tear,pain of scapular fracture was intense.I would wake up as a knife had stabbed me when fragments moved in bed.Pain was continuous for years after 2008 beating.Same in left groin after 2010 when I started November 2010(193) develop painful disabling tendon tears in left leg trying to move my manual wheelchair,exacerbated 2011(33,81)

I lost $1400 3 more times more in 3 roundtrips to USA ,for which I became indebted to other people,2008,2009,2011,2013 for my tears,to do mris prescribed by drs(exh170,198))who didn't accept government insurance for poor SIS pays nor any responsible I aledged in emergency,no when in 2011 I was bedridden march 2011 –june 2011(exh171)obliging me to do them on my own as I couldn't move to the hospital;I was denied coverage by gov hospital Loayza Lima(exh199))2mris left shoulder and hemithorax in 2010 which I was coerced pay to hospital fap(exh167))for    $400;2013    gov.insurance    chief    defendant    Dr.E.Lias Cuervo(exh104)refused pay my MRIS despite prescribed by free insurance doctors,denying me relief benefits discriminating me as I was insured to oblige me to pay private because denying any injury on gov.reports to avoid paying damages;denying hospitalizations despite I was invalid and alone;denying motor wheelchair I needed because of no arms ,coercing me to pay round trip tickets to usa to get a free chair there from free insurance Medicaid losing time money in tickets etc;since 2018 june doctors prescribe a electric wheelchair for me but Peru justice by denying and on appeal my case for torture by Swiss gov,case 642 2019(exh.220-223,superior DA Walter BECERRA H.def.11)illegally coerce me ask

my brother $1500pls shipping for the chair.Peru government hospital regional cusco issued me a severe disability certificate 2019 in which it states I am dependent on another person(228)nevertheless doesn't pay me any disability pension nor designate a person to compensate for my disability knowing I am alone,which provoked September 2019 teeth fractures and fissures(227)which may result in further  morbidity/mortality because of upcoming procedures.I have tendons and hip injuries of labral tears,left,since 2018, that  need surgery(cannot walk nor sit,constant pain).

-24)personal injuries,mutilation,disability of bilateral supraspinatus tendons so that I do not have strength anymore in both arms,currently I cannot walk over 50 meters and have constant sometimes intolerable pain because of left hip labral tears(I am dependant on narcotic Tramadol),loss of strength and stability of left leg with also adductor tendon of left leg,quadriceps muscle of left leg.

38   As of (28,49)crimes are continuous since 2004 until now:I haveconstant pain and physical disability of both arms,am dependent on a motor wheelchair since over 2 years because of left hip labral tears resulting from compensating the disability of both arms aggravated in a recent assault (I total over 6 years in wheelchair since the attempt of Cusco courthouse 2008)that need treatment I cannot afford keeping me incapable of leaving room and suffering almost constant pain addicting me to painkillers awaiting board a flight out of Cusco for treatment as we are in quarantine since march 2020,a reason for which I need indemnization to finance treatment and pay home aide.

39   System of justice in Peru is a conspiration of corrupt staff dismissing wrongfully nearly all my complaints through undue process and denying me equal protection of the law,aledging several times clearly I am "American citizen" or

"swiss citizen":see(49)actual recent dismissals and ongoing cases supreme court 2016,7,2020

-25)<u>Discrimination</u>(listed as crime against humanity,Peru Penal Code)

    -1)<u>in public theatre and in all media of communication</u>:I was also dismissed when complaining 2001 I was after a month strenuous group preparation without pay to perform with others theater Inti raymi june 24 2001 spectacle, slandered(181,182) in all media(radio, tv, newspapers)printing my name Helga as either American or Belgian or "not of this world"a "foreigner taking seats of Peruvians",denied right to participate in public artistic ceremony ,despite holding Peruvian passport by father and finally I was expelled by police just before performance by request of jealous girls that had not been selected to perform artistically,despite holding professional artistic title:judge NINO de GUZMAN (def.24)dismissed complaint,DA Gladys QUISPE def.26)also(exh 11,17,93 )2016 despite art.323 Peru penal code discrimination is imprescriptible crime ag.humanity.

    -2)<u>2000 to present discrimination by UNSAAC gov.university Peru</u>:that

    -1)offers(see art 34 rules,exh 179 1st AC) free admission to children of diplomats that return to Peru after end of mission,nevertheless denied the priviledge to me,obliging me to have extra economic losses to apply under other modalities,I lossed $100 applying as a graduate student,and although there was one vacancy and no other candidate then me in 2007 ,UNSAAC denied me the vacancy,obliging me then to apply by submitting to contests losing another $100,losing years of studies because of the discrimination.I am also being asked by UNSAAC thousands of dollars to recognize revalidate my American and swiss studies despite I was entitled to exoneration had courts judged on arbitrary

detentions to study abroad.American AA and BA 1989-1993 were done against my will away from Peru because of swiss and US social security error,but since Peru justice deprives me of my rights under color of law,arbitrary detentions by Swiss covering up my right to pension exportable to Peru 1988-2001 during which my studies were done,remain unpunished 1988-2006,(studies done against my will in USA where I was considered a foreign medical graduate and not allowed to transfer to medical school to get my professional diploma from the already masters level I have-so I had to start from bottom again college...away from Peru because of swiss and US social security error(see former complaints original and 1st amended,case 18cv01740 nysd sent over to DC under case no 18:01460)delayed payment of relief benefits 1988-2006 that coerced me to leave Peru for the US those years because I was entitled to US SSI,to finance my AA and BA studies;then not having income for revalidation,were dismissed so I cannot advance academically to the doctorate level I should be working on and remain stuck as a pregrad in UNSAAC-pregrad that could not even advance for 15 yrs because def.32 DA R.Zevallos did not recognize my deans recommendations to let me in archives and cut me access to info.

  ·2) conditions recognition of my undergraduate,graduate swiss and american studies to official translation,payment of considerable fees (several thousand $)I cant afford.I had requested in court I be exonerated because UNSAAC has automatic recognition for children of diplomats that studied abroad, but again the justice system refused to investigate I was arbitrarily detained to have Switzerland pay for having lost me 18 years studying away from Peru by not paying pension in which case I would have studied in Peru and not Switzerland and USA.

-3).Peru ministry of education discredited my swiss college degree giving equivalency to Peru college despite a swiss college degree is equivalent to Peru college plus one year meaning I am stripped from many credits towards university curriculum in Peru(swiss college not only is more intensive but officially ends at 19 yrs old whereas Peru college ends at 18)

-3)<u>Discrimination by fraudulent Peruvian national ID issued by RENIEC Peru and Peru Ministry of foreign affairs(www.rree.gob.pe)</u>: These gov.offices took away my status of peruvian by birth given by Peruvian father, making it impossible for me to seek a job in public government or be elected,despite a Gva consular birth certification(103)signed by my father(retired Peruvian UN diplomate through personal merit in the UN Gva)in consulate Peru Geneva,in civil registries(98,99)in Switzerland ,and in the UN while I was a minor(see 1980 nationality on UN diplomatic ID (100,123)is "Peru/USA"so predominant nationality meant to be Peruvian,concordant with swiss registers where it is only Peruvian since 1966):Peru gov RENIEC(register national of identity)has put false date I became Peruvian 1999 on my DNI(Document National of Identity,exh.(37)when should be 1966,when registered by my diplomatic father but Peru government cancelled the birth certificate in 2007 against my will.

This misconduct violates art 16,21 of UN covenant on civil&political rights("a child has right to a nationality and that this be recognized internationally").August 2010 governement comunicated me(125)resolution 52 2009 RENIEC whereby it concludes"cancel my peruvian birth certificate"(103)despite my father had made the peruvian declarations while I was a minor.I request judge orders government

invalidate this decision and register me as of date 1966.Art.52 cst.Peru holds"a child born abroad of Peruvian parent registered as a minor in correspondent registry is Peruvian by birth";resulting severe mental suffering,inhumane treatment,arbitrary detention in Geneva by swiss 1988-2001,by Peru 1993-2001 Peru/usa then at majority was given American passport by father.Thus,my predominant nationality is Peruvian by father declarations;nevertheless,I was denied 1993-2001 Peruvian ID in Geneva by Peru diplomatic and consular authorities(in particular,Monica Ostolaza Aguirre,Peru consulate Geneva)thus illicitly confining me in Geneva 8 yrs despite not being swiss,finally 1998 my father registrated a birth certificate in Peru consulate asking date would be 1966 because he made right declarations in 1966 in UN as a diplomate.But Peru refused and put date of nationality as 1998 ,which would imply as a child I didn't have that nationality despite(98,99)swiss civil registries hold I was declared Peruvian since 1966 by a UN diplomate;I was detained arbitrarily in Geneva by Swiss authorities 1988-2001 as I could not pay the ticket to Peru nor stay there because of denial of relief(wrongful     termination)benefit   pension    from    job    as    intern doctor(exh.114),showing    Swiss    conspiration(see    case    04-10148    NYSD court,2004,HSC   v.Switzerland   for   torture,rape   by   employer,serious   personal injuries,tentative of extrajudicial killing by omission,etc.)by swiss sentencing only in 2004 I was entitled to pension since 1988 but employer violated art.1 OLP(swiss law)not declaring my case to pension fund thus confining me in Gva since 1988-2001 as I couldn't pay ticket etc..executing payment only 2006 (exh113)(also swiss put embargo on my bank account to avoid I be able leave to Peru for?reason?take the pension away from swiss market? Causing me severe psychological suffering,inhumane treatment,arbitrary detention in Geneva 1988-2001(given I was

not national,wanted be in Peru,was denied my medical diploma there where my boss raped me and abandoned me recklessly despite he had to declare my termination to pension fund so I receive my monthly indemnization pension fund).

-26)treason by US resident ex President Alejandro TOLEDO collusion ,bribes,robbery to government;extorsion to government;inconstitutional and illegal treaties and contracts robbing nation of the money I need for indemnization(constitutional complaint 430 to congress 7/7/2005(exh.230;

-25)Deprivation of rights under color of law,obstruction of justice;not only by Peru justice system but also by international human rights organizations(1998-2019;continuous complicity to cover up torture and terrorist activity by UN,ICC and IACHR(defendants 39-41);

-1)international criminal court in the hague(ICC)2009 denied(151)complaint wrongfully aledging Peru Republic didn't recognize jurisdiction for these crimes by Prosecutor MP DILLON,despite p.1 of complaint(152)aledged torture that is crime against humanity thus competence of ICC admitted by Peru and resubmitted new facts 2016 august (154),appeal to Karen Mosoti,icc liaison office,UN plaza NYC,never answered emails nor voice messages;ust turns down emails calls;

-2)commission against torture(CAT),OHCHR and Human rights committee registry denied(161)complaint mailed then emailed without explanation of motives in 2010 then continuously since I have been resubmitting periodically since nov 25 2016(153),screenshot(156),fax(156),emails(157)to CAT directors Jens Modvig,Nils Melzer,Sebastien Touze whom I spoke to in person in Cusco where he gave a conference 2017 feburary,refused my complaint envelope in front of witnesses,appealing to Dominique Bush(155) NY ohchr office in UN plaza who communicated with ohchr Geneva but refuses solve the matter they don't communicate with me to confirm emails fax,same by WGAD leaded by Jose Guevara who refuses answer phones and emails(158),urgent action(159),special

rapporteur on torture;I appealed to secretary general Antonio Guterres asking reparation appointing me as independent expert in human rights(sent resume 7 languages,trained as a Doctor in medicine,2 years of human rights studies and law,postgraduate in art history,etc),even without pay ,to be able to make my accusations(nullum crimen sine lege) ,appeals are unanswered by A Guterres despite received by his office Ms.Jill Annitto emails. 1998 Carmen Rueda at CAT and Carla Edelenbos in 1998(see        04-10148      docket        nysd)responsible for    ohchr,nows responsible of petition   unit   ohchr, keep denying        and blocking      my communications(fax,letter,email,calls)causing 2010 liminar denial same day of complaint to CAT against Peru

-3)IACHR in WDC received the facts under complaint P-563 2010 entrusted to Marta Tavares,denied communicated to me by Christina cerna(160),registry of my emails was continuously obstructed by Victor Madrigal,registering partly my emails who I met personally in Washington dc as well as Marta Tavares;all of knowledge of secretaries general Santiago Canton then Ernesto Alvarez(def.40)

40      6 5 2018 I was tortured in Geneva (Switzerland)by 2 swiss police(Alexandre  PALMA,J.DUSTOUR)and   swiss  Hospice  General  Servette office:despite swiss citizen crossing arms on adduction orthopedic pillow and scarf because of bilateral rotator cuff tears which I verbalized to all staff and pólice before altercation,I asked for economic help &temp shelter when my father Geneva closed door on me,put Hospice(shelter for citizens gov.office,Mrs.Chicot-Favre)denied help &detained me so I called police on my phone, that just rejected my charges against Hospice staff,which I reproached them who reacted attempting take me to pólice office as detainee,for which they performed articular keys twisting my shoulders and threw me on ground resulting in a(216,217) transfixiant rupture of

supraspinatus tendon right shoulder and tears on left shoulder,slandered and tortured by police that have a case against me p/10577/2018 despite I was the victim but my complaint p/12113/2018 was never answered,&again abandonned recklessly by Peru consulate,Embassy,mission to the UN in Geneva as well as CAT OHCHR that denied presencial,tel.&email complaint for formality despite I sent them all proofs med reports after event & videotaped with my cell phone, torture scene and illicits of defendants leading to it and Peru penal code art.2,5,321,322 condemn torture and apply principles of ubicuity and extraterritoriality of the complaint when its about torture because of Peru having ratified UN convention against torture . office twisting my shoulders and threw me on ground resulting in a(216,217) transfixiant rupture of supraspinatus tendon right shoulder and tears on left shoulder,calumniated and tortured by police that have a case against me p/10577/2018 despite I was the victim but my complaint p/12113/2018 was never answered, abandoned without use of arms on the streets denied shelter by swiss government hospitals whom I asked june 2018 with 4 doctors,a motor wheelchair because of right ankle sprain(219)without arms for crutches,motor chair denied to me as well as hospitalization thus suffered left hip labral tears & (218)enthesopathic tears of 2 tendons left hip &suffer extreme constant pain&cannot walk until present.Despite asking since june to swiss government a motorwheelchair unless I would suffer hip tears,it was useless,they finally answer,by a denial in march 2019(220).During the first days of june I asked in Geneva help with all proofs as I had recorded filmed the event torture to Peruvian consulate,mission to the UN,embassy of Peru in Gva,as well as CAT of OHCHR,but was denied despite proofs,returning in wheelchair to my room in Peru nov 2018 where I filed complaint for torture in peru justice ,being again denied by DA

Tatiana CATACORA J.and on appeal Superior DA W.BECERRA H.(221)suffering constant pain and disability and retears of shoulders(222)february because of overload on torn shoulders due to denial of motorwheelchair.

## VI.SHORT AND PLAIN STATEMENT OF CLAIMS AGAINST DEFENDANTS(A 25 PP.AMENDED COMPLAINT,AS RESUME,MAY BE FOUND ON DOCKET DC CIRCUIT 18-cv-1460,FILING 12 17 2018):

### CLAIM I-ACTION FOR ATTEMPT OF EXTRAJUDICIAL KILLING
(Under 28 U.S.C:s.1605A and State Common Law and State Statutory Law)

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in all the paragraphs as if fully set forth herein.

The february 28 2008 attempt of extrajudicial killing in Cusco Courthouse on my person was caused by a deliberate act of comission by omission of extrajudicial killing by security guards,and deliberate,wanton,outrageous act of comission by 5 women assaultants,as directed and materially supported by Peru,proven by the conspiration of whole justice system to dismiss all my complaints after the attempt, that I esquivered resulting in serious personal injuries equivalent to torture in the sequelae.There were accomplices in the whole justice system that covered up and refused to investigate and sentence nor indemnize me and public hospitals refused to diagnose me and treat me or hospitalize me;

I endured pain and suffering and I am entitled to economic damages due to my permanent disability and numerous decompensations of injuries consequent to fracture of my right scapula and right shoulder labrum thereafter.

WHEREFORE, Plaintiff demands that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest, for the attempt of extrajudicial killing in Cusco Courthouse on this Claim I, and the costs expended.

### CLAIM II-BATTERY(Under 28 U.S.C.s.1605A and State Common Law)

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in all paragraphs as if fully set forth herein.

On February 28 2008,with explicit consent of the Peruvian government(proven by conspiration of whole justice system to dismiss all my complaints during and after battery),agents and staff of the Defendants violently and forcefully committed illegal acts during the assault, torture and attempt of extrajudicial killing of my person. These willful, wrongful and intentional acts constitute a battery upon my person, causing injury to me.

As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendants and their agents, I was injured in that I endured extreme mental anguish, physical injury, and pain and suffering, all to my damage.

**WHEREFORE,** Plaintiff demand that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest, on this Claim II, and the costs expended.

## CLAIM III-ASSAULT(Under 28 U.S.C.s.1605A and State Common Law)

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in all paragraphs as if fully set forth herein.

During the attempt of my extrajudicial killing, agents of the Defendants(the 5 women ) at the direction of the Peruvian government intentionally and willfully put me in fear for my life and apprehension of harm and injury as a direct result of the attackers'acting in concert of 5 using all 5 force pulling my hair and whiplashing me, and the physical and mental abuse inflicted upon me.

As a direct and proximate result of the willful, wrongful and intentional acts of the Defendants and their agents, which were directed and materially supported by Peru,as can be proven by conspiration of the whole justice system dismissing my complaints during and after torture through their salaries,I was injured in that I endured extreme mental anguish, physical injury, and pain and suffering, all to my damage.

**WHEREFORE,** Plaintiff demands that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest, on this Claim III, and the costs expended.

## CLAIM IV– ABDUCTION,FALSE IMPRISONMENT, KIDNAPPING &HOSTAGE TAKING
### (Under 28 U.S.C. § 1605A and State Common Law)

Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the forgoing paragraphs as if fully set forth herein.

At the direction of the Peruvian government,staff of the Defendants willfully and illegally abducted me in incomunicada pavilion of hospital HVLH in Lima,and a year I was confined due to city's refusal to abide by law of protection of the disabled by freing the entrance of my residence ,illegally occupied by a pizzería without licence. The wrongful acts of the Defendants, which were sponsored and directed by Peru, constitute false imprisonment,kidnapping and hostage taking upon my person, causing injury to me.

As a direct and proximate result of the wrongful acts of the Defendants,, which were directed and materially supported by Peru,as can be proven by conspiration of the whole justice system during and dismissing all my complaints and requests for indemnization after my 2 years of confinment and deportation,I was injured in that

I endured extreme mental anguish, physical injury, and pain and suffering, all to my damage.

WHEREFORE, Plaintiff demands that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest ,on this Claim IV, and the costs expended.

## CLAIM V– INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INCLUDING SOLATIUM
**(Under 28 U.S.C. § 1605A and State Common Law)**

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in all the paragraphs as if fully set forth herein.

The attempt of extrajudicial killing,torture,serious personal injuries,assault and battering,hit run by bus and abandonment by police and refusal of hospitalisation,the year of confinement in my residence by the city's refusal to free the pathway to my room occupied by the ilegal pizzería obstructing passage of my wheelchair and deliberate torture by the pizzería staff to try forcé me to leave like making bathroom unusable,2years confinment in HVLH incomunicada pavilion under inhumane conditions followed by inconstitutional deportation and taking of all my property in violation of international law,the 15 years I was prohibited work or study as a consequence of conspiration of whole justice system to close me my work and study place the church archives,being a history university graduate student with a thesis subject, I suffered  constitute extreme and outrageous conduct with the intent to inflict emotional distress, including solatium, upon me and my family;the distress of making hundreds of complaints and actions to resolve conflicts but all time&work useless as all ends up dismissed by lies undue process or just denial of investigation liminarly(unequal protection of law)

As a direct and proximate result of the willful, wrongful and intentional acts of the Defendants',staff and agents, I was injured in that I endured extreme mental anguish, physical injury, and pain and suffering, all to my damage.

WHEREFORE, Plaintiff demands that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest on this Claim V, and my costs expended.

## CLAIM VI – ACTION FOR SURVIVAL DAMAGES
**(Under 28 U.S.C. § 1605A and State Common Law and State Statutory Law)**

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in all  paragraphs as if fully set forth herein.

Since 2008 attempt of extrajudicial killing in courthouse,I suffer extreme bodily pain(I am actually bedridden with at times intolerable pain and on narcotic morphine at those times,incapable of walking and using forcé to lift more then 1 kg with both arms) and mental anguish and suffering, entitling me to compensatory damages. Since hit and run by bus when pólice refused to answer emergency call and assist me lying on sidewalk just passing by to avoid make report that would have resulted in me cashing up to $6000 in damages from SOAT(transit

insurance),recklessly abandonning me provoking decompensation of rest of body as described herein so that I am still physically invalid

**WHEREFORE,** Plaintiff demands that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $20 million ($20,000,000) dollars and pre-judgment interest on this Claim VI, and my costs expended.

## CLAIM VII – ACTION FOR CONSPIRACY
(Under 28 U.S.C. § 1605A and State Common Law)

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in all aragraphs as if fully set forth herein.

Defendants did knowingly and willfully conspire with, and agree to sponsor, their officials,staff and agents, especially the whole justice system including justice of armed forces up to Supreme court,Supreme Military Police Court TSMP and Congress,agents within the meaning of 28 U.S.C. § 1605A, which willfully and deliberately committed acts of attempt of extrajudicial killing,torture,personal injuries,abduction kidnapping and hostage taking,taking of my property in violation of international law,coverup of the hit and run by bus to avoid me getting transit insurance to help me in the 4 next years I was in a motor wheelchair because of the ankle fractures,and the whole justice system conspired to commit undue process &deny me equal protection of lawdismiss all my complaints and requests depriving me of all my civil rights under color of law,including trying me twice for infamous crimes then dismissing all in my favor and refusing to indemnize me for judicial errors in violation of constitution, which caused my personal injuries. 2009-2018 ICC,OHCHR,IACHR have caused me same severe suffering and psychological injury collaborating conspiring with torture by covering up all my complaints dismissing them recklessly endangering me.

For the reasons stated above, and having conspired to sponsor staff and agents of the Defendants in these illegal acts, Defendants are liable to Plaintiff for all damages in this civil action.

**WHEREFORE,** Plaintiff demands that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $100 million ($100,000,000) dollars and pre-judgment interest on this Claim VII, and my costs expended.

## CLAIM VIII – ACTION FOR AIDING AND ABETTING
(Under 28 U.S.C. § 1605A and State Common Law and State Statutory Law)

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in all the forgoing paragraphs as if fully set forth herein.

Defendants did knowingly and willfully provide substantial assistance to and sponsorship of their agents within the meaning of 28 U.S.C. § 1605A, which caused the personal injury and attempt of extrajudicial killing,the decompensation in other injuries after the reckless abandonment by pólice after hit run by bus, the reckless discharges and refusals to hospitalize me when I was diagnosed with spine fractures or had both shoulders injured,cast on right ankle and tears in left leg despite hospital knowing I had no family to help me.

Likewise,Ex president A.Toledo and his ministers(def.38-1 to 38-4)should be punished and the 1,000 thousands of million dollars arbitrarily given away to foreign states and companies,returned and kept for compensatory damages.

For the reasons stated above, and having aided and abetted the agents of the Defendants in these illegal acts, Defendants are liable to Plaintiff for all damages in this civil action.

WHEREFORE, Plaintiff demand that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest, on this Claim VIII, and my costs expended.

## Claim IX-TORTURE BY CONSPIRATION TO DEPRIVE OF RIGHTS UNDER COLOR OF LAW
(Under 28 U.S.C.s.1605A,T.V.P.A., State Common Law and other Statutes)

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in all the paragraphs as if fully set forth herein.

From 2001-present all levels of peruvian justice system(see exh.11,17,49,93,reports of cases to find names that acted) conspire against my rights,discriminating me on basis of national origin(I am born in the US,have a swiss accent,despite I also always had peruvian nationality,by provision of ressources for terrorist conspiration by Peru through its justice system,see defendants 1-38), government pays salaries to DAs,judges,police with a mandate to conspire against me resulting in terrorist offenses thus commits acts of intentional misconduct dismissing all my complaints(exh.49,123 up into 2019,and pending habeas corpus 2020 in supreme court Peru,doctrine of continuous actions)from police to supreme court including congress,and including military martial courts up to tsmp(Tribunal supremo de justicia militar policial)where I launched also complaints because the latter is competent to judge police oficial misconduct(such as denying an investigation entrusted by DA);processing me during 2 years in 2 different fraudulent arbitrary cases  for infamous crimes without trial,and despitewhen dismissed in my favor(54,55), indemnization for judicial errors has been denied; supreme civil court fraudulently deviated an action requesting a court appointed counsel,to a fraudulent dismissal(exh.121-123)(because I am disabled and poor)fining me $1000 and $500 my lawyer,causing me to lose my friend counsel that is requesting indemnization;it was def.8 DA and 3 judgesdef.26,defs.18,19,20,27,35 that by undue process cases to perpetrate inhumane treatment,torture(exh38,43)took me hostage in a political prison to submit me to cruel and unusual punishment(violation of 8th Amendment)confining arbitrarily then deporting in violation of art 37 Peru constitution,abusing authority usurping executive thus robbing me making me lose,all my property I could not take with me, in my room;torturing me by putting me with these undue processes,under double jeopardy threatening to jail me and making me appear 29 2 2008 in DA with my defendant raised as plaintiff so that the 28th 2 2008 when with right scapular fracture I could not consult a Dr because I had to prepare an appeal to not go to jail next morning(I was being sued but not offered defender);had I not been cited to pick up a notification in courthouse 2 28 2008,I would not have been present to be lynched;it was an arbitrary legal order of DA def.32 R.Zevallos in 2004 to archdiocese that closed the church archives to me during 15 years,blocking my work and study 15 years causing me severe psychological injury,since I am

registered as a history graduate student at unsaac university and univ.CSLA(USA),and the DA and rest of justice system by means of undue processes and denied protection of law,would dismiss up to supreme court,all complaints having to do with the issue of denial of Access to information of the archives.

I lost time and money studying peruvian laws to make my own complaints and totalled over 150 plus actions,without counting appeals to supreme court,then endured pain and severe psychological suffering as all was dismissed and had to remain my conflicts with nationals unresolved,living alone,kept away from reuniting with family in documents of archives closed to me 15 years by justice system,in particular def.28,32 and all other staff mentionned in reports exhibited, and I am entitled to economic damages due to my 15 years of lossed work and study when DA upheld a prohibitive order denying me Access to Cusco church archives,my workstudy place;lost $7000 indemnizing my brother for costs,and lost his friendship after he was arbitrarily requested by judges roundtrips to Peru twice by plane from the US to go to trial to take me out of hospital confinment;I was exiled out of Peru 2 years 2002-2004 losing my property again in transit,as I could not afford taking with me,and all my CSLA university artwork,by justice system that refused(def.14 DA R.Huaman,superior appeal DA def.15 Tupayachi, supreme DA M.Caceres defendant no 17 in 2001-2003 dismissed all complaint(exh106-111)ag. Swiss gov. for unpayed(sentence 2004 in exh.114)wrongfull termination pension benefits) to investigate my complaint 2001 I was not being payed a wrongful termination pension by Switzerland due 1988 orders payment in 2006 of a pension for damages due 1988 thus a delay of 18 years ,showing I was right to complain 2001 to Peru justice but they were robbing my property in violation of international law by dismissing(element of terrorism exception to sovereign immunity of states)thus 2002-2004coercion to migration then illicit confinement by defendants 10-13;arrived in NY 2002I was hospitalized in Jamaica hospital for depression(exh 201)(torture by severe psychological suffering:relief: amendment of birth certificates in the US of Y,Z withdrawing my names,sealing original birth certificates giving to X,Y,Z birth certificates stating"original birth certificates subject to revalidation if Y,Z return under my custody or reunite with X and me (art.174 peru penal code:no legal consent under detention).

2018-19 my complaints for torture against swiss police and shelter office in defendants Peru DA and CAT OHCHR were again rejected by undue process(overlooking proofs like videotaping of torture by police in office)leaving me in severe pain,constant physical and psychological suffering &anguish after this torture by defendants;2009-2018 ICC,OHCHR,IACHR have caused me same severe suffering and psychological injury collaborating conspiring with torture by covering up all my complaints dismissing them recklessly endangering me.Former President Toledo is liable for restitution under TVPA as he resides in the US, had the money for my indemnisation 2005 but with bribes and incst.treaties,thefted Peru from it;is liable for deprivation of rights 2001-2006.A relief partial should be I be designated independent judge honoris causa in Peru and independent UN human rights expert as well as in IACHR &ICC. sentence to resign all staff 1-38 in caption and cited in exh11,17,49,93,185 and other gov staff related; security force of my choice to go to places of former conflicts;immunity from orders and obligations ,to Peru Republic and defendants.

WHEREFORE, Plaintiff demands that judgment be entered against Defendants for the damages suffered, including, but not limited to, suffering, mental anguish, and pecuniary losses, in the amount of $40 million ($10,000,000) dollars and pre-judgment interest, for the conspiration by the justice system to deprive me of my civil rights under color of law on this Claim IX, and the costs expended.

## Claim X-MEDICAL MALPRACTICE,PERSONAL INURY,TORTURE
(Under T.V.P.A,28 U.S.C.s.1605A,State Common Law,and other Statutes)

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in all paragraphs as if fully set forth herein.

Despite the serious personal injuries I have accumulated since 2008 I was lynched on main floor of Cusco courthouse,my requests to be hospitalized given I rent alone and have no Friends or family,were always disregarded,intentional misconduct and reckless endangerment that provoked progressive decompensation and 12 years later I am confined to my room,cannot walk &intolerable pain on painkillers which I often have to pay as I cannot displace myself alone to go hospital most of time, and dependant on a motor wheelchair that was denied to me by Peru insurance so that I had to fly round trip to USA 3 times(I had intolerable pain on shoulders but was not offered surgery in Peru,I needed motor wheelchair but was denied,MRIS were denied 2013,I needed a new motorwheelchair 2013 which Peru denied so I had to borrow from brother). I am bedridden because of hip labral tears,but in 2 years of consulting in Cusco hospitals I have not received diagnosis nor treatment,only painkillers,despite the diagnostic exam was MRA in Lima and surgery or injections or oral collagene but I was never referred out nor offered diagnostic nor treatment.

As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendants and their agents, I was injured in that I endured extreme mental anguish, physical injury, and pain and suffering, all to my damage.

WHEREFORE, Plaintiff demand that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest, on this Claim XIII, and the costs expended.

## CLAIM XII – PUNITIVE DAMAGES
(Under 28 U.S.C. § 1605A, P.L. 104-208, 110 Stat. 3009-172, 28 U.S.C. § 1605 *note*)

Plaintiff repeats, realleges and incorporates by reference those facts and allegations set forth in each of paragraphs as if fully set forth herein.

The actions of staff,officials,agents of the Defendants, as set forth above, were intentional and malicious and in willful, wanton, and reckless disregard of the rights and well-being of Plaintiff. All of the acts of Defendants' agents,staff,officials were facilitated by salaries funding, and other material support, resources and sponsorship from Peru,the UN,ICC,IACHR.

The Defendants and their agents directed the attack,abduction,reckless abandonments,systematic dismissals of all complaints and rendered logistic support and resources to their agent attackers that carried out the abduction,arbitrary

confinments, torture,attempt of extrajudicial killing,conspiration of whole justice system to deprive me of my rights under color of law or not,and other claims such as discrimination in admission to unsaac university,cancelation of my birth certificate and refusal to register me as a peruvian by birth to avoid I compete in government job positions with others born in Peru,since public office is only allowed to peruvians by birth,described above.Likewise,Ex president A.Toledo and his ministers(def.38-1 to 38-4)should be punished and the 1,000 thousands of million dollars arbitrarily given away to foreign states and companies,returned and kept for punitive damages. Under 28 U.S.C. § 1605A(c), the Plaintiffs are entitled to an award of economic damages, solatium, pain and suffering, and punitive damages, and the same is hereby requested against the Defendants in accordance with the provisions of 28 U.S.C. § 1605A(c), making both a foreign state that should be designated as a "state sponsor of terrorism" and an official, employee, or agent of such a foreign state liable for economic damages, solatium, pain and suffering, and punitive damages.

WHEREFORE, Plaintiff demands that judgment be entered against Defendants and their agents for punitive damages in the amount of at least three times the amount of Plaintiff damages, including their full compensatory damages which include pre-judgment interest, for these acts of reckless endangerment and abandonment,abduction, confinments,hostage taking,deportation,taking of property in violation of international law,personal injuries,conspiration of whole justice system to deprive of rights under color of law,torture, and attempt of extrajudicial killing, on this Claim X, and my costs expended.

The award of punitive damages, as requested, is to punish Defendants for their conduct in supporting the cruel and dangerous murderous and conspirational discriminatory acts described herein and to serve notice that the rule of law should not be used to deprive innocent citizens under color of law,to trick with undue process,deny equal protection of the law,play opening instruction for no reason and then dismiss without indemnizing victims,and can and will be used to deter and disrupt violent acts of torture and terror by States that should be designated for their acts of terrorism against americans thus the United States of America and its citizens by limiting financial resources available to the Defendants to fund, facilitate, and support torture,terrorism and taking of property in violation of international law.

## Claim XIII-PHYSICAL TORTURE
### (Under 28 U.S.C.s.1605A,T.V.P.A, State Common Law and other Statutes)

Plaintiff repeats, realleges and incorporates by reference those facts and set forth in each of paragraphs as if fully set forth herein.

The actions of staff,officials,agents of the Defendants, as set forth above, were intentional and malicious and in willful, wanton, and reckless disregard of the rights and well-being of Plaintiff,for example security guards refusing to identify my batterers in courthouse or police that refused make report of hit run by bus and abandonned me on the scene to more damage,recklessly. All of the acts of Defendants' agents,staff,officials were facilitated by salaries funding, and other material support, resources and sponsorship from Peru,the UN,ICC,IACHR.

I refer to physical pain during a year after each fracture, and anxiety provoked by right scapular fracture and right shoulder labral tear,that is Deep and anterior over years,right ankle fracture in the hit run by bus when police refused to assist,make report,recklessly abandoning me without either use of both arms,to limp on a bus to hospital ;pain provoked by left leg add.tendon and quad.muscle tears;pain of rotator cuff tendons 2008-present with fear of losing use of both arms,tendons breaking off and having to go to surgery;pain of spine fractures and anguish at lying in bed 3 months to not remain paralysed ;pain often intolerable from   hip labral tears since 2018 because of decompensation of injuries of both shoulders;pain 4 years 2010-2014 I could not walk,motorwheelchair;

**WHEREFORE,** Plaintiff demand that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest, on this Claim XI, and the costs expended.

## Claim XIV-TAKING OF PROPERTY IN VIOLATION OF INTERNATIONAL LAW

**(Under 28 U.S:C: s.1605(a)(3),General exeption to FSIA,and other State Common Law)**

Plaintiff repeats, realleges and incorporates by reference those facts and set forth in each of paragraphs as if fully set forth herein.

The actions of staff,officials,agents of the Defendants, as set forth above, were intentional,malicious and in willful, wanton, and reckless disregard of the rights and well-being of Plaintiff,for example I has expressed to public defender def.35 my will to return to my Cusco room but in total disregard judge deported me from hospital in Lima with my brother to USA but I did not have funds to take with me all my room property &was told to leave it inPeru & never return or I would be locked again for life so i was forced to abandon my plans books papers while brother in hurry go back to work so I lost $5000 property in my room that was reportedly trashed by landlord.And 2002 likewise by undue process my complaint to have my pension due long ago right to be enforced by DA against Switzerland but by dismissing recklessly I did not have ressources to stay rent my room in Peru thus was exiled to NY,but all my belongings(including all my university art work and embroidered clothing)disappeared in the house trashed while family was renovating with workers.From 2001-2018 I lost my time in Peru because of these crimes, uncapable of study work leisure either because of total physical invalidity because of lynching,or because of arbitrary confinments and deportations so I just wasn't there,or because of conspiration discrimination deprivation of my rights under color of law,so Peru must give me restitution of $82,640total of pensions I brought into Peru since april 2001 I entered the country(exh. (113,114)showing I get pension $280 a month since 2006 from abroad( Switzerland),&$270/month 1995-2006 was paid in 2006 as past dues,since I wasn´t able to use my pensions to work nor study since 2001 because of violence and crimes committed by defendants by terrorist and torture conspirations,undue process,denial ptotection of law by Peru justice.

Likewise,Ex president A.Toledo and his ministers(def.38-1 to 38-4)should be punished and the 1,000 thousands of million dollars arbitrarily given away to foreign states and companies,returned and kept for compensatory damages.

WHEREFORE, Plaintiff demand that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest, on this Claim XII and the costs expended,as Peru carries commercial activity in the US(see website,Peru Embassy WDC),28USC s.1605 a 3.

## Claim XV-TORTURE,SEVERE PSYCHOLOGICAL INJURY-DISCRIMINATION

(Under T.V.P.A,28 U.S.C. s.1605A,State Common Law,and other Statutes)

Plaintiff repeats, realleges and incorporates by reference those facts and set forth in each of paragraphs as if fully set forth herein.

The actions of staff,officials,agents of the Defendants, as set forth above, were intentional and malicious and in willful, wanton, and reckless disregard of the rights and well-being of Plaintiff,for example I had shown my National ID to police ordered take me out of the theater representation falsely aledging I was a foreigner;I lost years of study at UNSAAC university 2000-2008 because of discrimination,nor advance academically because asked 6000 $ to recognize&revalidate my foreign transcripts(relief-cancel all these fees);I was falsely revalidated my swiss college degree aas equivalent to Peru college when really swiss college is equivalent to including first year of Peru university(relief-cancel revalidation &emit new revalidation of swiss college degree);no Access to government public Jobs(best paid)nor can be elected because of gov.cancelation of birth certificate and wrong date on national ID by RENIEC and thus Peru consulate Gva arbitrary exiled me in Gva by refusing me Passport all that time(relief is restoration of cancelled birth certificate in consulate with inscription date changed to 1966,same with my DNI national ID registration dated changed from 1998 to 1966); request from D.A.def.32 R.Zevallos of indemnization for 15 years of impossibility of study and work because she closed me access to,and D.A. garantees right of free access to Cusco archivo arzobispal and parishes of Peru of unlimited duration,with future exemption of necessity to present new recommendation letters as condition for renewal given numerous letters unused during injuries invalidity 2008-2020 and arbitrary closure of archives 2004-2019. Likewise,Ex president A.Toledo and his ministers(def.38-1 to 38-4)should be punished and the 1,000 thousands of million dollars arbitrarily given away to foreign states and companies,returned and kept for compensation.

WHEREFORE, Plaintiff demand that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $1 million ($10,000,000) dollars and pre-judgment interest, on this Claim XIV and the costs expended and date of registration of my national ID be changed to 1966(date I was registrated as

Peruvian by my father,and the birth certificate he signed in consulate of Peru Geneva,reinstated with inscription date 1966);free revalidation&recognition by SUNEDU of my study transcripts in Peru.

## -Claim XVI-DOCTRINE OF CONTINUOUS ACTS SINCE 1993(Under 28 U.S.C.t.1605A,TVPA,State common law,other Statutes)

Plaintiff repeats, realleges and incorporates by reference those facts and set forth in each of paragraphs as if fully set forth herein.

The actions of staff,officials,agents of the Defendants, as set forth above, were intentional and malicious and in willful, wanton, and reckless disregard of the rights and well-being of Plaintiff and extend from 1993 to present.Under TVPA former President A.Toledo resides in the US so can be made liable for indemnization.

**WHEREFORE,** Plaintiff demand that judgment be entered against Defendants for the damages suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of $10 million ($10,000,000) dollars and pre-judgment interest, on this Claim XV and the costs expended.

## VIII EXHAUSTION OF DOMESTIC REMEDIES

41    I attach (49)report I have over 30 cases denied in peru supreme court "tribunal    constitucional",    as    100    procedures,denied,and    50    criminal complaints,denied,which can be seen on                                                    de causas",type in my name in window "demandante"(plaintiff)Helga suarez clark,click on "buscar"(search),appears all cases appealed to supreme court,at right end column is windows"detalle"(detail)and appears text of sentence,all sentences...are dismissed as attached in exhibits especially 120 -148.

42    Against defendants on courthouse beating:(50)shows supreme court rejected habeas corpus 1885 2009 PE 06 labeled 3634 2009 oct.5 2009 in violation of due process

2.  Que la Constitución Política del Perú establece en el inciso 1), artículo 200°, que el hábeas corpus procede ante el hecho u omisión de cualquier autoridad, funcionario o persona que vulnera la libertad individual o derechos conexos.

Fraudulent because Peruvian constitution art.200 inc.1 Son garantías constitucionales:1La Acción de Hábeas Corpus, que procede ante el hecho u omisión, por parte de cualquier autoridad, funcionario o persona, que vulnera o amenaza la libertad individual o los derechos constitucionales conexos.affirming,because my complaint is not alledging a violation of my liberty it is not receivable,despite the quoted law that holds it may be receivable if it aledges a violation of RELATED RIGHTS",and peru codigo procesal constitucional holds( *Artículo 25.- Derechos protegidos, Procede el hábeas corpus ante la acción u omisión que amenace o vulnere los siguientes derechos que, enunciativamente, conforman la libertad individual:1) La integridad personal, y el derecho a no ser sometido a tortura o tratos inhumanos o humillantes, ni violentado para obtener declaraciones.También procede el hábeas corpus en defensa de los derechos constitucionales conexos con la libertad individual, especialmente cuando se trata del debido proceso y la inviolabilidad del domicilio.)*art 25 protected rights procedes habeas corpus when an aciton or omisión threatens or violates foll.rights conforming individual freedom 1)personal integrity,and right to not be tortured or treated inhumanly or humiliated nor obliged to give declarations.also in defense of constitutional rights related to individual freedom especially about due process and inviolability of residence-

43    I was complaining security guards declared hated me had enmity but still remained on staff at entry of justice palace and since events of assault demostrated they refused to prevent crimes against me ,they constituted an imminent threat to me if not removed,in the future by their actions and

omissions so that my habeas corpus was receivable,nevertheless supreme court dismissed it fraudulently.

44    District attorney Investigation of my injuries and murder attempts is systematically denied in violation of due process despite proofs and witnesses attached, denied by all appeal district attorneys :(14)is denial of complaint by Nilo PARAVICINO ALARCON ,(16)denial of appeal by Griselda VENERO DE MONTEAGUDO,sentence 225 2009 1fppc sept 24 2009.

45    Supreme court justice is futile conspiration against the United states(as well as all justice system)as can be also seen in 2 constitutional petitions of habeas data,for access to information of main archives in Cusco,regional archive and archbishop archive, I made against their responsables M.R.G.and C.C.Q.,and others under case nb(see report (93) 2217 2006 and 2025 2009,both rejected in supreme court under sentences (52,53)on false arguments:on first,that I hadn't enclosed copy of my requests to both archives to access their information,which is absurd, of the petition in its dismissed file(58)so it is actually present,on the second,supreme court falsely sentences requesting lector card ID for archives has no relation to accessing information,on the contrary,the rules of archives I attached to request(59)showed only way to access archives is request lector card ID,so sentence was absurd fraudulent deviation of finality.Also in same (53)habeas data against church , in sentences of supreme court 3406 2012(53)judges falsely quote it doesn't work against church so I cannot sue them because they are private Vatican entity ,but it's a lie to cover up,indeed,art 61 inc2 codigo procesal constitutional indicates it applies also to any private entity as long as it holds personal or family info of the

plaintiff(in my case,my dad is born in cusco so his family has all its info like birth certificates in there so they cant deny me access because its my family info),and,Peru state signed congress decreto legislative DL 23211 that holds,it approves agreement between catholic church and peru gov wherein in art 2 church is said to have "juridic personality of public character"thus they designate the church as public in relation to Peruvian citizens

46    The justice system in Peru persecutes through undue process,the action I just described of torture and tentative of extrajudicial execution,discriminates for reasons of nationality,especially for me,thus is futile so I cannot be requested do more procedures as of reports of criminal,judicial,and supreme court procedures(11,17,49,93)since prosecutors and judges just slander me a foreigner despite I had acquired Peruvian nationality(37)to perform enforced disappearance under color of law(38,47,48,51 all sentences in which I am designated as swiss citizen,resident in USA,omitting explicity my Peruvian nationality).I showed above(V.4 c)how Peru supreme court(civil)indulged (122,123)in fraud,fining me $1000 just for having requested a court appointed counsel...demonstrating the futility of the courts,thus exhausted.

## IX REQUEST FOR EQUITABLE TOLLING,NO LIMITATION,EXT.TIME

47    There are reasons to toll the statute of limitations:.

-1.under CPLR NY 208,the insanity toll:I was falsely slandered 2014-2015(exh.47,48,36,38)as mentally incompetent(psychiastrists excluded mental disease but def.8 DA upheld the lie I was mentally to judges to confine me for life finally getting out after 2 years which should be tolled from statute of

limitations, to cover up responsibility of the government for really trying to kill me)by defendants 8, 25-26,33-35,to abduct,kidnap confine take me hostage& put me in a political prison for life,in Peru mental hospital Victor Larco Herrera,where I stayed incomunicada almost years(exh.38) from February 17 2014 until November 5 2015 ,when discharged I was then inconstitutionnaly deported by order of Peru judge to Ny where I arrived November 10 2015(exh 51,lawyer declaration,exh.47,48,defendant 8).Final diagnosis nov 2015 was post traumatic stress schizotypic personality disorder but no mental disease nor disability,so was unable to file(art.124 B peru penal code"more injuries one has,greater the psychical damage) during those 2 years I was locked incomunicada;American social security system refers bipolar disorder uplifted after torture by swiss government 1988 on;swiss doctors refer me as being mentally incompetent since 1988(exh.229)so it is relative but seems there should be no statutes of limitation because of mental disease claimed in US&Switzerland.

-2. See Dixon v. United States, 1999 U.S. App. LEXIS 13215 (10th Cir. Okla.

1999;" a person is not required to sue within the statutory period if he cannot in the circumstances reasonably be expected to do so": 2008 to present I am totally physically disabled especially without normal use of arms because of tears after courthouse beating 2008,unable to write,2010-2014 then 2018 – present in wheelchair because of constant sprains after the hit run fractures when I was abandoned by Peru justice system and currently I cannot sit nor walk over 50 m.,dependant on motorwheelchair in bed rest with  constant pain

sometimes intolerable so as to use morphine Tramadol pain medication in need of surgery -painful hip labral tears and can hardly work on this complaint;3 months in bed because of spine fractures,another month hospitalized in Geneva june 2018 from swiss police assault,again invalid in bed,thus the statutory limitation of prescription must be tolled for at least 2 years duration of my confinement to Psychiatric hospital victor larco Herrera,then during my hospitalization in Geneva august 2018 for a month,and all the time I am physically invalid since 2008; I cannot be expected to face defendants arguments at this point and ask debates after admission of case be suspended until I get treatment,currently since march 2020 I am blocked in Cusco without diagnosis nor treatment by covid19 quarantine(no flights to Lima where I need do diagnosis and probable surgery in NY thereafter).I was in the US with SSI for mental disease 2002-2004,2009-2012,so these periods can be tolled also.Switzerland arbitrarily detained me 1988-2006 by refusing pay me a social security from work pension I intended use in 1988 to return to Peru but that was only recognized in2004 by swiss judge as arising right in  1988 so I was unable buy plane ticket until justice executed payment 2006 with...18 years of arbitrary detention by Switzerland with complicity of US SSA.

   -3.18 USC S.3286 b)orders no limitation of statute of limitations for certain terrorism offenses(Notwithstanding any other law, an indictment may be found or an information instituted at any time without limitation for any offense listed in section 2332b(g)(5)(B), if the commission of such offense resulted in, or created a forseeable [1] risk of, death or serious bodily injury to

another person: (5)the term "Federal crime of terrorism" means an offense

that (B)is a violation of(i)956(a)(1),relating to conspiracy to murder, kidnap, or

maim persons abroad), 1116 (relating to murder or manslaughter of

internationally protected,1203 (relating to hostage taking), 2332 (relating to

certain homicides and other violence against United States nationals

occurring outside of the United States), 2332b (relating to acts of terrorism

transcending national boundaries), 2339A (relating to providing material

support to terrorists), 2339B (relating to providing material support to

terrorist organizations), 2339C (relating to financing of terrorism), 2339D

(relating to military-type training from a foreign terrorist organization), or

2340A (relating to torture) of this title. I showed hereabove that Peru Republic

committee these offenses against my person so there shouldn't be limitations

to prosecution.I am an internationally protected person,since I receive a small

pension from the UNJSPF for diplomatic work of my father at the time I

became disabled .

   -4. *Irwin v. Department of Veterans Affairs,* 498 U.S. 89 (1990)

( Federal judiciary of the United States had "allowed equitable tolling in

situations where the claimant has actively pursued his judicial remedies by

filing a defective pleading during the statutory period, or where the

complainant has been induced or tricked by his adversary's misconduct into

allowing the filing deadline to pass):

   February 26 2018 I filed first this action under docket 18-01740in

nysd,transferred to DC under docket 18 1460 ,on appeal then writ a certiorari

to Supreme court under docket 19 5373 until oct.10 case rejected,that was

dismissed without prejudice by DC circuit for formalities.Also I was tricked by the dpt of state to entrust him my claims just to let statutes run for nothing, since 2017 by Matthew Olmstedt,legal adviser ,dpt of state,that promised me he was analyzing my case in International claims,then after 2 yrs without response he emails me not interested *("Olmsted, Matthew L <OlmstedML@state.gov>Thu 10/5/2017 10:01 AM Dear Ms. Suarez, We Are in the process of reviewing the information you have sent us and hope to get back to you in the coming weeks. In the meantime, if we have any additional questions, we will send them via email,Best regards,Matthew Olmsted,Attorney Adviser,International Claims and Investment Disputes Olmsted, Matthew L <OlmstedML@state.gov>Fri 9/6/2019 11:20 AM.Dear Ms. Suarez,Thank you for checking in with us about the status of your inquiries. I would first like to apologize for the length of time it has taken to get back to you. You sent us quite a bit of material, and we needed additional time to examine it carefully. Having now completed our review, I regret to inform you that we will not be able assist you with the matters that you have brought to our attention.   Yours sincerely,Matthew Olmsted").*

November 2019 after first dismissal without prejudice,I refiled the civil action in DC circuit without counsel,under case nb 19-cv-3349,then appealed to USCA where it was rejected and now it is in supreme court in WDC on writ a certiorari.

## X EXHIBITS
1,2,3 :6 pictures 1st flr courthouse Cusco,Avda Sol

4 march 19 2009 security report P.TAMAYO V.

5 ultrasound 05/26/2008 Dr D MONGE

6 Xray Dr.R.SALAS 06/11/2008

7 MRI HSS 11/21/2008 p.2

8  medical litterature on scapular glenoid fractures

9 ultrasound D.MONGE C march 2013

10 police report hit run 04/24/2012

11 criminal complaints report I (13pp)

12 DA resolution stamped feb 28 2008 by M:ROJAS E.

13 Sworn witness by Yanet ORUE M.

14 Denial of complaint by N.PARAVICINO A feb 20 2009(2pp)

15 Denial of appeal on it by G.VENERO de MONTEAGUDO(4pp)

16 ultrasound right ankle 2014

17 report of criminal complaints II(15 pp)

18 DA decisión 441 2009 MP TFPPC FN 07/13/2009

19   ultrasound left ankle 2014

20 TC sentence Castellon no 3634 2009 3pp

21 Declaration Castellon to DA(2pp,first page 2 copies for better legibility)

22 Declaration Lazo to DA(1 p)

23 Treatment plan R.Chuquihuayta 2008

24 Xray report Dr A Caceres Q,Dr D.Monge C

25 Slap lesiones 2pp

26 St Luke MRI 2009

27 Hospital FAP mri 2010

28 ultrasounds bilateral shoulders july 22 2017

29 Sworn witness 3/6/2017 R.NARVAEZ L

30 emergency calls 10/15/2010

31 CT scan Hospital 2 de mayo 1/19/2011

32 card 6 2011 Dr G ALVAREZ B

33 ultrasound 3/3/2011 Dr V Castellanos

34 NYS prescription battery for wheelchair

35 1/12/2017 police report

36 jan 31 2016 statement H.SUAREZ

37 NID H.Suarez

38 Sentence 30 of judicial procedure of interdiction 3645 2014,9/19/2015 8pp

39 Med certificate Dr.Cornejo Ortiz

40 MRI report 1/7/2011 Dr E.SILVA

41 Oficio 748 2012 MTC sept 4 2012 Mateo Yataco

42 NYS prescription SIUHospital mechanical scooter

43 medical certificate Dr A ZARAVIA S.

44 MRI R.ankle Roosevelt hospital 12/14/2011

45 ultrasound right ankle dec 2012

46 MRI r.ankle MSRadiology 2013 2pp

47 Declaration L.E.CHAUPIS V. 3/6/2014 2pp

48 Complaint DA M.Vereau A. 3PP    3/21/2014

49 Report cases in constitutional tribunal 3pp

50 10/23/2012 letter pólice A.GOMEZ MENA

51 2/9/2016 letter 47/2016 attorney H.Castro hosp Larco herrera

52 TC sentence 427 2008 PHD TC feb 28 2008

53 tc sentence 3406 2012 PHD TC july 1 2013 3pp

54 sentence no 5  dated 11/15/2007 dismissing case 511 2007 PE 3,3pp.

55 sentence no 43 dated 1/30/2008 dismissing case 612 2007 PE 01,2pp.

56 card 2006 lawyer church

57 card 13 2009 AL AC may 4 2009 lawyer of church

58 2217 2008 case location of document requesting access to information

59 rules of archive of archdioscese Cusco("archive arzobispal")

60 us Passport and NYC birth certificate

61 Robert Martin recomendation letter csla U may 21 2008

62 G Zecenarro april 1 2009 letter unsaac U

63 birth certificate Felix Humberto Suarez sealed by archive archbishop

64 appeal to chancellor no 3569 nov 3 2016 2pp

65 Request information to A.Urrutia no 3726 dec 13 2017 2pp

66 Request temp hospitalization in orthop surgery H2DM feb 2014 2pp

67 request information to archbishop 11 20 2016

68 3/2/2008 security report R:LAZO

69 march 2008 painkillers purchase

70 24/8/2008 Dr.Astete diagnosis scapular muscular contracture

71 constancy july 15 2008 belenpampa health center cusco

72 Comandant D.CASTILLO A. card 1189 may 2 2008

73 DA notification to appear feb 29 2008 1030 am

74 10 6 2016 deposit statement by Acurrio V

75 request certificate of discapacity june 18 2012 case nb 5042

76 appeal feb 2 9 2008 to DA case 8

77 police report dec 19 2017

78 government defensor act april 2 2014 2pp

79 health ministry answer case 5042 2012

80 diagnosis schizotypical personality march 2014 dr.

81 ultrasound 3 3 2011 left quadriceps muscle tear

82 card 492 2014 people defensor 2pp

83 Gisella VARGAS CAJAHUANCA email 4 16 2016

84 HSBC credit card of Humbert s.clark nov 4-10 2015

85Dr Raul SALAS hospital regional cusco referral to lima hospital rebagliati

86 2014 eval.hosp. hipolito u.with my residence in CS ChacarillaSanJuanL

87 2006 request of access to information to COANQUI,Archivo regional cusco

88 2006 "          "          archbishop,archive arzobispal cusco

89printout case 2217 2006 habeas data ag.M.ROMERO,C,COANQUI

90 Clin. history ER,dr.P. J.LECAROS MORALES 2pp,hosp larco herrera

91 2014 neuroleptics administered by Dr.A.TORRES O.etc,hospital larco Herrera

92 oct 10 2016 card J.CHACON M.archives partial authorization

93 report of judicial procedures 6pp

94 request renew archives authorization card 2 21 2007 with denial Mr.ALVARO

95 sworn witness Edison Pano Ancasi

96 death registry may 18 1971 h,s,a,

97  6 27 2006 pension statement Switzerland

98 rental contract with owner Maria Acurio V.

99 swiss civil registry 1997 E.Rais

100 UN legitimation card 12713

101 western union payment rent 2014

102 cd with video&3 recordings(to be found in exh.102 of cases 19-3349,18-1460)

103 birth certificate cancelled in Peru consulate Geneva

104 Sworn witness D:DA SILVA Government insurance Peru refuses pay MRIs

105 Of.38 2017 Unsaac signed J.Escobar august 14 2017

106 Complaint against Swiss insurance 2001 in DA peru(3pp)

107 ,108 Sentence Peru Appeal DA F.Tupayachi P. oct 2001, Same,p.2

109 sentence nov.12 2004 attorney general N.Calderon N.

110,111 april 29 2002 appeal against Peru Superior DA to supreme

DA, Denial of it april 29 2003 by supreme DA M.A.CACERES CHAVEZ

112 2014 Of.775 2014 GR Luis Torres C.

113 june 6 2006 payment order of pension from Switzerland

114 sept 30 2004 swiss sentence of s ocial insurance(3pp)

115 9 18 1989 SSA application Pasadena,LA,CA

116 work experience Geneva on ssa form 1989

117 161 denial of registry ohchr 03 31 2010

118 Denial appeal 393 2016 by DA superior C.PEREZ(3pp)

119 nov 18 2004 reception seal on complaint against supreme DA

120 supreme court denial 1727 2017 3pp

121 p1 of action 1534 2012 ci 04

122 supreme court of justice permanent civil auditorium case 833 2013

123 UN leg card 1989

124 RENIEC card 77 2010 auguste 5 2010 4pp

125 5 21 2006 signature of Trinidad Ccopa Quispe

126 april 17 2006 oficio 97 2006 arc C.Coanqui Q.

127 sept 21 2004 card Marilu Amenero S.

128 exp 4483 2013 PHD TC aug 13 2014 2pp

129 exp 2719 2007 PHD TC march 28 2010 3pp

130 denial appeal 49 2017 mp 2fspa cusco feb 17 2017 4pp

131 complaint to D.A. oct 11 2004 against archidioscese

132 handwritten statements of Trinidad Ccopa Quispe

133 exp 254 2008 PA TC aug 25 2008 3pp

134 exp 253 2008 pa tc sept 16 2008 3pp

135 exp 733 2007 phc tc march 30 2007 2pp

136 exp 843 2007 pc tc 2pp

137 exp 1836 2010 aug 24 2010 3pp

138 exp 2516 2007 phctc nov 30 2007 2pp

139 5 2008 pa tc sept 16 2008 3pp

135 exp 733 2007 phc tc march 30 2007 2pp

136 exp 843 2007 pc tc nov 9 2007 2pp

137 exp 1836 2010 PHD/TC aug 24 2010 3pp

138 exp 2516 2007 phc tc nov 30 2007 2pp

139 exp 2719 2007 phd tc march 28 2010 3pp

140 exp 3338 2012 PA TC oct 22 2012 3pp

141 exp 4030 2007 phc tc oct 4 2007 2pp

142 exp 4483 2013 phd tc aug 13 2014 2pp

143 exp 6649 2006 Pa tc april 12 2007 4pp

144 exp 5169 2007 oct25 2007 2pp

145 exp 5917 2006 phc tc march 12 2007

146 exp 50172011 phc tc jan 31 2012 3pp

147 exp 8244 2006phc tc april 13 2pp 2007

148 exp 7936 2013 pa tc april 7 2015 3pp

149 Aug 9 2018 medical certificate Dr A-C-Arnoult gva

150 Resol.48 2/9/2011 in habeas data 2025 2009 CI 01(4pp.)

151 denial of complaint MP DILLON 2009 ICC

152  p1 of complaint 2009 to ICC

153 emails ICC OHCHR 2016 facts 2016 august 4pp

154 emails to Karen Mosoti,ICC liaison office UN plaza NYC

155 email Dominique Bush 2017

156 fax to ICC,OHCHR

157 emails to CAT directors Jens Modvig,Nils Melzer 2pp

158,159 emails to WGAD 2pp,urgent action 2017

160 denial P 563 2010 by ChristinaCerna IACHR

161 june 2017 fax to Geneva OHCHR ok report

162 june 2017 fax to Geneva

165 note dec 15 2017 DA Evelyne M.Ramos Mauricio

166 complaint 407/2016:denial appeal 11/10/2017 DA Almanza Altamirano(5pp)

167 march 27 2017 receipt hospital FAP

168 june 21 2011 receipt Resocentro

169 clave 5 ambulance receipt 200 soles

170 march 14 2013 medical report hospital Antonio Lorena

171 11 march 2011 request magnetic resonances hospital Hipolito

172 statement manuscript Luis Cordova Quispe sot2 pnp

173 accusatory sentence 43 07 DA Victor Farfan Mercado 2pp

174 fiscal military policial de turno TSMP 11 28 2010 6pp

175 dec 11 2010 seal of reception tsmp

176 oficio 188 2017 march 30 2017 2pp

177 note 1514 2017 ict 5 2017 denial by general Arce de la Torre Bueno 5pp

178 note 217711 year 2000 UNSAAC by Moscoso Salazar

179 art 34 rules of registration UNSAAC

180 sentence 46 july 23 2013 case 1865 2012

181 discrimination newspaper note

182 newspaper El Comercio note on inti raymi

183 police report august 2013

184 Patricia Lazanski declaration about me college email

185 congress report of complaints 3pp

186 declaration on disappearance of case in congress

187 2017 constitutional complaint in congress

188 constitutional complaint 430 2pp

189 Manuel DIAZ certified I paid him domestic help with injuries 500$

190 Davis DA SILVA C. acknowledges I paid him $3000 for domestic help with

191 INEN hospital report on MRI right ankle dec 31 2010

192 emergency report right ankle sprain 10 15 2010 hospital Hipolito Unanue

193 nov 2010 tears in left quadriceps leg muscle,infections for fall on pelvis

194 sentence 192 2011 habeas corpus Lima resolution 2 2 24 2011

195 Peru actualized amplified report judic.procedures 2016-2018(8pp)rec 03 20

196 Dr Giannaris 10 13 2011 left ankle sprain

197 jan 6 2011 receipt for second opinion resocentro

198 march 19 2010 orders hospital Loayza dr.Paredes

199 bilateral ankle sprains june 2012

200 police report 3 24 2018

201  july 11 2002 Jamaica hospital NY discharge report

202 02 19 2017 ambulance report

203 cuerpo de bomberos Peru jan 30 2018 report

204 samu april 4 report

205 mri report right shoulder 2013 2pp

206 mri report left shoulder 2013 2pp

207 hospital Loayza may 21 2017 emergency report shoulders

208 mri report hospital 2 de mayo 2017 aug 22 2017

209 july 20 2017 bilateral ultrasound shoulders hosp Loayza

210 cd recordings 2017 (to be found in case 18cv1460, thanks)

211 mri report left shoulder jan 28 2010 and second opinion dr.Silva

212 lock break report Lennox hill house dec 1 2010

213 sworn witness oct 24 2012 JDDios Garcia

214 omaped aug 16 2012

215 city government Cusco july 30 2012 request

216,217 MRI reports s right and left shoulder 6 15 2018 Geneva

218 Ultrasound sept 5 2018 Dr.Bruno Marchand

219 MRI right ankle ligament tears sept.2018

220 Denial of motor wheelchair by swiss gov. march   2019

221Dismissal,appeal case 642 2019,no74-2019-1FSPA-MPFN

222 Ultrasound may 2019 tears all tendons shouldersDr.J.L..

223 Dismissal appeal case 3868 2017 ,no88-2019 MP 3FSPA, 3 29 2019

224 august 2018 swiss medical certificate Dr.Arnoult

225 FBI proof of filing 2008 agent Strauss

226 april 2019 denial by FBI wdc ipu

227 tooth fractures fissures2019

228 disability certificate Peru hospital 2019

229 swiss medical certificate august 16 2018

230 Resolution 1 6/26/2006 Habeas corpus 1050 2006 H.S.C ag. R.Zevallos H.

231 Constitutional complaint 430 7/7/2005(5pp,13pp attachments)

232 Case 2006 193 Cusco superior labor court 2006 asking retaliations(3pp)

233 Complaint 10 14 2005 to MEF(3pp)

234 Law studies transcripts(8pp).

235 Office of central operations SSA Baltimore MD 2003 denial swiss pension (6pp)

## XI. PLAINTIFF CLAIM FOR RELIEF

Torture under TVPA,Terrorism and Taking of property in violation international law under Foreign Sovereign Immunities Act 28    U.S.C.s.1605A

48    Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 55 of this Complaint,as  fully set forth herein.

49        The illicit actions,from 1993 to now,suffered in Peru,of attempted extrajudicial killing(suffered in Peru courthouse in 2008), of torture with serious personal  injuries  ,cruel    unusual  punishment,and  inhumane  degrading treatments,medical malpractice since 1993 until now,of prolonged arbitrary detention(a year 2012-2013 by municipal closure of Access in and out of my residence,outside of church "archivo arzobispal"Cusco 2004-2019 by order of defendant 32 R.Zevallos H.)and hostage taking(abduction followed by taking me hostage from february 2014 to november 2016 in Peru incomunicada woman hospital pabellon Larco Herrera,hate crime based on discrimination)aledging I am a swiss and american citizen,not peruvian,that could not care for myself in Peru thus had to be confined to the mental hospital pavilion for life submitted to cruel and bad treatments,to force my american brother to come to Peru and take

me away to NY deporting me inconstitutionally from Peru to USA with threat to

not come back and without indemnization,forcing me to relinquish to them all

my property remained in my room in Peru november 5 2015 constituted

respectively, by officials,staff and agents of the government of Peru who entered

in conspiracy and engaged in these unlawful acts while acting withing the scope

of their office,employment,or agency,Peru is liable for my personal

injuries,torture,attempt of extrajudicial killing,abduction kidnapping and taking

as hostage,taking of my property in violation of international law and

deprivation of rights under color of law by all its justice system alledged herein

in violation of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A (c) and

1605(a)(3);these illicits entitle me to damages compensatory and punitive of up

to 200,000 million $.

   50      Despite Peru has never been named a state sponsor of terrorism

yet,this court must make discovery it does sponsor terrorism,because of the illicit

acts committed against me,it cannot have immunity and my claim can be heard

as of 28 U.S.C. § 1605A(a)(2)(A)(i)(I)that holds the court shall hear a claim under

this section if the foreign state was designated as a state sponsor of terrorism at

the time the act described in paragraph (1) occurred, *or was so designated as a*

*result of such act;*I showed despite the department of state,especially through its

legal adviser Matthew Olmstedt,and the Peru and Chile fbi attaches,and all the

fbi agencies contacted in and outside the US, had full knowledge of the illicits

committed against me from the start in 1993,they never got involved nor agreed

with me in any of the complaints I filed with them such as herein;I complained

against the legal adviser and embassies to Department of State Inspector

General who just hung me in a loop sending summer 2019 my complaint back to

Legal Adviser office where it was held over 2 year without reply2017-2019 and since then I have no answer ,and against FBI my civil rights complaint was received by the Department of Justice in 2019 but I got no reply since,thus obstruction of justice &deprivation of rights under color of law by Dpt of State and FBI that use it to deprive me of civil rights under color of law;compensatory and punitive monetary damages from Department of State and FBI.

  51  The Peruvian officials,employees,and agents described above purposefully and knowingly conspired to commit all the illicits described herein against me acting in concert and with premeditation, these officials and agents deliberately attempted to kill me by watching me followed by my enemies then letting me be attacked by 5 women in the courthouse despite being chief of security and security agents,having exposed me to head fracture and death had my skull fractured on ground,but only thanks to me did they causevmy right scapula and labrum to fracture as I esquivated extending shoulder on ground backwards to ease floor impact,then torturing me abandoning me passing by me as I lied with right ankle fracture on ground and recklessly discharging me alone from hospitals where i would ask my hospitalization with fractures of shoulder,ankle and spine,then knowingly DA's,judges,and government ministers seized and detained me locking me incomunicada 2 years in pavillion Larco Herrera with known convicts and infectious disease end life term roomates,asking I stay locked there until the end of my life,after a year the judiciary accepting to release me conditionnal I ask my brother in NY,american,to come to Peru twice to go to court to take me out and back with him to NY alledging I am a foreign swiss citizen,unable to live on my own in Peru,despite I am Peruvian and had my property in my rented room with my

pension from my work to be independant in Peru, out of discrimination, taking me hostage to oblige my brother come and forced me to accept my own inconstitutional deportation to the USA despite Peru constitution prohibits it unless ordered by the Executive-while I had asked to simply be allowed to return to my room in Peru where I am independent on a pension from previous job outside Peru and have no prior convictions any kind.

52    At all relevant times, the Peruvian officials and agents described above acted within the scope of their office, employment, or agency, and at the behest and under the operational control of the government of Peru, if not, when I made a complaint they didn't act within scope of their office, the whole peruvian justice system from pólice to DA to Attorney General and judges of supreme court, gave these bad officials right despite they were wrong just because it was against me. Thus these officials and agents acted pursuant to a Peruvian government plan to terrorize me and make me leave Peru unless iIhad to accept to suffer torture and serious personal injuries , and silence all my complaints through conspiracy at all levels of the peruvian justice system.

53    All my complaints for the illicits herein were dismissed by the whole judicial system, that thus offered me no due process nor equal protection of the law. Moreover, I was un unarmed noncombatant that did not constitute real or apparent threat to persons or property that would have justified the use of fraud and force against me.

54    These crimes  under customary international law, give rise to both state responsibility and individual criminal liability, as evidenced in domestic and international jurisprudence, international treaties, and Title 18 of the United States Code.

55     Finally,Peru Republic deliberate undue process and denial of protection of the law,fraudulent dismissals and judicial processes hiding all its illicits including it was in Courthouse by its security guards,that I was victim of attempted murder,by conspiration of the whole justice system, without justification , constitutes an arbitrary attempt to deprivation of the right to life, in breach of Article 6(1) of the International Covenant on Civil and Political Rights,of the right to self deternmination,right to liberty and integrity to which Peru is a party,impunity of torture in violation of UN Convention against torture and inhumane and degrading treatments.

56     Peru is liable for the wrongful acts of its officials, employees, and agents, which directly and proximately caused the tentative of extrajudicial killing, personal injuries,torture,kidnapping hostage taking and stealing my property as proven herein.

57     Defendants are jointly and severally liable for my damages under 28 U.S.C.s.1605 A(c).

## Theories of Recovery

*Tentative extrajudicial killing,Personal injuries, hostage taking,arbitrary detencions,deportations,taking of property in violation of international law*

58     Und er TVPA&28 U.S.C. § 1605A(c),I am entitled to recover compensatory damages from Peru for economic losses resulting from the constant physical invalidity to disability I present since 2008 because of the illicits herein,including lost anticipated earnings of $200,000 including equivalent of Peru minimal pension I had monthly,because my income were lost as I wasn't allowed to study nor work nor live humanly(without intolerable constant pain and invalidity from my physical injuries) for the herein reasons

from 2001 to now(I am entitled to 2 pensions of $280 since 2001 but due to undue process and no protection of the law I only got 1 pension starting 2004 and 2 starting 2006 instead of 2 starting 2001,thus $560x 12 x19=<u>127,680</u> $ is amount of pensions  lost 2001-present as I receive a monthly pension or 2 depending on months since I came back to Peru in 2001).

Likewise,Ex president A.Toledo and his ministers(def.38-1 to 38-4)should be punished and the 1,000 thousands of million dollars arbitrarily given away to foreign states and companies,returned and kept for punitive damages,and the money given away in sovereign bonds,returned to the people of Peru including me by this Court adressing the foreign states and companies to return the money illegaly sent overseas under this exPresident mandate.

### Intentional Infliction of Emotional Distress and mental injury

59     Defendant Peru,through its officials, employees, and agents, engaged in willfull,egregious,extreme,malicious, outrageous conduct dangerous to human life by launching a de1iberate attack on a peruvian american civilian. Defendant Peru thereby intentionally and recklessly caused me severe emotional distress as well as to my family members,father(Humberto O.Suarez in Geneva Switzerland and brother Humbert H.H.Suarez(NY) warranting punitive damages.

60     The personal injuries I have cause my father to suffer emotional pain and deprive him of my society and confort as I am disabled,could not help him since 2008 in his struggling as a widow to care for my disabled little brother at 84,he can't stand now my presence because I am another disabled person he can't take care of.My mother died last year without seing me again as i am

always disabled and can't help them.My brother received 2015 peruvian judge orders to travel twice round trip first to come to trial to ask my release then to take me out of the incomunicada pavilion back to the USA with him ,on order of defendant judge Maria YNONAN that kept me in her political prison for years,on request of DA Maria VEREAU A. that with ministry of Woman in Peru,asked I be confined for life incomunicada in that pavilion of Lima under legal guardianship of the director of the hospital despite I didnt have a medical diagnosis for this,in order to mistreat me and discriminate me for being an american citizen or sometimes treated me as a "swiss citizen,...unable to integrate in society in Peru unless i would g olive with my brother in the United states"(see pp.1,2,8 of attachment 38)in violation of art.37 of Peru constitution(" La extradición sólo se concede por el Poder Ejecutivo previo informe de la Corte Suprema, en cumplimiento de la ley y de los tratados, y según el principio de reciprocidad"a peruvian national cannot be deported without order of the Executive branch and Supreme court)"- judge M.YNONAN was a district family judge that usurpated functions abusing of her authority to conspire against my rights ,as part of a Hate crime of discrimination that I was born an american citizen and why was I in Peru,etc.. under threat to be held for life unless I tell my brother to come take me out of Peru,which caused him great stress as he is not peruvian and did'nt speak spanish,take his 2 weeks of anual vacation from work away from his wife and minor children to go get me in Peru ,had to hire an interpreter to go to trials,and a lawyer to present the claims to the peruvian judge to take me out of confinement,as a result my brother had $10000 costs ,i had to repay him $7000,but still he is estranged and angry at me and abandonned me recklessly in 2018 provoking a hip labral tear because i had

bilateral shoulder injuries and a right ankle sprain,outraged i went back to Peru after he endangered himself to take me out of Peru in 2015.So Peru severed my relation with my brother,who was my only friend, by sending him judicial orders to appear twice in Peru despite being only american,without helping in any costs,if he were to take me out of confinement in mental hospital in Peru,being full time employed in NY with obligations towards his wife and minor children.

61    Under 28 U.S.C. § 1605A(c), I am entitled to recover compensatory damages for personal injuries and other claims herein in an amount equivalent to similar cases such as Colvin v.Syria,etc.. thus a litttle less then 200.000 million dollars.

### Punitive Damages

62    Defendant Peru conduct was criminal in nature, deliberate, willful, wanton, malicious, a threat to international peace and security, and in violation of fundamental norms of international law protecting human rights and civilians in conflict. . Under 28 U.S.C. § 1605A(c), an award of punitive damages should be imposed against Defendant Peru up to total compensation compensatory and punitive of 200,000 million $.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant and the following relief:

(a) Compensatory damages according to proof little less then $200,000 million$;

(b) Punitive and exemplary damages according to proof:(a,b)    less then $200Million ,for a total in (a)(b),of $200,000 million.

(c) Reasonable legal fees,costs,time(I worked alone as found no lawyer), expenses

(d) Plaintiff request leave of Court to amend this Complaint as the interests of justice require and such other and further relief as to the Court may deem just and proper.

Cusco ,October 19 2020

Exhibits 1-235

Helga SUAREZ CLARK

U-1-5 Psje Javier Heraud

Urb.Ttio 4to paradero

Wanchaq,Cusco 08002 PERU

suarezhelga@yahoo.com

tel.01151992658883 (with whatsapp)

Note:Please delete my address for security, as I am suing a foreign government thanks